**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02652-CMA-STV

ESWARAN SUBRAMANIAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

MICHAEL D. WATFORD, GARLAND R. SHAW, C. BRADLEY JOHNSON, DAVID W. HONEYFIELD and JERALD J. STRATTON, JR.,

Defendants.

---

Civil Action No. 1:20-cv-02820-KLM

ANDREW BUSSOM, Individually and on Behalf of All Others Similarly Situated,
Plaintiffs,
v.

MICHAEL D. WATFORD, GARLAND R. SHAW, C. BRADLEY JOHNSON, DAVID W. HONEYFIELD and JERALD J. STRATTON, JR.,

Defendants.

---

**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF MICHAEL ALTMAN TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

---

I, Phillip Kim, declare as follows:

1.      I am an attorney admitted to practice in the State of New York and before this Court. I am a partner with The Rosen Law Firm, P.A., counsel for Michael Altman ("Movant").  I submit this declaration in support of Movant's motion to consolidate the related actions, appoint lead plaintiff and approve Movant's selection of counsel. I have

1

personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

EXHIBIT 1:   PSLRA Early Notice;

EXHIBIT 2:   Movant's PSLRA certification;

EXHIBIT 3:   Assignment by Kayreen Altman;

EXHIBIT 4:   Movant's Loss Chart; and

EXHIBIT 5:   The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed November 2, 2020.

/s/Phillip Kim
Phillip Kim

**CERTIFICATE OF SERVICE**

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On November 2, 2020, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF MICHAEL ALTMAN TO CONSOLIDATE THE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.


Executed on November 2, 2020.

> _/s/ Phillip Kim_
> Phillip Kim