# EXHIBIT 3

## ASSIGNMENT

Kayreen Altman, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to Michael Altman ("MA") all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws in connection with the purchase by Assignor of the securities of Ultra Petroleum Corp. Further, the Assignor hereby appoints MA as his/her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

MA has agreed to remit any proceeds received as a result of this Assignment to Assignor.

This Assignment may not be revoked without the written consent of Assignor.

This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Signed this October 30, 2020.


Kayreen Altman