# EXHIBIT 4

**Ultra Petroleum Corp. Loss Chart**
**Class Period: April 13, 2017 through August 8, 2019**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $0.21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Altman, Michael | 3/1/2018 | 2,500 | ($3.59) | ($8,975.00) | 12/17/2019 | 60,000 | $0.16 | $9,600.00 | | | | |
| | 4/2/2018 | 2,500 | ($3.86) | ($9,650.00) | 12/18/2019 | 150,000 | $0.16 | $24,000.00 | | | | |
| | 4/4/2018 | 5,000 | ($3.86) | ($19,300.00) | 12/19/2019 | 200,000 | $0.16 | $32,000.00 | | | | |
| | 4/6/2018 | 5,000 | ($3.49) | ($17,450.00) | 12/16/2019 | 10,000 | $0.16 | $1,600.00 | | | | |
| | 4/10/2018 | 5,000 | ($3.32) | ($16,600.00) | | | | | | | | |
| | 4/17/2018 | 5,000 | ($3.25) | ($16,250.00) | | | | | | | | |
| | 4/19/2018 | 20,000 | ($2.95) | ($59,000.00) | | | | | | | | |
| | 4/20/2018 | 10,000 | ($2.70) | ($27,000.00) | | | | | | | | |
| | 4/23/2018 | 10,000 | ($2.55) | ($25,500.00) | | | | | | | | |
| | 4/24/2018 | 5,000 | ($2.48) | ($12,400.00) | | | | | | | | |
| | 4/25/2018 | 5,000 | ($2.42) | ($12,100.00) | | | | | | | | |
| | 5/8/2018 | 10,000 | ($2.48) | ($24,800.00) | | | | | | | | |
| | 5/10/2018 | 10,000 | ($2.00) | ($20,000.00) | | | | | | | | |
| | 5/10/2018 | 10,000 | ($2.35) | ($23,500.00) | | | | | | | | |
| | 5/11/2018 | 10,000 | ($1.87) | ($18,700.00) | | | | | | | | |
| | 7/27/2018 | 30,000 | ($1.68) | ($50,400.00) | | | | | | | | |
| | 8/9/2018 | 10,000 | ($1.22) | ($12,200.00) | | | | | | | | |
| | 8/9/2018 | 10,000 | ($1.08) | ($10,800.00) | | | | | | | | |
| | 8/9/2018 | 30,000 | ($1.08) | ($32,400.00) | | | | | | | | |
| | 8/9/2018 | 2,500 | ($1.08) | ($2,700.00) | | | | | | | | |
| | 8/9/2018 | 2,500 | ($1.08) | ($2,700.00) | | | | | | | | |
| | 8/9/2018 | 5,000 | ($1.08) | ($5,400.00) | | | | | | | | |
| | 8/9/2018 | 10,000 | ($1.08) | ($10,800.00) | | | | | | | | |
| | 8/9/2018 | 5,000 | ($1.08) | ($5,400.00) | | | | | | | | |
| | 8/9/2018 | 5,000 | ($1.08) | ($5,400.00) | | | | | | | | |
| | 8/9/2018 | 5,000 | ($1.08) | ($5,400.00) | | | | | | | | |
| | 8/9/2018 | 5,000 | ($1.08) | ($5,400.00) | | | | | | | | |
| | 8/9/2018 | 5,000 | ($1.08) | ($5,400.00) | | | | | | | | |
| | 8/9/2018 | 5,000 | ($1.08) | ($5,400.00) | | | | | | | | |
| | 8/9/2018 | 25,000 | ($1.08) | ($27,000.00) | | | | | | | | |
| | 8/9/2018 | 25,000 | ($1.08) | ($27,000.00) | | | | | | | | |
| | 8/15/2018 | 30,000 | ($0.93) | ($27,900.00) | | | | | | | | |
| | 8/15/2018 | 10,000 | ($0.93) | ($9,300.00) | | | | | | | | |
| | 9/26/2018 | 25,000 | ($1.08) | ($27,000.00) | | | | | | | | |
| | 9/26/2018 | 25,000 | ($1.00) | ($25,000.00) | | | | | | | | |
| | 9/27/2018 | 25,000 | ($0.85) | ($21,250.00) | | | | | | | | |
| | 12/14/2018 | 25,000 | ($0.86) | ($21,500.00) | | | | | | | | |
| | 6/24/2019 | 50,000 | ($0.23) | ($11,500.00) | | | | | | | | |
| | 6/27/2019 | 50,000 | ($0.19) | ($9,500.00) | | | | | | | | |
| | 6/28/2019 | 50,000 | ($0.18) | ($9,000.00) | | | | | | | | |

|  | Date | Shares | Price | Amount | Shares | Amount | Shares | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|
|  | 7/2/2019 | 50,000 | ($0.17) | ($8,500.00) |  |  |  |  |  |
|  | 7/2/2019 | 50,000 | ($0.16) | ($8,000.00) |  |  |  |  |  |
|  | 8/7/2019 | 100,000 | ($0.14) | ($14,000.00) |  |  |  |  |  |
|  | 8/7/2019 | 100,000 | ($0.12) | ($12,000.00) |  |  |  |  |  |
|  |  | 885,000 |  | ($729,475.00) | 420,000 | $67,200.00 | 465,000 | $95,663.58 | ($566,611.42) |
| Altman, Kayreen | 4/20/2018 | 5,000 | ($2.81) | ($14,050.00) |  |  |  |  |  |
|  | 4/24/2018 | 24,200 | ($2.58) | ($62,436.00) |  |  |  |  |  |
|  | 5/10/2018 | 10,000 | ($2.25) | ($22,500.00) |  |  |  |  |  |
|  | 8/9/2018 | 13,000 | ($1.09) | ($14,170.00) |  |  |  |  |  |
|  | 4/12/2019 | 75,000 | ($0.53) | ($39,750.00) |  |  |  |  |  |
|  | 4/17/2019 | 17,000 | ($0.55) | ($9,350.00) |  |  |  |  |  |
|  | 4/18/2019 | 25,000 | ($0.45) | ($11,250.00) |  |  |  |  |  |
|  | 7/2/2019 | 8,000 | ($0.17) | ($1,360.00) |  |  |  |  |  |
|  |  | 177,200 |  | ($174,866.00) |  |  | 177,200 | $36,455.02 | ($138,410.98) |
| Total |  | 1,062,200 |  | ($904,341.00) |  |  | 642,200 | $132,118.60 | ($705,022.40) |