# EXHIBIT B

DocuSign Envelope ID: 4A3D046C-0423-4641-966E-D9EA3C72241D

## CERTIFICATION OF NAMED PLAINTIFF
## <u>PURSUANT TO FEDERAL SECURITIES LAWS</u>

HAROLD WEBER ("Plaintiff"), declares the following as to the claims asserted under the federal securities laws:

1.    Plaintiff has reviewed a complaint filed in this matter and has authorized the filing of a motion for appointment as lead plaintiff.  Plaintiff retains Bernstein Liebhard LLP and such counsel they deem appropriate to associate with to pursue such action.

2.    Plaintiff did not purchase or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff, individually or as part of a group, is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon the execution of this Certification.

4.    Plaintiff's transactions in ULTRA PETROLEUM CORP.  securities during the relevant period as specified in the complaint are set forth in "Attachment A" to this Certification.

5.    Plaintiff has sought to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

*In re USA Technologies, Inc. Securities Litigation*, No. 2:18-cv-13759 (D.N.J)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered and approved by the court, any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:<u>October 26, 2020</u>.



HAROLD WEBER

DocuSign Envelope ID: 4A3D046C-0423-4641-966E-D9EA3C72241D

## ATTACHMENT A

HAROLD AND JEFFREY WEBER

Transactions in ULTRA PETROLEUM CORP

| Security | Type | Date | Shares | Price |
|----------|------|------|--------|-------|
| 90400GAE1 | Purchase | 08/08/19 | 50,000 | $17.0000 |
| 903914208 | Purchase | 02/21/18 | 2,500 | $4.3000 |
| 903914208 | Sale | 11/13/18 | 2,500 | $1.7400 |
| 903914208 | Purchase | 01/31/19 | 13,000 | $0.7204 |
| 903914208 | Purchase | 02/05/19 | 9,000 | $0.7200 |
| 903914208 | Purchase | 02/06/19 | 9,000 | $0.7090 |
| 903914208 | Purchase | 02/07/19 | 9,000 | $0.6700 |
| 903914208 | Purchase | 02/08/19 | 5,000 | $0.6350 |
| 903914208 | Purchase | 02/20/19 | 9,000 | $0.7300 |
| 903914208 | Purchase | 02/21/19 | 9,000 | $0.7250 |
| 903914208 | Purchase | 02/28/19 | 9,000 | $0.6900 |
| 903914208 | Purchase | 03/05/19 | 9,000 | $0.6505 |
| 903914208 | Purchase | 03/07/19 | 9,000 | $0.6005 |
| 903914208 | Purchase | 05/13/19 | 5,000 | $0.4410 |
| 903914208 | Purchase | 05/23/19 | 9,000 | $0.3619 |
| 903914208 | Purchase | 05/23/19 | 7,000 | $0.3700 |
| 903914208 | Purchase | 06/24/19 | 13,000 | $0.2471 |
| 903914208 | Purchase | 06/24/19 | 13,000 | $0.2556 |
| 903914208 | Purchase | 06/26/19 | 11,000 | $0.2100 |
| 903914208 | Purchase | 07/01/19 | 13,000 | $0.1800 |
| 903914208 | Purchase | 07/18/19 | 13,000 | $0.1900 |

DocuSign Envelope ID: 4A3D046C-0423-4641-966E-D9EA3C72241D

## ASSIGNMENT

Jeffrey Weber, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to his brother, Harold Weber, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the state and/or federal securities laws of the United States of America in connection with the purchase of Ultra Petroleum Corp. securities. Further, the Assignor hereby appoints Harold Weber as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Harold Weber agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Harold Weber.

This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

We declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: _____October 26, 2020_____

DocuSigned by:

Jeffrey Weber
17442A38118843A...
Jeffrey Weber

Executed: _____October 26, 2020_____

DocuSigned by:

Harold Weber
48BBB89EC4DC453...
Harold Weber