# EXHIBIT C

**Ultra Petroleum Corp.**

FIFO/LIFO Losses

Class Period: 04/13/2017 - 08/08/2019

Hold Price (903914208):    $0.2092
Hold Price (90400GAE1):    $15.3945

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1)(2) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| Harold Weber (903914208) | 02/21/18 | 2,500 | 4.3000 | 10,750.00 | 11/13/18 | 2,500 | 1.7400 | 4,350.00 | 0 | 0.00 | (6,400.00) |
| | 01/31/19 | 13,000 | 0.7204 | 9,365.20 | | | | | 13,000 | 2,719.52 | (6,645.68) |
| | 02/05/19 | 9,000 | 0.7200 | 6,480.00 | | | | | 9,000 | 1,882.74 | (4,597.26) |
| | 02/06/19 | 9,000 | 0.7090 | 6,381.00 | | | | | 9,000 | 1,882.74 | (4,498.26) |
| | 02/07/19 | 9,000 | 0.6700 | 6,030.00 | | | | | 9,000 | 1,882.74 | (4,147.26) |
| | 02/08/19 | 5,000 | 0.6350 | 3,175.00 | | | | | 5,000 | 1,045.97 | (2,129.03) |
| | 02/20/19 | 9,000 | 0.7300 | 6,570.00 | | | | | 9,000 | 1,882.74 | (4,687.26) |
| | 02/21/19 | 9,000 | 0.7250 | 6,525.00 | | | | | 9,000 | 1,882.74 | (4,642.26) |
| | 02/28/19 | 9,000 | 0.6900 | 6,210.00 | | | | | 9,000 | 1,882.74 | (4,327.26) |
| | 03/05/19 | 9,000 | 0.6505 | 5,854.50 | | | | | 9,000 | 1,882.74 | (3,971.76) |
| | 03/07/19 | 9,000 | 0.6005 | 5,404.50 | | | | | 9,000 | 1,882.74 | (3,521.76) |
| | 05/13/19 | 5,000 | 0.4410 | 2,205.00 | | | | | 5,000 | 1,045.97 | (1,159.03) |
| | 05/23/19 | 9,000 | 0.3619 | 3,257.41 | | | | | 9,000 | 1,882.74 | (1,374.66) |
| | 05/23/19 | 7,000 | 0.3700 | 2,590.00 | | | | | 7,000 | 1,464.35 | (1,125.65) |
| | 06/24/19 | 13,000 | 0.2471 | 3,212.04 | | | | | 13,000 | 2,719.52 | (492.52) |
| | 06/24/19 | 13,000 | 0.2556 | 3,322.80 | | | | | 13,000 | 2,719.52 | (603.28) |
| | 06/26/19 | 11,000 | 0.2100 | 2,310.00 | | | | | 11,000 | 2,301.13 | (8.87) |
| | 07/01/19 | 13,000 | 0.1800 | 2,340.00 | | | | | 13,000 | 2,719.52 | 379.52 |
| | 07/18/19 | 13,000 | 0.1900 | 2,470.00 | | | | | 13,000 | 2,719.52 | 249.52 |
| **Harold Weber (903914208) Totals** | | **176,500** | | **$94,452.45** | | **2,500** | | **$4,350.00** | **174,000** | **$36,399.68** | **($53,702.77)** |
| HAROLD WEBER (90400GAE1) | 08/08/19 | 50,000 | 17.0000 | 8,500.00 | | | | 0.00 | 50,000 | 7,697.27 | (802.73) |
| **HAROLD WEBER (90400GAE1) Totals** | | **50,000** | | **$8,500.00** | | **-** | | **$0.00** | **50,000** | **$7,697.27** | **($802.73)** |
| **Harold Weber Total Loss** | | | | | | | | | | | **($54,505.50)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $.2092 per share.
(2) Bonds held as of the date of this filing are valued using the average price of $15.3945 per share.