# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02652-CMA-STV

ESWARAN SUBRAMANIAN, Individually and
on behalf of all others similarly situated,

        Plaintiff,

      vs.

MICHAEL D. WATFORD, GARLAND R.
SHAW, C. BRADLEY JOHNSON, DAVID W.
HONEYFIELD and JERALD J. STRATTON JR.,

        Defendants.

Civil Action No. 1:20-cv-02820-KLM

ANDREW BUSSOM, Individually and on behalf
of all others similarly situated,

        Plaintiff,

      vs.

MICHAEL D. WATFORD, GARLAND R.
SHAW, C. BRADLEY JOHNSON, DAVID W.
HONEYFIELD and JERALD J. STRATTON JR.,
        Defendants.

**DECLARATION OF HAROLD WEBER IN SUPPORT OF MOTION FOR
CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

DocuSign Envelope ID: 4A3D046C-0423-4641-966E-D9EA3C72241D

I, HAROLD WEBER, declare as follows:

1.      This declaration is made in support of my motion for consolidation of the related actions, appointment as lead plaintiff and approval of selection of lead counsel.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I am a 61 year old financial advisor residing in New York State.  I have more than 40 years of investing experience and more than 30 years of experience as a financial advisor.

3.      I suffered substantial losses in connection with my transactions in Ultra Petroleum Corp. securities during the Class Period.  In addition, I have received an assignment and power of attorney to pursue claims on behalf of my brother from his Ultra Petroleum Corp. securities transactions during the Class Period.

4.      I make all of the investing decisions in the account that Jeffrey Weber and I share.

5.      I have discussed serving as lead plaintiff with my counsel and am aware that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was enacted by Congress to encourage investors with a significant financial interest to lead securities class actions.  I understand that a lead plaintiff and lead counsel act on behalf of and for the benefit of all potential class members.

6.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings, participate in discovery, participate in settlement discussions, attend trial, if necessary and authorize any potential settlement on behalf of the class.  I am willing to perform all of these duties on behalf of the class members.

DocuSign Envelope ID: 4A3D046C-0423-4641-966E-D9EA3C72241D

7.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed: _____    October 26, 2020

DocuSigned by:

*Harold Weber*

48BBB89EC4DC453...

HAROLD WEBER