## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**Civil Action No**.: 1:20-cv-02652-CMA-STV

ESWARAN SUBRAMANIAN, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

MICHAEL D. WATFORD,
GARLAND R. SHAW,
C. BRADLEY JOHNSON,
DAVID W. HONEYFIELD and
JERALD J. STRATTON, JR.,

      Defendants.

**Civil Action No**.: 1:20-cv-02820-KLM

ANDREW BUSSOM, Individually and On
Behalf of All Others Similarly Situated,

               Plaintiff,

      v.

MICHAEL D. WATFORD, GARLAND R.
SHAW, C. BRADLEY JOHNSON, DAVID
W. HONEYFIELD and JERALD J.
STRATTON, JR.,

            Defendants.

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE
ULTRA INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel for Paul Lauritano, Terrance W. Michael, and Bala Settu (collectively, the "Ultra Investor Group").  I make this Declaration in support of the motion by the Ultra Investor Group for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of the Ultra Investor Group's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as Exhibit A is a true and correct copy of a press release published over *Business Wire* on September 1, 2020, announcing the pendency of the first-filed of the Related Actions.

3.      Attached hereto as Exhibit B is a true and correct copy of the shareholder Certifications executed by the Ultra Investor Group's members.

4.      Attached hereto as Exhibit C is a true and correct copy of a chart detailing the losses sustained by the Ultra Investor Group's members

5.      Attached hereto as Exhibit D is a true and correct copy of the Joint Declaration executed by the Ultra Investor Group's members.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of Pomerantz.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2020 in New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2020, a true and correct copy of the foregoing **DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE ULTRA INVESTOR GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** was e-filed with the Clerk of Court via the CM/ECF System which will send notification of such filing to all counsel of record.