# EXHIBIT B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Paul Lauritano, on behalf of Aedes, LLC ("Aedes"), as Chief Executive Officer and Beneficial Owner of Aedes, with authority to bind Aedes and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint on behalf of investors in Ultra Petroleum Corp. ("Ultra" or the "Company") and authorize the filing of a comparable complaint on behalf of Aedes.

3.      Aedes did not purchase or acquire Ultra securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Aedes is willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Ultra securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of Aedes's transactions in Ultra securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, Aedes has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      Aedes agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury that the foregoing is true and correct.

Executed      2 Nov 2020
                      **(Date)**

                                    **(Signature)**

Paul Lauritano
Chief Executive Officer and Beneficial Owner
Aedes, LLC

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Paul Lauritano, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint on behalf of investors in Ultra Petroleum Corp. ("Ultra" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Ultra securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Ultra securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of my transactions in Ultra securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury that the foregoing is true and correct.


**Executed** ___11/2/2020_____
**(Date)**


_____
**(Signature)**


_____Paul Lauritano_____
**(Type or Print Name)**

**Ultra Petroleum Corp (UPL; UPLCQ)**                                                                      **Lauritano, Paul**

**List of Purchases and Sales**

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 - Aedes, LLC | | | | |
| UPL 11% 7/12/2024 | Purchase | 4/22/2019 | 200,000 | $52.8750 |
| UPL 11% 7/12/2024 | Purchase | 5/28/2019 | 500,000 | $44.2500 |
| UPL 11% 7/12/2024 | Purchase | 5/29/2019 | 250,000 | $41.5000 |
| UPL 11% 7/12/2024 | Purchase | 7/29/2019 | 1,000,000 | $23.9300 |
| UPL 7.125% 4/15/2025 | Purchase | 9/4/2018 | 1,000,000 | $45.0000 |
| UPL 7.125% 4/15/2025 | Purchase | 9/28/2018 | 1,000,000 | $42.0000 |
| UPL 7.125% 4/15/2025 | Purchase | 2/21/2019 | 1,000,000 | $27.0000 |
| UPL 7.125% 4/15/2025 | Sale | 7/29/2019 | (3,000,000) | $7.9916 |
| | | | | |
| Account 2 - Personal | | | | |
| UPL 11% 7/12/2024 | Purchase | 3/22/2019 | 100,000 | $64.7400 |
| UPL 11% 7/12/2024 | Purchase | 3/25/2019 | 100,000 | $60.0000 |
| UPL 11% 7/12/2024 | Purchase | 4/22/2019 | 141,000 | $52.8750 |
| UPL 11% 7/12/2024 | Purchase | 4/25/2019 | 300,000 | $51.5000 |
| UPL 11% 7/12/2024 | Purchase | 4/25/2019 | 500,000 | $54.0000 |
| UPL 11% 7/12/2024 | Purchase | 4/25/2019 | 210,000 | $53.5000 |
| UPL 11% 7/12/2024 | Purchase | 4/26/2019 | 100,000 | $50.7500 |
| UPL 11% 7/12/2024 | Purchase | 4/26/2019 | 100,000 | $50.5000 |
| UPL 11% 7/12/2024 | Sale | 4/4/2019 | (10,000) | $62.0000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Terrance W. Michael, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint on behalf of investors in Ultra Petroleum Corp. ("Ultra" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.      I did not purchase or acquire Ultra securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Ultra securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of my transactions in Ultra securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed ___11/2/2020_____
                  (Date)

_____
                (Signature)

_____Terrance W. Michael _____
            (Type or Print Name)

**Ultra Petroleum Corp (UPL; UPLCQ)**                                                                    **Michael, Terrance W.**

**List of Purchases and Sales**

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | Purchase | 4/3/2018 | 5,600 | $3.9200 |
| Common Stock | Purchase | 4/3/2018 | 3,500 | $3.9100 |
| Common Stock | Purchase | 4/3/2018 | 21,594 | $3.9150 |
| Common Stock | Purchase | 4/3/2018 | 17,600 | $3.9100 |
| Common Stock | Purchase | 4/3/2018 | 1,900 | $3.9200 |
| Common Stock | Purchase | 4/3/2018 | 1,000 | $3.9175 |
| Common Stock | Purchase | 4/3/2018 | 29,596 | $3.9200 |
| Common Stock | Purchase | 4/3/2018 | 2,962 | $3.9200 |
| Common Stock | Purchase | 4/4/2018 | 500 | $3.8500 |
| Common Stock | Purchase | 4/4/2018 | 400 | $3.9500 |
| Common Stock | Purchase | 4/4/2018 | 15,348 | $3.9500 |
| Common Stock | Purchase | 4/10/2018 | 5,000 | $3.2100 |
| Common Stock | Purchase | 4/10/2018 | 1,000 | $3.2100 |
| Common Stock | Purchase | 4/10/2018 | 5,591 | $3.2100 |
| Common Stock | Purchase | 4/10/2018 | 2,809 | $3.2100 |
| Common Stock | Purchase | 4/10/2018 | 100 | $3.2050 |
| Common Stock | Purchase | 4/10/2018 | 15,500 | $3.2100 |
| Common Stock | Purchase | 4/19/2018 | 10,000 | $3.0800 |
| Common Stock | Purchase | 4/19/2018 | 100 | $3.0300 |
| Common Stock | Purchase | 4/19/2018 | 4,978 | $3.0300 |
| Common Stock | Purchase | 4/19/2018 | 4,922 | $3.0300 |
| Common Stock | Purchase | 4/20/2018 | 10,000 | $2.8500 |
| Common Stock | Purchase | 4/20/2018 | 10,000 | $2.8000 |
| Common Stock | Purchase | 5/10/2018 | 5,700 | $2.4200 |
| Common Stock | Purchase | 6/11/2018 | 4,300 | $1.9975 |
| Common Stock | Purchase | 6/18/2018 | 100 | $2.0550 |
| Common Stock | Purchase | 6/18/2018 | 9,900 | $2.0599 |
| Common Stock | Purchase | 6/22/2018 | 10,000 | $2.1699 |
| Common Stock | Purchase | 7/2/2018 | 4,500 | $2.1700 |
| Common Stock | Purchase | 7/2/2018 | 5,500 | $2.1700 |
| Common Stock | Purchase | 7/3/2018 | 10,000 | $2.1580 |
| Common Stock | Purchase | 7/5/2018 | 5,000 | $2.1756 |
| Common Stock | Purchase | 7/12/2018 | 5,000 | $1.9400 |
| Common Stock | Purchase | 8/2/2018 | 10,000 | $1.6470 |
| Common Stock | Purchase | 8/13/2018 | 10,000 | $1.0900 |
| Common Stock | Purchase | 11/26/2018 | 9,900 | $1.4800 |
| Common Stock | Purchase | 11/26/2018 | 100 | $1.4796 |
| Common Stock | Purchase | 12/21/2018 | 10,000 | $0.8240 |
| Common Stock | Purchase | 12/20/2018 | 100 | $0.8135 |
| Common Stock | Purchase | 12/20/2018 | 400 | $0.8168 |
| Common Stock | Purchase | 12/20/2018 | 4 | $0.8118 |
| Common Stock | Purchase | 12/20/2018 | 500 | $0.8159 |
| Common Stock | Purchase | 12/20/2018 | 500 | $0.8169 |
| Common Stock | Purchase | 12/20/2018 | 8,496 | $0.8200 |
| Common Stock | Purchase | 12/20/2018 | 1,250 | $0.7500 |
| Common Stock | Purchase | 12/20/2018 | 200 | $0.7500 |
| Common Stock | Purchase | 12/20/2018 | 8,550 | $0.7500 |
| Common Stock | Purchase | 12/20/2018 | 100 | $0.7500 |
| Common Stock | Purchase | 12/20/2018 | 9,900 | $0.7500 |
| Common Stock | Sale | 4/11/2018 | (30,000) | $3.3100 |
| Common Stock | Sale | 6/21/2018 | (10,000) | $2.3100 |

DocuSign Envelope ID: 3E3B833D-14BA-4009-A89A-2E78A934A435

**SWORN CERTIFICATION OF PLAINTIFF**

**Ultra Petroleum Corp. Securities Litigation**

I, Bala Settu, certify that:

1.  I have reviewed the complaint and authorize the filing of a lead plaintiff motion on my behalf.

2.  I am duly authorized to institute legal action against Ultra Petroleum Corp. and other defendants.

3.  I did not purchase Ultra Petroleum Corp. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5.  My transactions in Ultra Petroleum Corp. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

6.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

7.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under the penalty of perjury that the foregoing are true and correct statements.

10/27/2020

_____

Date

DocuSigned by:

*Bala Settu*

BADD0974BA2D4BD...

Bala Settu

**Ultra Petroleum Corp (UPL; UPLCQ)**                                                   **Settu, Bala**

**List of Purchases and Sales**

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | Purchase | 9/25/2018 | 30,000 | $1.3000 |
| Common Stock | Purchase | 9/25/2018 | 30,000 | $1.2900 |
| Common Stock | Purchase | 9/25/2018 | 29,000 | $1.3064 |
| Common Stock | Purchase | 9/26/2018 | 29,000 | $1.0700 |
| Common Stock | Purchase | 9/26/2018 | 28,000 | $1.0699 |
| Common Stock | Purchase | 9/26/2018 | 23,000 | $1.0695 |
| Common Stock | Purchase | 9/26/2018 | 30,000 | $1.0604 |
| Common Stock | Purchase | 9/28/2018 | 10,000 | $1.0600 |
| Common Stock | Purchase | 9/28/2018 | 30,000 | $1.0300 |
| Common Stock | Purchase | 9/28/2018 | 30,000 | $1.0299 |
| Common Stock | Purchase | 9/28/2018 | 30,000 | $1.0472 |
| Common Stock | Purchase | 9/28/2018 | 29,000 | $1.0721 |
| Common Stock | Purchase | 10/1/2018 | 30,000 | $1.1800 |
| Common Stock | Purchase | 10/1/2018 | 30,000 | $1.1993 |
| Common Stock | Purchase | 10/1/2018 | 30,000 | $1.1537 |
| Common Stock | Purchase | 10/1/2018 | 29,000 | $1.1600 |
| Common Stock | Purchase | 10/1/2018 | 30,000 | $1.1960 |
| Common Stock | Purchase | 10/1/2018 | 23,000 | $1.2000 |
| Common Stock | Purchase | 10/1/2018 | 30,000 | $1.1760 |
| Common Stock | Purchase | 10/1/2018 | 30,000 | $1.1897 |
| Common Stock | Purchase | 10/1/2018 | 30,000 | $1.2000 |
| Common Stock | Purchase | 10/1/2018 | 28,000 | $1.1598 |
| Common Stock | Purchase | 10/1/2018 | 30,000 | $1.1991 |