# EXHIBIT C

**Ultra Petroleum Corp (UPL; UPLCQ)**
**Class Period: April 13, 2017 to August 8, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Account Name | Purchase Date | Shares/ Principal | Price | Amount | Sales Date | Shares/ Principal | Price | Amount | Shares/ Principal Retained | 90-Day Mean Price $0.2070 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lauritano, Paul | | | | | | | | | | | | |
| Account 1 - Aedes, LLC | UPL 11% 7/12/2024 | 4/22/2019 | 200,000 | $52.8750 | ($105,750) | | | | | | | |
| Account 1 - Aedes, LLC | UPL 11% 7/12/2024 | 5/28/2019 | 500,000 | $44.2500 | ($221,250) | | | | | | | |
| Account 1 - Aedes, LLC | UPL 11% 7/12/2024 | 5/29/2019 | 250,000 | $41.5000 | ($103,750) | | | | | | | |
| Account 1 - Aedes, LLC | UPL 11% 7/12/2024 | 7/29/2019 | 1,000,000 | $23.9300 | ($239,300) | | | | | | $14.4829 | |
| **Account 1 - Aedes, LLC** | **UPL 11% 7/12/2024** | | **1,950,000** | | **($670,050)** | | | | | **1,950,000** | **$282,416** | **($387,634)** |
| | | | | | | | | | | | | |
| Account 1 - Aedes, LLC | UPL 7.125% 4/15/2025 | 9/4/2018 | 1,000,000 | $45.0000 | ($450,000) | 7/29/2019 | (3,000,000) | $7.9916 | $239,748 | | | |
| Account 1 - Aedes, LLC | UPL 7.125% 4/15/2025 | 9/28/2018 | 1,000,000 | $42.0000 | ($420,000) | | | | | | | |
| Account 1 - Aedes, LLC | UPL 7.125% 4/15/2025 | 2/21/2019 | 1,000,000 | $27.0000 | ($270,000) | | | | | | | |
| **Account 1 - Aedes, LLC** | **UPL 7.125% 4/15/2025** | | **3,000,000** | | **($1,140,000)** | | **(3,000,000)** | | **$239,748** | **0** | | **($900,252)** |
| | | | | | | | | | | | | |
| Account 2 - Personal | UPL 11% 7/12/2024 | 3/22/2019 | 100,000 | $64.7400 | ($64,740) | 4/4/2019 | (10,000) | $62.0000 | $6,200 | | | |
| Account 2 - Personal | UPL 11% 7/12/2024 | 3/25/2019 | 100,000 | $60.0000 | ($60,000) | | | | | | | |
| Account 2 - Personal | UPL 11% 7/12/2024 | 4/22/2019 | 141,000 | $52.8750 | ($74,554) | | | | | | | |
| Account 2 - Personal | UPL 11% 7/12/2024 | 4/25/2019 | 300,000 | $51.5000 | ($154,500) | | | | | | | |
| Account 2 - Personal | UPL 11% 7/12/2024 | 4/25/2019 | 500,000 | $54.0000 | ($270,000) | | | | | | | |
| Account 2 - Personal | UPL 11% 7/12/2024 | 4/25/2019 | 210,000 | $53.5000 | ($112,350) | | | | | | | |
| Account 2 - Personal | UPL 11% 7/12/2024 | 4/26/2019 | 100,000 | $50.7500 | ($50,750) | | | | | | | |
| Account 2 - Personal | UPL 11% 7/12/2024 | 4/26/2019 | 100,000 | $50.5000 | ($50,500) | | | | | | $14.4829 | |
| **Account 2 - Personal** | **UPL 11% 7/12/2024** | | **1,551,000** | | **($837,394)** | | **(10,000)** | | **$6,200** | **1,541,000** | **$223,181** | **($608,013)** |
| | | | | | | | | | | | | |
| Summary | | | | | | | | | | | | |
| Account 1 - Aedes, LLC | UPL 11% 7/12/2024 | | 1,950,000 | | ($670,050) | | 0 | | $0 | 1,950,000 | | ($387,634) |
| Account 1 - Aedes, LLC | UPL 7.125% 4/15/2025 | | 3,000,000 | | ($1,140,000) | | (3,000,000) | | $239,748 | 0 | | ($900,252) |
| Account 2 - Personal | UPL 11% 7/12/2024 | | 1,551,000 | | ($837,394) | | (10,000) | | $6,200 | 1,541,000 | | ($608,013) |
| **Lauritano, Paul** | | | **6,501,000** | | **($2,647,444)** | | **(3,010,000)** | | **$245,948** | **3,491,000** | | **($1,895,899)** |
| | | | | | | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/3/2018 | 5,600 | $3.9200 | ($21,952) | 4/11/2018 | (30,000) | $3.3100 | $99,300 | | | |
| Michael, Terrance W. | Common Stock | 4/3/2018 | 3,500 | $3.9100 | ($13,685) | 6/21/2018 | (10,000) | $2.3100 | $23,100 | | | |
| Michael, Terrance W. | Common Stock | 4/3/2018 | 21,594 | $3.9150 | ($84,541) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/3/2018 | 17,600 | $3.9100 | ($68,816) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/3/2018 | 1,900 | $3.9200 | ($7,448) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/3/2018 | 1,000 | $3.9175 | ($3,918) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/3/2018 | 29,596 | $3.9200 | ($116,016) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/3/2018 | 2,962 | $3.9200 | ($11,611) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/4/2018 | 500 | $3.8500 | ($1,925) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/4/2018 | 400 | $3.9500 | ($1,580) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/4/2018 | 15,348 | $3.9500 | ($60,625) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/10/2018 | 5,000 | $3.2100 | ($16,050) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/10/2018 | 1,000 | $3.2100 | ($3,210) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/10/2018 | 5,591 | $3.2100 | ($17,947) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/10/2018 | 2,809 | $3.2100 | ($9,017) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/10/2018 | 100 | $3.2050 | ($321) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/10/2018 | 15,500 | $3.2100 | ($49,755) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/19/2018 | 10,000 | $3.0800 | ($30,800) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/19/2018 | 100 | $3.0300 | ($303) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/19/2018 | 4,978 | $3.0300 | ($15,083) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/19/2018 | 4,922 | $3.0300 | ($14,914) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/20/2018 | 10,000 | $2.8500 | ($28,500) | | | | | | | |
| Michael, Terrance W. | Common Stock | 4/20/2018 | 10,000 | $2.8000 | ($28,000) | | | | | | | |
| Michael, Terrance W. | Common Stock | 5/10/2018 | 5,700 | $2.4200 | ($13,794) | | | | | | | |
| Michael, Terrance W. | Common Stock | 6/11/2018 | 4,300 | $1.9975 | ($8,589) | | | | | | | |
| Michael, Terrance W. | Common Stock | 6/18/2018 | 100 | $2.0550 | ($206) | | | | | | | |
| Michael, Terrance W. | Common Stock | 6/18/2018 | 9,900 | $2.0599 | ($20,393) | | | | | | | |
| Michael, Terrance W. | Common Stock | 6/22/2018 | 10,000 | $2.1699 | ($21,699) | | | | | | | |
| Michael, Terrance W. | Common Stock | 7/2/2018 | 4,500 | $2.1700 | ($9,765) | | | | | | | |

*Avg Closing Prices from August 9, 2019 to November 6, 2019

**Ultra Petroleum Corp (UPL; UPLCQ)**
**Class Period: April 13, 2017 to August 8, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Account Name | Purchase Date | Shares/ Principal | Price | Amount | Sales Date | Shares/ Principal | Price | Amount | Shares/ Principal Retained | 90-Day Mean Price $0.2070 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael, Terrance W. | Common Stock | 7/2/2018 | 5,500 | $2.1700 | ($11,935) | | | | | | | |
| Michael, Terrance W. | Common Stock | 7/3/2018 | 10,000 | $2.1580 | ($21,580) | | | | | | | |
| Michael, Terrance W. | Common Stock | 7/5/2018 | 5,000 | $2.1756 | ($10,878) | | | | | | | |
| Michael, Terrance W. | Common Stock | 7/12/2018 | 5,000 | $1.9400 | ($9,700) | | | | | | | |
| Michael, Terrance W. | Common Stock | 8/2/2018 | 10,000 | $1.6470 | ($16,470) | | | | | | | |
| Michael, Terrance W. | Common Stock | 8/13/2018 | 10,000 | $1.0900 | ($10,900) | | | | | | | |
| Michael, Terrance W. | Common Stock | 11/26/2018 | 9,900 | $1.4800 | ($14,652) | | | | | | | |
| Michael, Terrance W. | Common Stock | 11/26/2018 | 100 | $1.4796 | ($148) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/21/2018 | 10,000 | $0.8240 | ($8,240) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 100 | $0.8135 | ($81) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 400 | $0.8168 | ($327) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 4 | $0.8118 | ($3) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 500 | $0.8159 | ($408) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 500 | $0.8169 | ($408) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 8,496 | $0.8200 | ($6,967) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 1,250 | $0.7500 | ($938) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 200 | $0.7500 | ($150) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 8,550 | $0.7500 | ($6,413) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 100 | $0.7500 | ($75) | | | | | | | |
| Michael, Terrance W. | Common Stock | 12/20/2018 | 9,900 | $0.7500 | ($7,425) | | | | | | | |
| **Michael, Terrance W.** | **Common Stock** | | **300,000** | | **($808,159)** | | **(40,000)** | | **$122,400** | **260,000** | **$53,822** | **($631,937)** |
| Settu, Bala | Common Stock | | | | | PreClass | 38,082 | | | | | |
| Settu, Bala | Common Stock | 9/25/2018 | 30,000 | $1.3000 | ($39,000) | | | | | | | |
| Settu, Bala | Common Stock | 9/25/2018 | 30,000 | $1.2900 | ($38,700) | | | | | | | |
| Settu, Bala | Common Stock | 9/25/2018 | 29,000 | $1.3064 | ($37,886) | | | | | | | |
| Settu, Bala | Common Stock | 9/26/2018 | 29,000 | $1.0700 | ($31,030) | | | | | | | |
| Settu, Bala | Common Stock | 9/26/2018 | 28,000 | $1.0699 | ($29,957) | | | | | | | |
| Settu, Bala | Common Stock | 9/26/2018 | 23,000 | $1.0695 | ($24,599) | | | | | | | |
| Settu, Bala | Common Stock | 9/26/2018 | 30,000 | $1.0604 | ($31,812) | | | | | | | |
| Settu, Bala | Common Stock | 9/28/2018 | 10,000 | $1.0600 | ($10,600) | | | | | | | |
| Settu, Bala | Common Stock | 9/28/2018 | 30,000 | $1.0300 | ($30,900) | | | | | | | |
| Settu, Bala | Common Stock | 9/28/2018 | 30,000 | $1.0299 | ($30,897) | | | | | | | |
| Settu, Bala | Common Stock | 9/28/2018 | 30,000 | $1.0472 | ($31,416) | | | | | | | |
| Settu, Bala | Common Stock | 9/28/2018 | 29,000 | $1.0721 | ($31,091) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 30,000 | $1.1800 | ($35,400) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 30,000 | $1.1993 | ($35,979) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 30,000 | $1.1537 | ($34,611) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 29,000 | $1.1600 | ($33,640) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 30,000 | $1.1960 | ($35,880) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 23,000 | $1.2000 | ($27,600) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 30,000 | $1.1760 | ($35,280) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 30,000 | $1.1897 | ($35,691) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 30,000 | $1.2000 | ($36,000) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 28,000 | $1.1598 | ($32,474) | | | | | | | |
| Settu, Bala | Common Stock | 10/1/2018 | 30,000 | $1.1991 | ($35,973) | | | | | | | |
| **Settu, Bala** | **Common Stock** | | **648,000** | | **($746,416)** | | | | | **648,000** | **$134,141** | **($612,274)** |

Summary

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lauritano, Paul | | | 6,501,000 | | ($2,647,444) | | (3,010,000) | | $245,948 | 3,491,000 | | ($1,895,899) |
| Michael, Terrance W. | | | 300,000 | | ($808,159) | | (40,000) | | $122,400 | 260,000 | | ($631,937) |
| Settu, Bala | | | 648,000 | | ($746,416) | | 0 | | $0 | 648,000 | | ($612,274) |
| **Total** | | | | | **($4,202,018)** | | | | **$368,348** | | | **($3,140,110)** |

*Avg Closing Prices from August 9, 2019 to November 6, 2019    2 of 2