**UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF COLORADO**

| | |
|---|---|
| ESWARAN SUBRAMANIAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL D WATFORD, GARLAND R. SHAW, C. BRADLEY JOHNSON, DAVID W. HONEYFIELD and JERALD J. STRATTON, JR., <br><br> Defendants. | Case No.: 1:20-cv-02652 |
| ANDREW BUSSOM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL D WATFORD, GARLAND R. SHAW, C. BRADLEY JOHNSON, DAVID W. HONEYFIELD and JERALD J. STRATTON, JR., <br><br> Defendants. | Case No.: 1:20-cv-02820 |

**DECLARATION OF IVY T. NGO IN SUPPORT OF GUOMIN MAO'S
MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Ivy T. Ngo, hereby declare as follows:

1.      I am Of Counsel with Roche Cyrulnik Freedman LLP ("RCF"), counsel on behalf of Guomin Mao ("Movant"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Movant's motion for consolidation of the above-captioned actions, appointment as Lead Plaintiff for the Class, and approval of his selection of RCF as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:    Shareholder Certification executed by Movant;

Exhibit B:    Loss chart of Movant;

Exhibit C:    Declaration of Movant;

Exhibit D:    Firm resume of RCF; and

Exhibit E:    Press release published over *Business Wire*, announcing the pendency of the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of November, 2020, at Lakewood, Colorado.

*/s/ Ivy T. Ngo*
Ivy T. Ngo

1