# EXHIBIT B

Ultra Petroleum Corp. (UPL; UPLCQ)
Class Period: April 13, 2017 to August 8, 2019
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares Purchased | Price | Amount | Sales Date | Shares Sold | Shares Retained | Price | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Mao, G. | 8/13/2018 | 100,000 | $ 1.06000 | $ (106,000.00) | | | | | |
| Mao, G. | 8/13/2018 | 10,700 | $ 1.06000 | $ (11,342.00) | | | | | |
| Mao, G. | 8/13/2018 | 10,000 | $ 1.04000 | $ (10,400.00) | | | | | |
| Mao, G. | 1/3/2019 | 2,450 | $ 0.96000 | $ (2,352.00) | | | 123,150 | $ 0.2094 | $ 25,792.54 |
| | | **123,150** | | **$ (130,094.00)** | | | | | **$ (104,301.46)** |