**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02652-CMA-STV

ESWARAN SUBRAMANIAN, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

MICHAEL D. WATFORD,
GARLAND R. SHAW, C.
BRADLEY JOHNSON, DAVID W.
HONEYFIELD and JERALD J.
STRATTON, JR.,

     Defendants.

---

Civil Action No. 1:20-cv-02820-KLM

ANDREW BUSSOM, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

MICHAEL D. WATFORD,
GARLAND R. SHAW, C.
BRADLEY JOHNSON, DAVID W.
HONEYFIELD and JERALD J.
STRATTON, JR.,

     Defendants.

---

**DECLARATION OF JEFFREY A. BERENS IN SUPPORT OF MOTION OF THE
ULTRA PETROLEUM INVESTOR GROUP FOR CONSOLIDATION OF THE
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION
OF COUNSEL**

I, Jeffrey A. Berens, hereby declare, pursuant to 28 U.S.C. §1746, that:

1.      I am a member in good standing of the bar of this Court. I submit this declaration in support of the motion filed by Scott Heiner, Bala Settu, Geoffrey Polychronis, Mahdi Riyad Issa, and Yoav Givon (collectively, the "Ultra Petroleum Investor Group" or "Movant") for consolidation of the actions, appointment as Lead Plaintiff, and approval of Movant's selection of counsel for the Class.

2.      Attached hereto as Exhibit A are true and correct copies of the certifications signed by each member of the Ultra Petroleum Investor Group.

3.      Attached hereto as Exhibit B are true and correct copies of the loss charts detailing the losses sustained by each member of the Ultra Petroleum Investor Group.

4.      Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of this action, which was filed in this Court on September 1, 2020.

5.      Attached hereto as Exhibit D is a true and correct copy of the joint declaration signed by each member of the Ultra Petroleum Investor Group.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

7.      Attached hereto as Exhibit F is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.

8.      Attached hereto as Exhibit G is a true and correct copy of the firm résumé of Berens Law LLC.

*[Signature on Following Page]*

3

I declare under the penalty of perjury that the foregoing is true and correct to the

best of my knowledge.

Dated: November 2, 2020

/s/ *Jeffrey A. Berens*
Jeffrey A. Berens

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 2, 2020, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to

the e-mail addresses denoted on the Court's Electronic Mail Notice List.


<u>/s/ *Jeffrey A. Berens*</u>
Jeffrey A. Berens
Berens Law LLC
2373 Central Park Blvd
Suite 100
Denver, CO 80238
Tel.: (303) 861-1764
Email: jeff@jberenslaw.com