## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Scott D. Heiner , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Green River, Wyoming, USA and have a Bachelor's Degree in Engineering. I am currently retired but prior to that, I was employed as Operations Manager and have been investing in securities for 35 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Ultra Petroleum Corp. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case, except:

N/A

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this September 18, 2020 .

Name: Scott D. Heiner

Signed:

| Case Name | Ultra Petroleum Corp. |
| Ticker | UPL; UPLCQ |
| Class Period | 04-13-2017 to 08-08-2019 |

**Client Name**

Scott Heiner

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-28-2018 | P | 200 | $ 03.6150 |
| 02-28-2018 | P | 6217 | $ 03.6200 |
| 02-28-2018 | P | 4170 | $ 03.6300 |
| 02-28-2018 | P | 4200 | $ 03.6400 |
| 02-28-2018 | P | 5847 | $ 03.6500 |
| 02-28-2018 | P | 15600 | $ 03.6600 |
| 02-28-2018 | P | 600 | $ 03.6650 |
| 02-28-2018 | P | 9500 | $ 03.6700 |
| 02-28-2018 | P | 1500 | $ 03.6800 |
| 02-28-2018 | P | 1700 | $ 03.6900 |
| 02-28-2018 | P | 5700 | $ 03.7000 |
| 02-28-2018 | P | 1391 | $ 03.7200 |
| 02-28-2018 | P | 3358 | $ 03.7400 |
| 02-28-2018 | P | 18328 | $ 03.7500 |
| 02-28-2018 | P | 1800 | $ 03.7600 |
| 02-28-2018 | P | 9889 | $ 03.7790 |
| 05-11-2018 | P | 100 | $ 01.8775 |
| 05-11-2018 | P | 1100 | $ 01.8750 |
| 05-11-2018 | P | 49388 | $ 01.8800 |
| 05-11-2018 | P | 2800 | $ 01.8900 |
| 05-11-2018 | P | 5000 | $ 01.8900 |
| 05-11-2018 | P | 11300 | $ 01.9000 |
| 05-11-2018 | P | 200 | $ 01.9050 |
| 05-11-2018 | P | 1600 | $ 01.9100 |
| 05-11-2018 | P | 2600 | $ 01.9150 |
| 05-11-2018 | P | 26900 | $ 01.9200 |
| 05-11-2018 | P | 3975 | $ 01.9300 |
| 05-11-2018 | P | 413 | $ 01.9350 |
| 05-11-2018 | P | 200 | $ 01.9425 |
| 05-11-2018 | P | 7120 | $ 01.9400 |
| 05-11-2018 | P | 200 | $ 01.9490 |
| 05-11-2018 | P | 11403 | $ 01.9450 |
| 05-11-2018 | P | 4888 | $ 01.9499 |
| 05-11-2018 | P | 17564 | $ 01.9500 |
| 05-11-2018 | P | 2700 | $ 01.9600 |

| Date | | Quantity | Price |
|---|---|---|---|
| 05-11-2018 | P | 1600 | $ 01.9700 |
| 05-11-2018 | P | 400 | $ 01.9800 |
| 05-11-2018 | P | 700 | $ 01.9950 |
| 05-11-2018 | P | 2000 | $ 01.9990 |
| 05-11-2018 | P | 1000 | $ 01.9900 |
| 05-11-2018 | P | 6872 | $ 02.0000 |
| 05-11-2018 | P | 800 | $ 02.0100 |
| 05-11-2018 | P | 900 | $ 02.0200 |
| 05-11-2018 | P | 36277 | $ 02.0300 |
| 05-11-2018 | P | 2900 | $ 01.8750 |
| 05-11-2018 | P | 23700 | $ 01.8750 |
| 05-11-2018 | P | 10076 | $ 01.8800 |
| 05-11-2018 | P | 63324 | $ 01.8900 |
| 08-02-2018 | P | 300 | $ 01.6450 |
| 08-02-2018 | P | 26951 | $ 01.6500 |
| 08-02-2018 | P | 72749 | $ 01.6600 |
| 08-02-2018 | P | 9538 | $ 01.6600 |
| 08-02-2018 | P | 10700 | $ 01.6700 |
| 08-02-2018 | P | 100 | $ 01.6750 |
| 08-02-2018 | P | 66962 | $ 01.6900 |
| 08-02-2018 | P | 12700 | $ 01.6800 |
| 08-02-2018 | P | 300 | $ 01.6750 |
| 08-02-2018 | P | 14080 | $ 01.6800 |
| 08-02-2018 | P | 20700 | $ 01.6900 |
| 08-02-2018 | P | 64920 | $ 01.7000 |

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Bala Settu , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Austin, TX and have a B.S. in Computer Science. I am currently employed as self-employed and have been investing in securities for 8 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Ultra Petroleum Corp. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case, except:

N/A

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this October 27,2020 .


Name: Bala Settu

Signed:

| Case Name | Ultra Petroleum Corp. |
|---|---|
| Ticker | UPL; UPLCQ |
| Class Period | 04-13-2017 to 08-08-2019 |

**Client Name**

Bala Settu

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 09-25-2018 | P | 30000 | $ 01.3000 |
| 09-25-2018 | P | 30000 | $ 01.2900 |
| 09-25-2018 | P | 29000 | $ 01.3064 |
| 09-26-2018 | P | 29000 | $ 01.0700 |
| 09-26-2018 | P | 28000 | $ 01.0699 |
| 09-26-2018 | P | 23000 | $ 01.0695 |
| 09-26-2018 | P | 30000 | $ 01.0604 |
| 09-28-2018 | P | 10000 | $ 01.0600 |
| 09-28-2018 | P | 30000 | $ 01.0300 |
| 09-28-2018 | P | 30000 | $ 01.0299 |
| 09-28-2018 | P | 30000 | $ 01.0472 |
| 09-28-2018 | P | 29000 | $ 01.0721 |
| 10-01-2018 | P | 30000 | $ 01.1800 |
| 10-01-2018 | P | 30000 | $ 01.1993 |
| 10-01-2018 | P | 30000 | $ 01.1537 |
| 10-01-2018 | P | 29000 | $ 01.1600 |
| 10-01-2018 | P | 30000 | $ 01.1960 |
| 10-01-2018 | P | 23000 | $ 01.2000 |
| 10-01-2018 | P | 30000 | $ 01.1760 |
| 10-01-2018 | P | 30000 | $ 01.1897 |
| 10-01-2018 | P | 30000 | $ 01.2000 |
| 10-01-2018 | P | 28000 | $ 01.1598 |
| 10-01-2018 | P | 30000 | $ 01.1991 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Geoffrey Polychronis, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Ultra Petroleum Corp. (NASDAQ: UPL, Other OTC: UPLCQ) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Oct 22, 2020

Geoffrey Polychronis (Oct 22, 2020 14:02 CDT)

Geoffrey Polychronis

1

| Case Name | Ultra Petroleum Corp. |
|---|---|
| Ticker | UPL; UPLCQ |
| Class Period | 04-13-2017 to 08-08-2019 |

**Acct. 1**

**Client Name**

Geoffrey Polychronis

| Settlement Date | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 08-10-2018 | P | 50000 | $ 01.7100 |
| 08-13-2018 | P | 25000 | $ 01.3600 |
| 08-14-2018 | P | 4900 | $ 01.1590 |
| 08-14-2018 | P | 20100 | $ 01.1550 |
| 08-15-2018 | P | 10000 | $ 01.0000 |
| 08-15-2018 | P | 10000 | $ 01.0100 |
| 08-15-2018 | P | 10000 | $ 01.0100 |
| 08-15-2018 | P | 10000 | $ 01.0400 |
| 08-15-2018 | P | 25000 | $ 01.0500 |
| 08-15-2018 | P | 25000 | $ 01.0600 |
| 08-15-2018 | P | 40000 | $ 01.0400 |
| 08-17-2018 | P | 10000 | $ 00.9300 |
| 09-28-2018 | P | 10000 | $ 01.0100 |
| 09-28-2018 | P | 10000 | $ 01.0100 |
| 09-28-2018 | P | 10000 | $ 01.0100 |
| 09-28-2018 | P | 10000 | $ 01.0100 |
| 09-28-2018 | P | 10000 | $ 01.0100 |
| 09-28-2018 | P | 10000 | $ 01.0100 |
| 09-28-2018 | P | 10000 | $ 01.0100 |
| 09-28-2018 | P | 10000 | $ 01.0100 |
| 09-28-2018 | P | 10000 | $ 01.0200 |
| 10-01-2018 | P | 10000 | $ 00.9402 |
| 10-01-2018 | P | 10000 | $ 00.9501 |
| 10-01-2018 | P | 10000 | $ 00.9501 |
| 10-01-2018 | P | 10000 | $ 00.9550 |
| 10-01-2018 | P | 10000 | $ 00.9550 |
| 10-01-2018 | P | 20000 | $ 00.9231 |
| 10-01-2018 | P | 35000 | $ 00.8590 |
| 12-17-2018 | P | 3800 | $ 00.9711 |
| 05-30-2019 | S | -62000 | $ 00.3883 |
| 05-30-2019 | S | -52000 | $ 00.3789 |
| 05-30-2019 | S | -50000 | $ 00.3903 |
| 05-30-2019 | S | -26000 | $ 00.3917 |
| 05-30-2019 | S | -26000 | $ 00.3915 |
| 05-30-2019 | S | -26000 | $ 00.3915 |

| | | | |
|---|---|---|---|
| 05-30-2019 | S | -25000 | $ 00.3919 |
| 05-30-2019 | S | -25000 | $ 00.3919 |
| 05-30-2019 | S | -25000 | $ 00.3917 |
| 05-30-2019 | S | -24000 | $ 00.3919 |
| 05-30-2019 | S | -24000 | $ 00.3918 |
| 05-30-2019 | S | -24000 | $ 00.3915 |
| 05-31-2019 | S | -19800 | $ 00.3952 |
| 05-31-2019 | S | -10000 | $ 00.3953 |
| 05-31-2019 | S | -10000 | $ 00.3952 |
| 05-31-2019 | S | -10000 | $ 00.3930 |

| | |
|---|---|
| Case Name | Ultra Petroleum Corp. |
| Ticker | UPL; UPLCQ |
| Class Period | 04-13-2017 to 08-08-2019 |

Acct. 2
**Client Name**
Geoffrey Polychronis

| Settlement Date | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 12-17-2018 | P | 20200 | $ 00.9778 |
| 05-30-2019 | S | -10200 | $ 00.3903 |
| 05-30-2019 | S | -10000 | $ 00.3904 |

| | |
|---|---|
| Case Name | Ultra Petroleum Corp. |
| Ticker | UPL; UPLCQ |
| Class Period | 04-13-2017 to 08-08-2019 |

Acct. 3
**Client Name**
Geoffrey Polychronis

| Settlement Date | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 12-17-2018 | P | 20900 | $ 00.9778 |
| 05-30-2019 | S | -20900 | $ 00.3903 |

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Mahdi Riyad Issa , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Anchorage, AK and have a Masters Degree in Electrical Engineering. I am currently employed as Engineer and have been investing in securities for 10 years year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Ultra Petroleum Corp. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case, except:

N/A

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this October 29, 2020 .


Name: Mahdi Riyad Issa

Signed:

| Case Name | Ultra Petroleum Corp. |
|---|---|
| Ticker | UPL; UPLCQ |
| Class Period | 04-13-2017 to 08-08-2019 |

**Client Name**

Madhi Riyad Issa

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 07-12-2018 | P | 40323 | $ 01.8700 |
| 07-12-2018 | P | 200 | $ 01.8750 |
| 07-12-2018 | P | 59800 | $ 01.8800 |
| 07-27-2018 | P | 4796 | $ 01.6350 |
| 07-27-2018 | P | 1000 | $ 01.6350 |
| 07-27-2018 | P | 34204 | $ 01.6400 |
| 04-08-2019 | P | 20164 | $ 00.5934 |
| 04-08-2019 | P | 1000 | $ 00.5900 |
| 04-08-2019 | P | 200 | $ 00.5927 |
| 04-08-2019 | P | 1400 | $ 00.5933 |
| 04-08-2019 | P | 100 | $ 00.5900 |
| 04-08-2019 | P | 68000 | $ 00.5900 |
| 04-17-2019 | P | 19946 | $ 00.5399 |
| 04-17-2019 | P | 100 | $ 00.5390 |
| 04-17-2019 | P | 100 | $ 00.5398 |
| 04-17-2019 | P | 200 | $ 00.5384 |
| 04-18-2019 | P | 100000 | $ 00.4500 |
| 04-18-2019 | P | 100000 | $ 00.4600 |
| 06-06-2019 | P | 561 | $ 00.3753 |

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, YOAV GIVON , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Kiryat Tivon, ISRAEL and have a MBA in Business Administration. I am currently employed as Self Employed and have been investing in securities for 5 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Ultra Petroleum Corp. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case, except:

N/A

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this October 29,2020 .


Name: YOAV GIVON

Signed:

| Case Name | Ultra Petroleum Corp. |
|---|---|
| Ticker | UPL; UPLCQ |
| Class Period | 04-13-2017 to 08-08-2019 |

**Client Name**

Yoav Givon

| Settlement Date | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 05-05-2018 | P | 16034 | $ 01.9100 |
| 05-05-2018 | P | 16091 | $ 01.9100 |
| 05-30-2018 | P | 31645 | $ 01.6200 |
| 08-09-2018 | P | 30769 | $ 01.2380 |
| 08-13-2018 | P | 23032 | $ 01.0180 |
| 08-13-2018 | P | 41198 | $ 01.0140 |
| 09-26-2018 | P | 51525 | $ 00.9610 |
| 09-26-2018 | P | 30915 | $ 00.9630 |
| 12-17-2018 | P | 34738 | $ 00.8820 |
| 03-03-2019 | P | 14653 | $ 00.6220 |