# EXHIBIT B

| Client Name | The Ultra Petroleum Investor Group |
|---|---|
| Company Name | Ultra Petroleum Corp. |
| Ticker Symbol | UPL; UPLCQ |
| Security Type | |
| Class Period Start | 04-13-2017 |
| Class Period End | 08-08-2019 |
| 90-DAY Lookback Period Start | 08-09-2019 |
| 90-DAY Lookback Period End | 11-06-2019 |
| 90-DAY Lookback Average | $ 00.21 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $1,269,587.47 |
| *DURA LIFO* Total* | $1,269,587.47 |
| Gross Shares Purchased | 690,000.00 |
| Net Shares Retained | 690,000.00 |
| Net Funds Expended | $ 1,412,571.90 |

**Scott Heiner**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-28-2018 | 200 | 3.615 | $ 723.00 | | | | | | - | 200 | 200 | $ 00.21 | $ 41.44 | $ 681.56 | $ 681.56 |
| 02-28-2018 | 6217 | 3.62 | $ 22,505.54 | | | | | | - | 6217 | 6217 | $ 00.21 | $ 1,288.31 | $ 21,217.23 | $ 21,217.23 |
| 02-28-2018 | 4170 | 3.63 | $ 15,137.10 | | | | | | - | 4170 | 4170 | $ 00.21 | $ 864.12 | $ 14,272.98 | $ 14,272.98 |
| 02-28-2018 | 4200 | 3.64 | $ 15,288.00 | | | | | | - | 4200 | 4200 | $ 00.21 | $ 870.34 | $ 14,417.66 | $ 14,417.66 |
| 02-28-2018 | 5847 | 3.65 | $ 21,341.55 | | | | | | - | 5847 | 5847 | $ 00.21 | $ 1,211.64 | $ 20,129.91 | $ 20,129.91 |
| 02-28-2018 | 15600 | 3.66 | $ 57,096.00 | | | | | | - | 15600 | 15600 | $ 00.21 | $ 3,232.69 | $ 53,863.31 | $ 53,863.31 |
| 02-28-2018 | 600 | 3.665 | $ 2,199.00 | | | | | | - | 600 | 600 | $ 00.21 | $ 124.33 | $ 2,074.67 | $ 2,074.67 |
| 02-28-2018 | 9500 | 3.67 | $ 34,865.00 | | | | | | - | 9500 | 9500 | $ 00.21 | $ 1,968.63 | $ 32,896.37 | $ 32,896.37 |
| 02-28-2018 | 1500 | 3.68 | $ 5,520.00 | | | | | | - | 1500 | 1500 | $ 00.21 | $ 310.84 | $ 5,209.16 | $ 5,209.16 |
| 02-28-2018 | 1700 | 3.69 | $ 6,273.00 | | | | | | - | 1700 | 1700 | $ 00.21 | $ 352.28 | $ 5,920.72 | $ 5,920.72 |
| 02-28-2018 | 5700 | 3.7 | $ 21,090.00 | | | | | | - | 5700 | 5700 | $ 00.21 | $ 1,181.18 | $ 19,908.82 | $ 19,908.82 |
| 02-28-2018 | 1391 | 3.72 | $ 5,174.52 | | | | | | - | 1391 | 1391 | $ 00.21 | $ 288.25 | $ 4,886.27 | $ 4,886.27 |
| 02-28-2018 | 3358 | 3.74 | $ 12,558.92 | | | | | | - | 3358 | 3358 | $ 00.21 | $ 695.86 | $ 11,863.06 | $ 11,863.06 |
| 02-28-2018 | 18328 | 3.75 | $ 68,730.00 | | | | | | - | 18328 | 18328 | $ 00.21 | $ 3,798.00 | $ 64,932.00 | $ 64,932.00 |
| 02-28-2018 | 1800 | 3.76 | $ 6,768.00 | | | | | | - | 1800 | 1800 | $ 00.21 | $ 373.00 | $ 6,395.00 | $ 6,395.00 |
| 02-28-2018 | 9889 | 3.779 | $ 37,370.53 | | | | | | - | 9889 | 9889 | $ 00.21 | $ 2,049.24 | $ 35,321.29 | $ 35,321.29 |
| 05-11-2018 | 100 | 1.8775 | $ 187.75 | | | | | | - | 100 | 100 | $ 00.21 | $ 20.72 | $ 167.03 | $ 167.03 |
| 05-11-2018 | 1100 | 1.875 | $ 2,062.50 | | | | | | - | 1100 | 1100 | $ 00.21 | $ 227.95 | $ 1,834.55 | $ 1,834.55 |
| 05-11-2018 | 49388 | 1.88 | $ 92,849.44 | | | | | | - | 49388 | 49388 | $ 00.21 | $ 10,234.37 | $ 82,615.07 | $ 82,615.07 |
| 05-11-2018 | 2800 | 1.89 | $ 5,292.00 | | | | | | - | 2800 | 2800 | $ 00.21 | $ 580.23 | $ 4,711.77 | $ 4,711.77 |
| 05-11-2018 | 5000 | 1.89 | $ 9,450.00 | | | | | | - | 5000 | 5000 | $ 00.21 | $ 1,036.12 | $ 8,413.88 | $ 8,413.88 |
| 05-11-2018 | 11300 | 1.9 | $ 21,470.00 | | | | | | - | 11300 | 11300 | $ 00.21 | $ 2,341.63 | $ 19,128.37 | $ 19,128.37 |
| 05-11-2018 | 200 | 1.905 | $ 381.00 | | | | | | - | 200 | 200 | $ 00.21 | $ 41.44 | $ 339.56 | $ 339.56 |
| 05-11-2018 | 1600 | 1.91 | $ 3,056.00 | | | | | | - | 1600 | 1600 | $ 00.21 | $ 331.56 | $ 2,724.44 | $ 2,724.44 |
| 05-11-2018 | 2600 | 1.915 | $ 4,979.00 | | | | | | - | 2600 | 2600 | $ 00.21 | $ 538.78 | $ 4,440.22 | $ 4,440.22 |
| 05-11-2018 | 26900 | 1.92 | $ 51,648.00 | | | | | | - | 26900 | 26900 | $ 00.21 | $ 5,574.32 | $ 46,073.68 | $ 46,073.68 |
| 05-11-2018 | 3975 | 1.93 | $ 7,671.75 | | | | | | - | 3975 | 3975 | $ 00.21 | $ 823.71 | $ 6,848.04 | $ 6,848.04 |
| 05-11-2018 | 413 | 1.935 | $ 799.16 | | | | | | - | 413 | 413 | $ 00.21 | $ 85.58 | $ 713.57 | $ 713.57 |
| 05-11-2018 | 200 | 1.9425 | $ 388.50 | | | | | | - | 200 | 200 | $ 00.21 | $ 41.44 | $ 347.06 | $ 347.06 |
| 05-11-2018 | 7120 | 1.94 | $ 13,812.80 | | | | | | - | 7120 | 7120 | $ 00.21 | $ 1,475.43 | $ 12,337.37 | $ 12,337.37 |
| 05-11-2018 | 200 | 1.949 | $ 389.80 | | | | | | - | 200 | 200 | $ 00.21 | $ 41.44 | $ 348.36 | $ 348.36 |
| 05-11-2018 | 11403 | 1.945 | $ 22,178.84 | | | | | | - | 11403 | 11403 | $ 00.21 | $ 2,362.97 | $ 19,815.86 | $ 19,815.86 |
| 05-11-2018 | 4888 | 1.9499 | $ 9,531.11 | | | | | | - | 4888 | 4888 | $ 00.21 | $ 1,012.91 | $ 8,518.20 | $ 8,518.20 |
| 05-11-2018 | 17564 | 1.95 | $ 34,249.80 | | | | | | - | 17564 | 17564 | $ 00.21 | $ 3,639.68 | $ 30,610.12 | $ 30,610.12 |
| 05-11-2018 | 2700 | 1.96 | $ 5,292.00 | | | | | | - | 2700 | 2700 | $ 00.21 | $ 559.50 | $ 4,732.50 | $ 4,732.50 |
| 05-11-2018 | 1600 | 1.97 | $ 3,152.00 | | | | | | - | 1600 | 1600 | $ 00.21 | $ 331.56 | $ 2,820.44 | $ 2,820.44 |
| 05-11-2018 | 400 | 1.98 | $ 792.00 | | | | | | - | 400 | 400 | $ 00.21 | $ 82.89 | $ 709.11 | $ 709.11 |
| 05-11-2018 | 700 | 1.995 | $ 1,396.50 | | | | | | - | 700 | 700 | $ 00.21 | $ 145.06 | $ 1,251.44 | $ 1,251.44 |
| 05-11-2018 | 2000 | 1.999 | $ 3,998.00 | | | | | | - | 2000 | 2000 | $ 00.21 | $ 414.45 | $ 3,583.55 | $ 3,583.55 |
| 05-11-2018 | 1000 | 1.99 | $ 1,990.00 | | | | | | - | 1000 | 1000 | $ 00.21 | $ 207.22 | $ 1,782.78 | $ 1,782.78 |
| 05-11-2018 | 6872 | 2 | $ 13,744.00 | | | | | | - | 6872 | 6872 | $ 00.21 | $ 1,424.04 | $ 12,319.96 | $ 12,319.96 |
| 05-11-2018 | 800 | 2.01 | $ 1,608.00 | | | | | | - | 800 | 800 | $ 00.21 | $ 165.78 | $ 1,442.22 | $ 1,442.22 |
| 05-11-2018 | 900 | 2.02 | $ 1,818.00 | | | | | | - | 900 | 900 | $ 00.21 | $ 186.50 | $ 1,631.50 | $ 1,631.50 |
| 05-11-2018 | 36277 | 2.03 | $ 73,642.31 | | | | | | - | 36277 | 36277 | $ 00.21 | $ 7,517.46 | $ 66,124.85 | $ 66,124.85 |
| 05-11-2018 | 2900 | 1.875 | $ 5,437.50 | | | | | | - | 2900 | 2900 | $ 00.21 | $ 600.95 | $ 4,836.55 | $ 4,836.55 |
| 05-11-2018 | 23700 | 1.875 | $ 44,437.50 | | | | | | - | 23700 | 23700 | $ 00.21 | $ 4,911.20 | $ 39,526.30 | $ 39,526.30 |
| 05-11-2018 | 10076 | 1.88 | $ 18,942.88 | | | | | | - | 10076 | 10076 | $ 00.21 | $ 2,087.99 | $ 16,854.89 | $ 16,854.89 |
| 05-11-2018 | 63324 | 1.89 | $ 119,682.36 | | | | | | - | 63324 | 63324 | $ 00.21 | $ 13,122.24 | $ 106,560.12 | $ 106,560.12 |
| 08-02-2018 | 300 | 1.645 | $ 493.50 | | | | | | - | 300 | 300 | $ 00.21 | $ 62.17 | $ 431.33 | $ 431.33 |
| 08-02-2018 | 26951 | 1.65 | $ 44,469.15 | | | | | | - | 26951 | 26951 | $ 00.21 | $ 5,584.89 | $ 38,884.26 | $ 38,884.26 |
| 08-02-2018 | 72749 | 1.66 | $ 120,763.34 | | | | | | - | 72749 | 72749 | $ 00.21 | $ 15,075.32 | $ 105,688.02 | $ 105,688.02 |
| 08-02-2018 | 9538 | 1.66 | $ 15,833.08 | | | | | | - | 9538 | 9538 | $ 00.21 | $ 1,976.50 | $ 13,856.58 | $ 13,856.58 |
| 08-02-2018 | 10700 | 1.67 | $ 17,869.00 | | | | | | - | 10700 | 10700 | $ 00.21 | $ 2,217.29 | $ 15,651.71 | $ 15,651.71 |
| 08-02-2018 | 100 | 1.675 | $ 167.50 | | | | | | - | 100 | 100 | $ 00.21 | $ 20.72 | $ 146.78 | $ 146.78 |

| Trade Date | Shares | Price | Total Cost | | | | | | | | Shares | Shares | Per Share | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-02-2018 | 66962 | 1.69 | $ 113,165.78 | | | | | | 66962 | 66962 | $ 00.21 | $ 13,876.12 | | | $ 99,289.66 | $ 99,289.66 |
| 08-02-2018 | 12700 | 1.68 | $ 21,336.00 | | | | | | 12700 | 12700 | $ 00.21 | $ 2,631.74 | | | $ 18,704.26 | $ 18,704.26 |
| 08-02-2018 | 300 | 1.675 | $ 502.50 | | | | | | 300 | 300 | $ 00.21 | $ 62.17 | | | $ 440.33 | $ 440.33 |
| 08-02-2018 | 14080 | 1.68 | $ 23,654.40 | | | | | | 14080 | 14080 | $ 00.21 | $ 2,917.71 | | | $ 20,736.69 | $ 20,736.69 |
| 08-02-2018 | 20700 | 1.69 | $ 34,983.00 | | | | | | 20700 | 20700 | $ 00.21 | $ 4,289.53 | | | $ 30,693.47 | $ 30,693.47 |
| 08-02-2018 | 64920 | 1.7 | $ 110,364.00 | | | | | | 64920 | 64920 | $ 00.21 | $ 13,452.97 | | | $ 96,911.03 | $ 96,911.03 |
| **Total:** | **690,000.00** | | **$ 1,412,571.90** | | | | | | **690,000.00** | **690,000.00** | | **$ 142,984.43** | | **$ 1,269,587.47** | **$ 1,269,587.47** |

| | |
|---|---|
| **Client Name** | The Ultra Petroleum Investor Group |
| **Company Name** | Ultra Petroleum Corp. |
| **Ticker Symbol** | UPLC |
| **Security Type** | |
| **Class Period Start** | 04-13-2017 |
| **Class Period End** | 08-08-2019 |
| **90-DAY Lookback Period Start** | 08-09-2019 |
| **90-DAY Lookback Period End** | 11-06-2019 |
| **90-DAY Lookback Average** | $ 00.21 |
| **Pre Class Period Holdings** | 68880 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $612,134.57 |
| *DURA LIFO* Total* | $612,134.57 |
| Gross Shares Purchased | 648,000.00 |
| Net Shares Retained | 648,000.00 |
| Net Funds Expended | $ 746,415.60 |

### Bala Settu

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 09-25-2018 | 30000 | 1.3 | $ 39,000.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 32,783.29 | $ 32,783.29 |
| 09-25-2018 | 30000 | 1.29 | $ 38,700.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 32,483.29 | $ 32,483.29 |
| 09-25-2018 | 29000 | 1.3064 | $ 37,885.60 | | | | | | - | | 29000 | 29000 | $ 00.21 | $ 6,009.49 | $ 31,876.11 | $ 31,876.11 |
| 09-26-2018 | 29000 | 1.07 | $ 31,030.00 | | | | | | - | | 29000 | 29000 | $ 00.21 | $ 6,009.49 | $ 25,020.51 | $ 25,020.51 |
| 09-26-2018 | 28000 | 1.0699 | $ 29,957.20 | | | | | | - | | 28000 | 28000 | $ 00.21 | $ 5,802.27 | $ 24,154.93 | $ 24,154.93 |
| 09-26-2018 | 23000 | 1.0695 | $ 24,598.50 | | | | | | - | | 23000 | 23000 | $ 00.21 | $ 4,766.15 | $ 19,832.35 | $ 19,832.35 |
| 09-26-2018 | 30000 | 1.0604 | $ 31,812.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 25,595.29 | $ 25,595.29 |
| 09-28-2018 | 10000 | 1.06 | $ 10,600.00 | | | | | | - | | 10000 | 10000 | $ 00.21 | $ 2,072.24 | $ 8,527.76 | $ 8,527.76 |
| 09-28-2018 | 30000 | 1.03 | $ 30,900.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 24,683.29 | $ 24,683.29 |
| 09-28-2018 | 30000 | 1.0299 | $ 30,897.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 24,680.29 | $ 24,680.29 |
| 09-28-2018 | 30000 | 1.0472 | $ 31,416.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 25,199.29 | $ 25,199.29 |
| 09-28-2018 | 29000 | 1.0721 | $ 31,090.90 | | | | | | - | | 29000 | 29000 | $ 00.21 | $ 6,009.49 | $ 25,081.41 | $ 25,081.41 |
| 10-01-2018 | 30000 | 1.18 | $ 35,400.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 29,183.29 | $ 29,183.29 |
| 10-01-2018 | 30000 | 1.1993 | $ 35,979.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 29,762.29 | $ 29,762.29 |
| 10-01-2018 | 30000 | 1.1537 | $ 34,611.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 28,394.29 | $ 28,394.29 |
| 10-01-2018 | 29000 | 1.16 | $ 33,640.00 | | | | | | - | | 29000 | 29000 | $ 00.21 | $ 6,009.49 | $ 27,630.51 | $ 27,630.51 |
| 10-01-2018 | 30000 | 1.196 | $ 35,880.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 29,663.29 | $ 29,663.29 |
| 10-01-2018 | 23000 | 1.2 | $ 27,600.00 | | | | | | - | | 23000 | 23000 | $ 00.21 | $ 4,766.15 | $ 22,833.85 | $ 22,833.85 |
| 10-01-2018 | 30000 | 1.176 | $ 35,280.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 29,063.29 | $ 29,063.29 |
| 10-01-2018 | 30000 | 1.1897 | $ 35,691.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 29,474.29 | $ 29,474.29 |
| 10-01-2018 | 30000 | 1.2 | $ 36,000.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 29,783.29 | $ 29,783.29 |
| 10-01-2018 | 28000 | 1.1598 | $ 32,474.40 | | | | | | - | | 28000 | 28000 | $ 00.21 | $ 5,802.27 | $ 26,672.13 | $ 26,672.13 |
| 10-01-2018 | 30000 | 1.1991 | $ 35,973.00 | | | | | | - | | 30000 | 30000 | $ 00.21 | $ 6,216.71 | $ 29,756.29 | $ 29,756.29 |
| **Total:** | **648,000.00** | | **$ 746,415.60** | | | | | | | | **648,000.00** | **648,000.00** | | **$ 134,281.03** | **$ 612,134.57** | **$ 612,134.57** |

| | |
|---|---|
| **Client Name** | The Ultra Petroleum Investor Group |
| **Company Name** | Ultra Petroleum Corp. |
| **Ticker Symbol** | UPLC |
| **Security Type** | |
| **Class Period Start** | 04-13-2017 |
| **Class Period End** | 08-08-2019 |
| **90-DAY Lookback Period Start** | 08-09-2019 |
| **90-DAY Lookback Period End** | 11-06-2019 |
| **90-DAY Lookback Average** | $ 00.21 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $312,278.42 |
| *DURA LIFO* Total* | $312,278.42 |
| Gross Shares Purchased | 438,800.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $ 312,278.42 |

### Geoffrey Polychronis - Acct. 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Settlement Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Settlement Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 08-10-2018 | 200 | 1.71 | $ 342.00 | 05-30-2019 | 200 | | $ 00.39 | $ 78.30 | - | | - | - | $ 00.21 | | $ 263.70 | $ 263.70 |
| 08-10-2018 | 19800 | 1.71 | $ 33,858.00 | 05-31-2019 | 19800 | | $ 00.40 | $ 7,824.96 | - | | - | - | $ 00.21 | | $ 26,033.04 | $ 26,033.04 |
| 08-10-2018 | 10000 | 1.71 | $ 17,100.00 | 05-31-2019 | 10000 | | $ 00.40 | $ 3,953.00 | - | | - | - | $ 00.21 | | $ 13,147.00 | $ 13,147.00 |
| 08-10-2018 | 10000 | 1.71 | $ 17,100.00 | 05-31-2019 | 10000 | | $ 00.40 | $ 3,952.00 | - | | - | - | $ 00.21 | | $ 13,148.00 | $ 13,148.00 |

| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Settlement Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-10-2018 | 10000 | 1.71 | $ 17,100.00 | 05-31-2019 | 10000 | | $ 00.39 | $ 3,950.00 | - | - | - | $ 00.21 | | $ 13,170.00 | $ 13,170.00 |
| 08-13-2018 | 1200 | 1.36 | $ 1,632.00 | 05-30-2019 | 1200 | | $ 00.39 | $ 470.16 | - | - | - | $ 00.21 | | $ 1,161.84 | $ 1,161.84 |
| 08-13-2018 | 23800 | 1.36 | $ 32,368.00 | 05-30-2019 | 23800 | | $ 00.39 | $ 9,317.70 | - | - | - | $ 00.21 | | $ 23,050.30 | $ 23,050.30 |
| 08-14-2018 | 4900 | 1.159 | $ 5,679.10 | 05-30-2019 | 4900 | | $ 00.39 | $ 1,919.82 | - | - | - | $ 00.21 | | $ 3,759.28 | $ 3,759.28 |
| 08-14-2018 | 2200 | 1.155 | $ 2,541.00 | 05-30-2019 | 2200 | | $ 00.39 | $ 862.18 | - | - | - | $ 00.21 | | $ 1,678.82 | $ 1,678.82 |
| 08-14-2018 | 17900 | 1.155 | $ 20,674.50 | 05-30-2019 | 17900 | | $ 00.39 | $ 7,013.22 | - | - | - | $ 00.21 | | $ 13,661.28 | $ 13,661.28 |
| 08-15-2018 | 10000 | 0.99995 | $ 9,999.50 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,919.00 | - | - | - | $ 00.21 | | $ 6,080.50 | $ 6,080.50 |
| 08-15-2018 | 10000 | 1.01 | $ 10,100.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,919.00 | - | - | - | $ 00.21 | | $ 6,181.00 | $ 6,181.00 |
| 08-15-2018 | 8200 | 1.01 | $ 8,282.00 | 05-30-2019 | 8200 | | $ 00.39 | $ 3,211.94 | - | - | - | $ 00.21 | | $ 5,070.06 | $ 5,070.06 |
| 08-15-2018 | 1800 | 1.01 | $ 1,818.00 | 05-30-2019 | 1800 | | $ 00.39 | $ 705.42 | - | - | - | $ 00.21 | | $ 1,112.58 | $ 1,112.58 |
| 08-15-2018 | 10000 | 1.04 | $ 10,400.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,917.00 | - | - | - | $ 00.21 | | $ 6,483.00 | $ 6,483.00 |
| 08-15-2018 | 18200 | 1.05 | $ 19,110.00 | 05-30-2019 | 18200 | | $ 00.39 | $ 7,132.58 | - | - | - | $ 00.21 | | $ 11,977.42 | $ 11,977.42 |
| 08-15-2018 | 6800 | 1.05 | $ 7,140.00 | 05-30-2019 | 6800 | | $ 00.39 | $ 2,663.56 | - | - | - | $ 00.21 | | $ 4,476.44 | $ 4,476.44 |
| 08-15-2018 | 18200 | 1.06 | $ 19,292.00 | 05-30-2019 | 18200 | | $ 00.39 | $ 7,132.58 | - | - | - | $ 00.21 | | $ 12,159.42 | $ 12,159.42 |
| 08-15-2018 | 6800 | 1.06 | $ 7,208.00 | 05-30-2019 | 6800 | | $ 00.39 | $ 2,664.92 | - | - | - | $ 00.21 | | $ 4,543.08 | $ 4,543.08 |
| 08-15-2018 | 7200 | 1.04 | $ 7,488.00 | 05-30-2019 | 7200 | | $ 00.39 | $ 2,818.80 | - | - | - | $ 00.21 | | $ 4,669.20 | $ 4,669.20 |
| 08-15-2018 | 26000 | 1.04 | $ 27,040.00 | 05-30-2019 | 26000 | | $ 00.39 | $ 10,179.00 | - | - | - | $ 00.21 | | $ 16,861.00 | $ 16,861.00 |
| 08-15-2018 | 6800 | 1.04 | $ 7,072.00 | 05-30-2019 | 6800 | | $ 00.39 | $ 2,664.92 | - | - | - | $ 00.21 | | $ 4,407.08 | $ 4,407.08 |
| 08-17-2018 | 10000 | 0.93 | $ 9,300.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,915.00 | - | - | - | $ 00.21 | | $ 5,385.00 | $ 5,385.00 |
| 09-28-2018 | 1200 | 1.01 | $ 1,212.00 | 05-30-2019 | 1200 | | $ 00.39 | $ 470.04 | - | - | - | $ 00.21 | | $ 741.96 | $ 741.96 |
| 09-28-2018 | 8800 | 1.01 | $ 8,888.00 | 05-30-2019 | 8800 | | $ 00.39 | $ 3,445.20 | - | - | - | $ 00.21 | | $ 5,442.80 | $ 5,442.80 |
| 09-28-2018 | 10000 | 1.01 | $ 10,100.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,917.00 | - | - | - | $ 00.21 | | $ 6,183.00 | $ 6,183.00 |
| 09-28-2018 | 10000 | 1.01 | $ 10,100.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,917.00 | - | - | - | $ 00.21 | | $ 6,183.00 | $ 6,183.00 |
| 09-28-2018 | 5200 | 1.01 | $ 5,252.00 | 05-30-2019 | 5200 | | $ 00.39 | $ 2,029.56 | - | - | - | $ 00.21 | | $ 3,222.44 | $ 3,222.44 |
| 09-28-2018 | 4800 | 1.01 | $ 4,848.00 | 05-30-2019 | 4800 | | $ 00.39 | $ 1,880.16 | - | - | - | $ 00.21 | | $ 2,967.84 | $ 2,967.84 |
| 09-28-2018 | 10000 | 1.01 | $ 10,100.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,903.00 | - | - | - | $ 00.21 | | $ 6,197.00 | $ 6,197.00 |
| 09-28-2018 | 10000 | 1.01 | $ 10,100.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,903.00 | - | - | - | $ 00.21 | | $ 6,197.00 | $ 6,197.00 |
| 09-28-2018 | 10000 | 1.01 | $ 10,100.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,903.00 | - | - | - | $ 00.21 | | $ 6,197.00 | $ 6,197.00 |
| 09-28-2018 | 10000 | 1.01 | $ 10,100.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,903.00 | - | - | - | $ 00.21 | | $ 6,197.00 | $ 6,197.00 |
| 09-28-2018 | 5200 | 1.02 | $ 5,304.00 | 05-30-2019 | 5200 | | $ 00.38 | $ 1,970.28 | - | - | - | $ 00.21 | | $ 3,333.72 | $ 3,333.72 |
| 09-28-2018 | 4800 | 1.02 | $ 4,896.00 | 05-30-2019 | 4800 | | $ 00.38 | $ 1,873.44 | - | - | - | $ 00.21 | | $ 3,022.56 | $ 3,022.56 |
| 10-01-2018 | 10000 | 0.9402 | $ 9,402.00 | 05-30-2019 | 10000 | | $ 00.38 | $ 3,789.00 | - | - | - | $ 00.21 | | $ 5,613.00 | $ 5,613.00 |
| 10-01-2018 | 10000 | 0.9501 | $ 9,501.00 | 05-30-2019 | 10000 | | $ 00.38 | $ 3,789.00 | - | - | - | $ 00.21 | | $ 5,712.00 | $ 5,712.00 |
| 10-01-2018 | 10000 | 0.9501 | $ 9,501.00 | 05-30-2019 | 10000 | | $ 00.38 | $ 3,789.00 | - | - | - | $ 00.21 | | $ 5,712.00 | $ 5,712.00 |
| 10-01-2018 | 10000 | 0.955 | $ 9,550.00 | 05-30-2019 | 10000 | | $ 00.38 | $ 3,789.00 | - | - | - | $ 00.21 | | $ 5,761.00 | $ 5,761.00 |
| 10-01-2018 | 3200 | 0.955 | $ 3,056.00 | 05-30-2019 | 3200 | | $ 00.38 | $ 1,242.56 | - | - | - | $ 00.21 | | $ 1,813.44 | $ 1,813.44 |
| 10-01-2018 | 6800 | 0.955 | $ 6,494.00 | 05-30-2019 | 6800 | | $ 00.38 | $ 2,576.52 | - | - | - | $ 00.21 | | $ 3,917.48 | $ 3,917.48 |
| 10-01-2018 | 20000 | 0.9231 | $ 18,462.00 | 05-30-2019 | 20000 | | $ 00.39 | $ 7,766.00 | - | - | - | $ 00.21 | | $ 10,696.00 | $ 10,696.00 |
| 10-01-2018 | 35000 | 0.859 | $ 30,065.00 | 05-30-2019 | 35000 | | $ 00.39 | $ 13,590.50 | - | - | - | $ 00.21 | | $ 16,474.50 | $ 16,474.50 |
| 12-17-2018 | 3800 | 0.9711 | $ 3,690.18 | 05-30-2019 | 3800 | | $ 00.39 | $ 1,475.54 | - | - | - | $ 00.21 | | $ 2,214.64 | $ 2,214.64 |
| **Total:** | **438,800.00** | | **$ 483,365.28** | | **438,800.00** | | | **$ 171,086.86** | | | | | | **$ 312,278.42** | **$ 312,278.42** |

| | |
|---|---|
| **Client Name** | The Ultra Petroleum Investor Group |
| **Company Name** | Ultra Petroleum Corp. |
| **Ticker Symbol** | UPLC |
| **Security Type** | |
| **Class Period Start** | 04-13-2017 |
| **Class Period End** | 08-08-2019 |
| **90-DAY Lookback Period Start** | 08-09-2019 |
| **90-DAY Lookback Period End** | 11-06-2019 |
| **90-DAY Lookback Average** | $ 00.21 |
| **Pre Class Period Holdings** | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $11,866.50 |
| *DURA LIFO* Total* | $11,866.50 |
| Gross Shares Purchased | 20,200.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $ 11,866.50 |

**Geoffrey Polychronis - Acct. 2**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Settlement Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-17-2018 | 10200 | 0.9778 | $ 9,973.56 | 05-30-2019 | 10200 | | $ 00.39 | $ 3,981.06 | - | - | - | $ 00.21 | | $ 5,992.50 | $ 5,992.50 |
| 12-17-2018 | 10000 | 0.9778 | $ 9,778.00 | 05-30-2019 | 10000 | | $ 00.39 | $ 3,904.00 | - | - | - | $ 00.21 | | $ 5,874.00 | $ 5,874.00 |
| **Total:** | **20,200.00** | | **$ 19,751.56** | | **20,200.00** | | | **$ 7,885.06** | | | | | | **$ 11,866.50** | **$ 11,866.50** |

| | |
|---|---|
| **Client Name** | The Ultra Petroleum Investor Group |
| **Company Name** | Ultra Petroleum Corp. |
| **Ticker Symbol** | UPLC |
| **Security Type** | |
| **Class Period Start** | 04-13-2017 |
| **Class Period End** | 08-08-2019 |
| **90-DAY Lookback Period Start** | 08-09-2019 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $12,278.75 |
| *DURA LIFO* Total* | $12,278.75 |
| Gross Shares Purchased | 20,900.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $ 12,278.75 |

| 90-DAY Lookback Period End | 11-06-2019 |
| 90-DAY Lookback Average | $ 00.21 |
| Pre Class Period Holdings | 0 |

### Geoffrey Polychronis - Acct. 3

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Settlement Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-17-2018 | 20900 | 0.9778 | $ 20,436.02 | 05-30-2019 | 20900 | | $ 00.39 | $ 8,157.27 | - | - | - | $ 00.21 | | $ 12,278.75 | $ 12,278.75 |
| Total: | 20,900.00 | | $ 20,436.02 | | 20,900.00 | | | $ 8,157.27 | | | | | | $ 12,278.75 | $ 12,278.75 |

| | |
|---|---|
| Client Name | The Ultra Petroleum Investor Group |
| Company Name | Ultra Petroleum Corp. |
| Ticker Symbol | UPLC |
| Security Type | |
| Class Period Start | 04-13-2017 |
| Class Period End | 08-08-2019 |
| 90-DAY Lookback Period Start | 08-09-2019 |
| 90-DAY Lookback Period End | 11-06-2019 |
| 90-DAY Lookback Average | $ 00.21 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $315,967.81 |
| *DURA LIFO* Total* | $315,967.81 |
| Gross Shares Purchased | 452,094.00 |
| Net Shares Retained | 452,094.00 |
| Net Funds Expended | $ 409,652.45 |

### Madhi Riyad Issa

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-12-2018 | 40323 | 1.87 | $ 75,404.01 | | | | | | - | 40323 | 40323 | $ 00.21 | $ 8,355.89 | $ 67,048.12 | $ 67,048.12 |
| 07-12-2018 | 200 | 1.875 | $ 375.00 | | | | | | - | 200 | 200 | $ 00.21 | $ 41.44 | $ 333.56 | $ 333.56 |
| 07-12-2018 | 59800 | 1.88 | $ 112,424.00 | | | | | | - | 59800 | 59800 | $ 00.21 | $ 12,391.98 | $ 100,032.02 | $ 100,032.02 |
| 07-27-2018 | 4796 | 1.635 | $ 7,841.46 | | | | | | - | 4796 | 4796 | $ 00.21 | $ 993.85 | $ 6,847.61 | $ 6,847.61 |
| 07-27-2018 | 1000 | 1.635 | $ 1,635.00 | | | | | | - | 1000 | 1000 | $ 00.21 | $ 207.22 | $ 1,427.78 | $ 1,427.78 |
| 07-27-2018 | 34204 | 1.64 | $ 56,094.56 | | | | | | - | 34204 | 34204 | $ 00.21 | $ 7,087.88 | $ 49,006.68 | $ 49,006.68 |
| 04-08-2019 | 20164 | 0.5934 | $ 11,965.32 | | | | | | - | 20164 | 20164 | $ 00.21 | $ 4,178.46 | $ 7,786.86 | $ 7,786.86 |
| 04-08-2019 | 1000 | 0.59 | $ 590.00 | | | | | | - | 1000 | 1000 | $ 00.21 | $ 207.22 | $ 382.78 | $ 382.78 |
| 04-08-2019 | 200 | 0.5927 | $ 118.54 | | | | | | - | 200 | 200 | $ 00.21 | $ 41.44 | $ 77.10 | $ 77.10 |
| 04-08-2019 | 1400 | 0.5933 | $ 830.62 | | | | | | - | 1400 | 1400 | $ 00.21 | $ 290.11 | $ 540.51 | $ 540.51 |
| 04-08-2019 | 100 | 0.59 | $ 59.00 | | | | | | - | 100 | 100 | $ 00.21 | $ 20.72 | $ 38.28 | $ 38.28 |
| 04-08-2019 | 68000 | 0.59 | $ 40,120.00 | | | | | | - | 68000 | 68000 | $ 00.21 | $ 14,091.22 | $ 26,028.78 | $ 26,028.78 |
| 04-17-2019 | 19946 | 0.5399 | $ 10,768.85 | | | | | | - | 19946 | 19946 | $ 00.21 | $ 4,133.29 | $ 6,635.56 | $ 6,635.56 |
| 04-17-2019 | 100 | 0.539 | $ 53.90 | | | | | | - | 100 | 100 | $ 00.21 | $ 20.72 | $ 33.18 | $ 33.18 |
| 04-17-2019 | 100 | 0.5398 | $ 53.98 | | | | | | - | 100 | 100 | $ 00.21 | $ 20.72 | $ 33.26 | $ 33.26 |
| 04-17-2019 | 200 | 0.53835 | $ 107.67 | | | | | | - | 200 | 200 | $ 00.21 | $ 41.44 | $ 66.23 | $ 66.23 |
| 04-18-2019 | 100000 | 0.45 | $ 45,000.00 | | | | | | - | 100000 | 100000 | $ 00.21 | $ 20,722.38 | $ 24,277.62 | $ 24,277.62 |
| 04-18-2019 | 100000 | 0.46 | $ 46,000.00 | | | | | | - | 100000 | 100000 | $ 00.21 | $ 20,722.38 | $ 25,277.62 | $ 25,277.62 |
| 06-06-2019 | 561 | 0.3753 | $ 210.54 | | | | | | - | 561 | 561 | $ 00.21 | $ 116.25 | $ 94.29 | $ 94.29 |
| Total: | 452,094.00 | | $ 409,652.45 | | | | | | | 452,094.00 | 452,094.00 | | $ 93,684.64 | $ 315,967.81 | $ 315,967.81 |

| | |
|---|---|
| Client Name | The Ultra Petroleum Investor Group |
| Company Name | Ultra Petroleum Corp. |
| Ticker Symbol | UPLC |
| Security Type | |
| Class Period Start | 04-13-2017 |
| Class Period End | 08-08-2019 |
| 90-DAY Lookback Period Start | 08-09-2019 |
| 90-DAY Lookback Period End | 11-06-2019 |
| 90-DAY Lookback Average | $ 00.21 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $274,757.53 |
| *DURA LIFO* Total* | $274,757.53 |
| Gross Shares Purchased | 290,600.00 |
| Net Shares Retained | 290,600.00 |
| Net Funds Expended | $ 334,976.77 |

### Yoav Givon

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Date | Shares Purchased During the CP | Price Per Share | Total Cost | Settlement Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-05-2018 | 16034 | 1.91 | $ 30,624.94 | | | | | | - | 16034 | 16034 | $ 00.21 | $ 3,322.63 | $ 27,302.31 | $ 27,302.31 |
| 05-05-2018 | 16091 | 1.91 | $ 30,733.81 | | | | | | - | 16091 | 16091 | $ 00.21 | $ 3,334.44 | $ 27,399.37 | $ 27,399.37 |
| 05-30-2018 | 31645 | 1.62 | $ 51,264.90 | | | | | | - | 31645 | 31645 | $ 00.21 | $ 6,557.60 | $ 44,707.30 | $ 44,707.30 |
| 08-09-2018 | 30769 | 1.238 | $ 38,092.02 | | | | | | - | 30769 | 30769 | $ 00.21 | $ 6,376.07 | $ 31,715.95 | $ 31,715.95 |

| Date | Shares | Factor | Amount | | Shares | Shares | Price | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 08-13-2018 | 23032 | 1.018 | $ 23,446.58 | - | 23032 | 23032 | $ 00.21 | $ 4,772.78 | $ 18,673.80 | $ 18,673.80 |
| 08-13-2018 | 41198 | 1.014 | $ 41,774.77 | - | 41198 | 41198 | $ 00.21 | $ 8,537.21 | $ 33,237.57 | $ 33,237.57 |
| 09-26-2018 | 51525 | 0.961 | $ 49,515.53 | - | 51525 | 51525 | $ 00.21 | $ 10,677.21 | $ 38,838.32 | $ 38,838.32 |
| 09-26-2018 | 30915 | 0.963 | $ 29,771.15 | - | 30915 | 30915 | $ 00.21 | $ 6,406.32 | $ 23,364.82 | $ 23,364.82 |
| 12-17-2018 | 34738 | 0.882 | $ 30,638.92 | - | 34738 | 34738 | $ 00.21 | $ 7,198.54 | $ 23,440.38 | $ 23,440.38 |
| 03-03-2019 | 14653 | 0.622 | $ 9,114.17 | - | 14653 | 14653 | $ 00.21 | $ 3,036.45 | $ 6,077.72 | $ 6,077.72 |
| **Total:** | **290,600.00** | | **$ 334,976.77** | | **290,600.00** | **290,600.00** | | **$ 60,219.24** | **$ 274,757.53** | **$ 274,757.53** |

***Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)***

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.