# EXHIBIT G

2373 Central Park Boulevard, Suite 100
Denver, CO  80238
Tel 303.861.1764
Fax 303.395.0393
Email jeff@jberenslaw.com

# BERENS LAW
## -LLC -

Berens Law LLC focuses on representing aggrieved investors in Colorado and nationwide. The firm is committed to providing clients with superior personal attention and service, and seeks to represent all clients with the highest level of skill, competence, and dedication.

## ATTORNEY BIOGRAPHY

### JEFFREY A. BERENS

Mr. Berens has prosecuted state and federal class action lawsuits for more than twenty years, focusing his practice on shareholder class action litigation.

Mr. Berens has had primary responsibility for litigating class action lawsuits against BancorpSouth, Inc., Fidelity Management & Research Company, State Street Corporation, United Western Bancorp, Inc., FirstWorld Communications, Inc., Carrier Access Corporation, ICG Communications, Inc., One-Stop Wireless of America, Inc., Tuesday Morning, Inc., Transcrypt International, Inc., and Sport-Haley, Inc., among many others. In 2002, he successfully argued to the Colorado Court of Appeals that the district court had erred in failing to allow thousands of victims of a nationwide boiler room fraud to band together and prosecute their claims in a single class action. The Court of Appeals' opinion in *Toothman v. Freeborn & Peters*, 80 P.2d 804 (Colo. Ct. App. 2002) established new law, making it more difficult for dishonest promoters to evade the reach of the securities laws. Mr. Berens later won entry of a $75.3 million summary judgment against the alleged ringleader of the scheme.

Mr. Berens attended Marquette University Law School, from which he graduated *cum laude* in 1996. While at Marquette, he served as a judicial extern to the Honorable John L. Coffey of the United States Court of Appeals for the Seventh Circuit, and was a member of the Marquette University Law Review. Mr. Berens received his undergraduate degree in business and accounting from the University of Wisconsin-Milwaukee in 1990. Thereafter, he was employed as a corporate accountant for two years, during which time he passed the Certified Public Accountant examination.

Mr. Berens was admitted to the state bar of Wisconsin in 1996 and the state bar of Colorado in 1997. He is also admitted to practice before the United States District Courts for Colorado, the Tenth Circuit Court of Appeals, and has been admitted to practice, on a case by case basis, in various state and federal jurisdictions throughout the country. Mr. Berens is the author of *Pleading Scienter Under The Private Securities Litigation Reform Act of 1995*, which was published in *The Colorado Lawyer.*

## CLASS RECOVERIES

Over the past twenty years Mr. Berens has had exceptional success in prosecuting shareholder, consumer and employment class actions. Below is a sampling of some of his more notable cases.

- *Winslow v. BancorpSouth, Inc.*, Case No. 3:10-cv-00463 (M.D. Tenn.) ($29.25 million recovered)

- *In re Tele-Communications, Inc. Sec. Litig.,* Case No. 97CV421 (Colo.) ($26.5 million recovered)

- *Rasner v. FirstWorld Comm'ns Inc.*, Case No. 00-K-1376 (D. Colo.) ($25.925 million recovered)

- *Muhr v. Transcrypt Int'l, Inc.,* Case No. CI98-333 (Neb.) (approximately $25 million recovered)

- *In re ICG Comm'ns Sec. Litig.*, Case No. 00-cv-1864-REB-BNB (D. Colo.) ($18 million recovered)

- *In re Rhythms Sec. Litig.*, Case No. 02-cv-35-JLK (D. Colo.) ($17.5 million recovered)

- *Toothman v. One Stop Wireless of America, Inc.,* Case No. 98CV931 (Colo.) (approximately $11 million recovered)

- *Angres v. Smallworldwide PLC,* Case No. 99-K-1254 (D. Colo.) ($9.85 million recovered)

- *Zametkin v. Fidelity Management & Research Co.*, Case No. 1:08-cv-10960-MLW (D. Mass.) ($7.5 million recovered)

- *Croker v. Carrier Access Corp.*, Case No. 05-cv-1011-LTB-OES (D. Colo.) ($7.4 million recovered)

- *Yu v. State Street Corp.*, Case No. 1:08-cv-08235-PAC (S.D.N.Y.) ($6.25 million recovered)