# EXHIBIT 2

WE GIVE SHAREHOLDERS A VOICE

# Ultra Petroleum Corp. Information Request Form

## See If You Qualify For Monetary Reward

*Levi & Korsinsky, LLP does not share your information with others. There is no cost or obligation for you to submit.*

Name *

Email *

Address          City               State     Zip

Daytime Phone                    Evening Phone

Shares Owned          Purchase Date          Loss

➕ Submit Transaction Detail Now (Optional)

ℹ️ *This submission does not create an attorney-client relationship. If we believe that you might be an appropriate lead plaintiff, we will contact you to discuss whether to establish an attorney-client relationship.*

Submit Loss

FAX: 212-363-7171

The complaint alleges that Ultra Petroleum Corp. violated federal securities laws by issuing materially false and/or misleading information and/or failing to disclose material information.

If you suffered a loss in Ultra Petroleum Corp. you have until **November 2, 2020** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Case No. 1:20-cv-02652-NYW-STV    Document 35-2    filed 11/23/20    USDC Colorado    pg 3 of 3

11/12/2020                    Ultra Petroleum Corp. Information Request Form | Levi & Korsinsky, LLP | Class Action Attorneys

# $522M        $79M        $42M        $36.5M

## WINS

In re Google Inc. Class C
Shareholder Litigation

Freudenberg v. E*TRADE
Financial Corp.

In re CNX Gas Corp.
Shareholder Litigation

In re Bluegreen Co
Shareholder Litigat



THE POWERHOUSE

All Rights Reserved. © 2020 Levi & Korsinsky, LLP | 55 Broadway, 10th Floor New York, NY 10006

Attorney Advertising. No part of this website or any of its content or images may be reproduced, copied, modified or adapted,without the prior express written consent of Levi & Korsinsky, LLP.
Prior results do not guarantee a similar outcome. Read the complete Terms and Conditions & Privacy here.