# EXHIBIT A

DocuSign Envelope ID: 5C95C5E8-139A-45B0-B50D-AB1781180A43

## DECLARATION OF MICHAEL ALTMAN

I, Michael Altman, declare as follows:

1. I submit this Declaration in response to the unfounded speculation asserted by competing movant Sankar Karuppasamy ("Karuppasamy").

2. I reside in Cape Coral, Florida. As explained in my opening submission, prior to my retirement I was a licensed advisor with a Fortune 500 company and earned a bachelor's degree and an MBA. I am also a CPA.

3. My investment in Ultra Petroleum Corporation ("Ultra" or the "Company") was significant. I am committed to vigorously prosecute this case to maximize the recovery not only for myself, but for all Ultra investors. I look forward to doing what is necessary to see this action through to a successful conclusion for Ultra investors.

4. Given the size of my investment, I closely monitored Ultra by reading Company news and filings and participating in certain public investor conference calls.

5. Other than my participation in these public investor conference calls, I did not have communications with Ultra management.

6. While Karuppasamy speculates that I had follow-up communications with Ultra's management—this speculation is false. I did not.

7. I did not trade Ultra securities based non-public information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed ___12/5/2020___.

DocuSigned by:

*Michael Altman*

Michael Altman

1