# EXHIBIT A

Case No. 1:20-cv-02652-NYW-STV   Document 38-1   filed 12/07/20   USDC Colorado
pg 2 of 4
Case 2:17-cv-01067-SJF-AYS   Document 27-2   Filed 05/09/17   Page 1 of 3 PageID #: 351

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS CULLINAN, Individually and On Behalf of All Others Similarly Situated, | Case No.: 2:17-cv-01067 |
| Plaintiff, | |
| v. | |
| CEMTREX, INC., SAAGAR GOVIL, ARON GOVIL and RENATO DELA RAMA, | |
| Defendants. | |
| LEWIS MONTEIL, Individually and on Behalf of All Others Similarly Situated, | Case No.: 2:17-cv-01070 |
| Plaintiff, | |
| v. | |
| CEMTREX, INC., SAAGAR GOVIL, ARON GOVIL, AND RENATO DELA RAMA, | |
| Defendants. | |
| FRANCK GUERRIER, Individually and on behalf of all others similarly situated, | Case No.: 2:17-cv-01071 |
| Plaintiff, | |
| v. | |
| CEMTREX, INC., SAAGAR GOVIL, RENATO DELA RAMA, and ARON GOVIL, | |
| Defendants. | |

**DECLARATION OF BENJAMIN WEBB IN SUPPORT OF THE CEMTREX**
**INVESTOR GROUP'S LEAD PLAINTIFF MOTION**

I, Benjamin Webb, hereby declare:

1. I submit this declaration in support of the Cemtrex Investor Group's lead plaintiff motion filed on behalf of Umang Khetarpal, Gang Chen, Timothy Heath, Minh Nguyen and myself (the "Cemtrex Investor Group").

2. I purchased 13,415 shares of Cemtrex Inc. ("Cemtrex") stock during the Class Period and suffered a loss of over $27,839 on those shares.

3. In February 2017, I learned that Levi & Korsinsky LLP ("LK") was investigating potential securities fraud claims against Cemtrex and certain members of its management

4. On February 27, 2017, I contacted LK via email to consult them about the class action lawsuits. That same day, Shannon Hopkins, an attorney at LK, responded to my email to set up a telephone call to discuss my inquiry regarding the Cemtrex litigation.

5. Thereafter, I contacted Ms. Hopkins and spoke with her on the telephone. After conducting my own due diligence on LK, I decided to retain LK as my counsel in this action.

6. On March 1, 2017, I signed a client retainer and certification with LK.

7. On or about April 6, 2017, I saw that the law firm of Goldberg Law PC ("Goldberg") was investigating a lawsuit against Cemtrex and I signed a certification with that firm. At the time, I mistakenly believed that Goldberg was investigating a different lawsuit than the one I had retained LK for so I signed a certification with Goldberg to increase my chances of recuperating my losses.

8. I did not tell LK that I had signed a certification with Goldberg since I thought I was signing up for two separate lawsuits.

9. I have since learned after filing a motion seeking appointment of the Cemtrex Investor Group as lead plaintiff and LK as lead counsel, that LK and Goldberg are pursuing the same lawsuit and that Goldberg had referred me to a different law firm, The Rosen Law Firm ("Rosen"), who is also seeking my appointment as a member of their group, also named The Cemtrex Investor Group, and of Rosen as lead counsel. As a result, I have requested that Goldberg withdraw me as its client.

10. I am committed to retaining LK as counsel in this matter and am committed to pursue this case as lead plaintiff and class representative.

11. Prior to the filing of the Lead Plaintiff motions on April 25, 2017:

a. I understood that I, along with Umang Khetarpal, Gang Chen, Timothy Heath, and Minh Nguyen, would be entrusted with the prosecution of this action on behalf of not only myself, but on behalf of other class members whose interests are at stake;

b. I understood that the Lead Plaintiff is to take an active role in the prosecution of the case, including supervising the conduct of counsel to ensure that the progress of the case is handled in an efficient manner, and monitoring the status and progress of this action; and

c. I also understood that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and the prospects for resolution of this matter, with the assistance of counsel. I understood that it is my responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice.

12. Given that I believe LK is capable to represent my interests and that of other injured Cemtrex investors, I request the Court appoint LK as lead counsel.

13. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I hereby certify, under penalty of perjury, that the foregoing is true and correct. Executed this 9th day of May, 2017.

Signed:

NAME: Benjamin Webb