# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02652-CMA-STV

ESWARAN SUBRAMANIAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MICHAEL D. WATFORD, et al.,

    Defendants.

---

Civil Action No. 1:20-cv-02820-KLM

ANDREW BUSSOM, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MICHAEL D. WATFORD, et al.,

    Defendants.

---

## LEAD PLAINTIFF MOVANT SANKAR KARUPPASAMY'S NOTICE OF SUPPLEMENTAL AUTHORITY

4837-7903-6900.v1

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to this Court's Civil Practice Standards, lead plaintiff movant Sankar Karuppasamy respectfully submits this notice of supplemental authority to identify a recent decision, *Pardi v. Tricida, Inc.*, No. 5:21-cv-00076-LHK, ECF No. 65 (N.D. Cal. Apr. 2, 2021), attached hereto as Exhibit A. This decision pertains to whether a self-competing lead plaintiff motion by a member of a lead plaintiff group created by Bragar Eagel & Squire PC ("BES") is evidence of the group's lack of cohesion sufficient to preclude the appointment of both the group and any of the group's members as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995.[1]

DATED:  April 5, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
TRICIA L. McCORMICK
MICHAEL ALBERT

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
triciam@rgrdlaw.com
malbert@rgrdlaw.com

---

[1]    *See also Torres v. Berry Corp.*, No. 3:20-CV-03464, ECF Nos. 14, 16 (N.D. Tex.) (another post-briefing instance of movant represented by both BES *and* Levi & Korsinsky, LLP, filing self-competing motion and promptly abandoning his candidacy despite claiming financial interest 400% greater than next largest movant).

- 1 -

4837-7903-6900.v1

[Proposed] Lead Counsel for [Proposed] Lead Counsel

SHUMAN, GLENN & STECKLER
RUSTY E. GLENN
600 17th Street, Suite 2800 South
Denver, CO  80202
Telephone:  303/861-3003
303/536-7849 (fax)
rusty@shumanlawfirm.com

Local Counsel for [Proposed] Lead Plaintiff

PAUL L. ROBINSON, ESQ. LLC
500 Paterson Plank Road
Union City, NJ  07087
Telephone:  201/627-3299
201/627-3301 (fax)
trginternationalllc@gmail.com

Additional Counsel for [Proposed] Lead Plaintiff

- 2 -

4837-7903-6900.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 5, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  danim@rgrdlaw.com

4837-7903-6900.v1

# Mailing Information for a Case 1:20-cv-02652-CMA-STV Subramanian v. Watford et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Allen Berens**
  jeff@jberenslaw.com,jeffreyberens@comcast.net

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com,kip@shumanlawfirm.com,e_file_sd@rgrdlaw.com

- **Laurence Jesse Hasson**
  lhasson@bernlieb.com,bernstein@bernlieb.com,lsriken@bernlieb.com,mguarnero@bernlieb.com

- **David Christopher Holman**
  dave@crishamholman.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Guomin Mao**
  ingo@rcfllp.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Ivy Tran Ngo**
  ingo@rcfllp.com,ECF_Notifications@rcfllp.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)