## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

Civil Action No. 20-cv-02652-RMR-STV (consolidated for all purposes with Civil Action No. 20-cv-02820)

---

ULTRA PETROLEUM INVESTOR GROUP, Individually and on behalf of all others similarly situated,

        Plaintiffs,

    v.

MICHAEL D. WATFORD,
C. BRADLEY JOHNSON,
ULTRA PETROLEUM, INC.,
FIR TREE CAPITAL MANAGEMENT LP N/K/A FIR TREE PARTNERS, INC., and
EVAN LEDERMAN,

        Defendants.

---

## DECLARATION OF DAVID HOLMAN IN SUPPORT OF MOTION TO DISMISS

---

I, David Holman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am a partner with the law firm of Crisham & Holman LLC, counsel for Defendants Michael Watford and Bradley Johnson in the above-captioned litigation. I submit this declaration in support of Watford and Johnson's motion to dismiss, dated October 29, 2021. Specifically, I submit this declaration to place before the Court certain documents that are of public record.

1

1.        Attached hereto as **Exhibit 1** is a true and correct copy of a presentation published by Ultra Petroleum on February 28, 2018, in conjunction with its 4th quarter 2017 earnings conference call.  It is publicly available at: https://static.seekingalpha.com/uploads/sa_presentations/918/22918/original.pdf.

2.        Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of Ultra Petroleum's 1st quarter 2017 earnings conference call, held on May 3, 2017.  It is publicly available from FactSet CallStreet.

3.        Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of Ultra Petroleum's 4th quarter 2017 earnings conference call, held on February 28, 2018.  It is publicly available from FactSet CallStreet.

4.        Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of Ultra Petroleum's 2nd quarter 2017 earnings conference call, held on August 9, 2017.  It is publicly available from FactSet CallStreet.

5.        Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of Ultra Petroleum's 3rd quarter 2017 earnings conference call, held on November 7, 2017.  It is publicly available from FactSet CallStreet.

6.        Attached hereto as **Exhibit 6** is a true and correct copy of a press release issued by Ultra Petroleum on January 30, 2018, and filed with the SEC on Form 8-K the same day.  It is publicly available at: https://www.sec.gov/Archives/edgar/data/1022646/000119312518024433/d522627dex991.htm.

7.      Attached hereto as **Exhibit 7** is a true and correct copy of a press release issued by Ultra Petroleum on August 9, 2018, and filed with the SEC on Form 8-K the same day.  It is publicly available at: https://www.sec.gov/Archives/edgar/data/1022646/000117184318005908/exh_991.htm.

8.      Attached hereto as **Exhibit 8** is a true and correct copy of the transcript of Ultra Petroleum's 2nd quarter 2018 earnings conference call, held on August 9, 2018.  It is publicly available from FactSet CallStreet.

9.      Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of Ultra Petroleum's 3rd quarter 2018 earnings conference call, held on November 8, 2018.  It is publicly available from FactSet CallStreet.

10.     Attached hereto as **Exhibit 10** is a true and correct copy of a presentation published by Ultra Petroleum on November 8, 2018, in conjunction with its 3rd quarter 2018 earnings conference call.  It is publicly available at: https://web.archive.org/web/20190501055144/http://www.ultrapetroleum.com/static-files/df428518-9ead-4c0c-a284-e19d12d315f6.

11.     Attached hereto as **Exhibit 11** is a true and correct copy of Ultra Petroleum's 2016 SEC Form 10-K.  It is publicly available at: https://www.sec.gov/Archives/edgar/data/1022646/000119312517051805/d291465d10k.htm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

 Dated: October 29, 2021

/s/ David Holman
David Holman

3