# Exhibit 1





# New UPL Investor Presentation
# February 28, 2018

**Ultra Petroleum Corp. NASDAQ: UPL**

# Forward Looking Statements and Risk Factors



***Forward-Looking Statements and Estimates***

**This presentation contains "forward-looking statements" within the meaning of the federal securities laws, including statements about our business strategies and plans, plans for future drilling and resource development, prospective levels of capital expenditures and production and operating costs, and estimates of future results. Any statement in this presentation, including any opinions, forecasts, projections or other statements, other than statements of historical fact, are forward-looking statements. Although we believe the expectations reflected in such forward-looking statements are reasonable, we can give no assurance such expectations are correct, and actual results may differ materially from those projected. In addition, this presentation includes information about our proved reserves. The Securities and Exchange Commission ("SEC") permits oil and gas companies, in their filings with the SEC, to disclose only proved, probable and possible oil and gas reserves that meet the SEC's definitions for such terms. This presentation also includes information about oil and gas quantity estimates that are not permitted to be disclosed in SEC filings, including terms or designations such as "estimated ultimate recovery" or "EUR" or "resource" or "resource potential" or other terms bear similar or related descriptions. These types of estimates do not represent and are not intended to represent any category of reserves based on SEC definitions, do not comply with guidelines established by the American Institute of Certified Public Accountants regarding forecasts of oil and gas reserves estimates, are, by their nature, more speculative than estimates of proved, probable and possible reserves disclosed in SEC filings, and, accordingly, are subject to substantially greater uncertainty of being actually realized. Actual volumes or quantities of oil and gas that may be ultimately recovered will likely differ substantially from such estimates. Factors affecting such ultimate recovery include the scope of our actual drilling program, which will be directly affected by the availability of capital, drilling and production costs, commodity prices, availability of drilling services and equipment, lease expirations, transportation constraints, regulatory approvals, field spacing rules, and actual drilling, completion and production results as well as other factors. These estimates may change significantly as the development of properties provides additional data. This presentation also includes estimates of values attributable to the locations on which such oil and gas quantity estimates are based. The estimates of value set forth in this presentation were calculated based on the assumptions and methodologies set forth in this presentation, which differ materially from the assumptions and methodologies oil and gas companies are required to use in calculating PV-10 values of proved reserves disclosed in SEC filings. As a result, the estimates of values included in this presentation do not represent and are not intended to represent the "PV-10" value that would be attributable to such items if such items were calculated based on applicable SEC requirements.**

***Risk Factors***

**Certain risks and uncertainties inherent in our operating businesses as well as certain on-going risks related to our operational and financial results are set forth in our filings with the Securities and Exchange Commission ("SEC"), particularly in the section entitled "Risk Factors" included in our most recently-filed Annual Report on Form 10-K, our most recently-filed Quarterly Reports on Form 10-Q, and from time to time in other filings we make with the SEC. Some of the risk and uncertainties related to our business include, but are not limited to, increased competition, the timing and extent of changes in prices for oil and gas, particularly in the areas where we own properties, conduct operations, and market our production, as well as the timing and extent of our success in discovering, developing, producing and estimating oil and gas reserves, including from any horizontal wells we drill in the future, the timing and cost of our future production and development activities, weather and government regulation, and the availability and cost of oil field services, personnel and equipment.**

**Investors are encouraged to review and consider the risk factors set forth in our historical and future SEC filings, as well as any set forth in this presentation, in connection with a review and consideration of this presentation. Our SEC filings are available directly from the company – please send any requests to Ultra Petroleum Corp. at 400 North Sam Houston Parkway East, Suite 1200, Houston, Texas 77060 (Attention: Investor Relations). Our SEC filings are also available from the SEC on their website at www.sec.gov or by telephone request at 1-800-SEC-0330.**

2

# UPL 4Q17 Earnings Presentation Outline



*Opening Remarks*

*2017 Results*

*New UPL Strategic Focus*

*Early 2018 Accomplishments*

*Financial Update*

*Pinedale Vertical Program*

*Pinedale Horizontal Program*

*2018 Capital Plan and Guidance*

3



# Company Overview

| Market Snapshot | |
| --- | --- |
| NASDAQ Symbol: | UPL |
| Market Capitalization, $ million | $877 |
| Net Debt @ 12/31/17, $ million | $2,159 |
| Enterprise Value, $ million | $3,036 |

| Production & Reserves | |
| --- | --- |
| Q417 Production[1], Bcfe | 74.5 |
| SEC Proved Developed Reserves[2], Bcfe | 2,392 |
| SEC Proved Developed PV-10%[2], $billion | $2.2 |

| Acreage | |
| --- | --- |
| Net Acreage – Wyoming: | |
| Pinedale Vertical Core | 27,000 |
| Horizontal Flank, 700 net locations | 28,000 |
| Additional Flank Acreage/Jonah | 23,000 |
| Net Acreage – Wyoming | 78,000 |
| Net Acreage – Utah | 8,000 |
| % Operated | 90% |
| % HBP | 91% |



| Wyoming Inventory | |
| --- | --- |
| Vertical locations, gross | 4,600 |
| Horizontal locations, gross | 1,600 |
| Total | 6,200 |

[1]Accounts for divestment of 0.3 Bcfe PA production in December.
[2] YE17 Proved reserves includes a limited PUD program of reduced vertical development and a HZ program that has yet to be booked.

4

# Fourth Quarter and Full Year 2017 Execution

- **_Produced at Midpoint of Guidance_**:  74.5 Bcfe adjusted to 74.8 Bcfe for PA sale in December

- **_Delivered Production Growth_**:  9% over 4Q16, 16% growth since 1Q17

- **_Increased Margins_**:  EBITDA increases from $2.19/Mcfe in 4Q16 to $2.25/Mcfe in 4Q17

- **_Drilled Record Well in Pinedale_**:  Lower Lance HZ with IP of 51 MMcfe/d (705 Bopd, 8% oil), produced 3.7 Bcfe in first 120 days

- **_Focused on Pinedale Pure-Play Strategy_**: Divested non-core assets in PA; marketing UT

- **_Enhanced Capital Flexibility_**:  Increased borrowing base from $1.2 to $1.4 billion, increased liquidity with undrawn revolver

**Positive Momentum Heading Into 2018**



2017 Quarterly Production



Ramp Up in HZ wells per year

# New UPL Strategic Focus and Unique Strengths

| **Operating and Financial Fundamentals** | *Disciplined approach* |
| | *Accelerate horizontal program* |
| | *Capital efficient growth* |
| | *Free cash flow generation* |
| **Capital Efficiency and Discipline** | *Balance sheet flexibility* |
| | *Increase hedging program* |
| | *Drive shareholder value* |
| **Investor Alignment and Messaging** | *Improve investor communication* |
| | *Set and meet expectations* |
| | *Increase transparency* |

6

# Early 2018 Accomplishments

- *Flowing back Warbonnet 9-23 A-2H, the 2nd  2-mile lateral in the Lower Lance A:*  45 MMcfe/d 800 Bopd, 11% oil) and increasing

- *Drilled and completed the first Mesaverde HZ in Pinedale:*  1-mile lateral with IP = 17 MMcfe/d (335 Bopd, 12% oil) and validated interval as a horizontal target

- *Vertical IP's increasing:*  Jan18 Avg. = 8.1 MMcfe/d

- *Reducing operated rig fleet from 7 to 4:*  remaining rigs are equipped for HZ development

- *Increased hedges for 2018 forecasted volumes:* from 10% in 3Q17 to 65% currently; includes hedges for gas, oil and basis

- *Marketing Utah assets:*  bids due in March

- *Successful transition of leadership:*   continuity of operations maintained while strategy shifts to more disciplined approach with focus on capital efficiency



# Increased Hedges for 2018 Volumes

## Gas Volumes Hedged for 2018 As Of:



Prices: $/MMBtu

## Oil Volumes Hedged for 2018 As Of:



Prices: $/Bbl

## Basis Hedged for 2018 As Of:



Prices: $/MMBtu

**Ultra Petroleum Corp. NASDAQ: UPL**

## Locking-in Price with Basis Hedges

| | |
|---|---|
| Henry Hub Swap ($/MMBtu) | $2.89 |
| Basis Differential Hedge | -$0.61 |
| Price per MMBtu | $2.28 |
| BTU Factor | 1.07 |
| Price per Mcf | $2.44 |
| WTI Swap (no differential) | $59.90 |
| **Price per Mcfe**[1] | **$2.82** |

[1]Price per Mcfe based on 95% natural gas / 5% condensate mix

8

# Prolific Basin Drives Lowest Breakevens

## Highly Attractive Geology

- Pinedale field in the Green River Basin is one of the top gas fields in the U.S. with potential recovery of 39 Tcfe
- UPL's premier position is in the prolific Lance and Mesaverde formations – with productive depths ranging from 8,000 – 14,000 feet

## Highly Competitive Economics

- UPL has a nearly 25-year track record in the basin and is the largest acreage holder in Pinedale
- UPL's contiguous acreage position, execution and relentless focus on operating and capital costs drives the lowest breakevens of the peer group

## Schematic Pay Zone Comparison



## Natural Gas Breakevens, $/Mcf

UPL HZ well: IP = 32 MMcfe/d;
EUR = 20 Bcfe; DC&E costs = $9 million

Source: EIA and Wall Street Research.

Source: Company data and BMO.



# Best-in-Class Margins

## 3Q17 YTD EBITDA Margin ($/Mcfe)

$/Mcfe

| Best-in-Class Margins | |
|---|---|
| **3Q17 Pre-Hedge Realized Price** | **$3.20** |
| Lease Operating Expense | $0.34 |
| Operating Lease Expense | $0.08 |
| Production Taxes | $0.33 |
| Gathering Fees | $0.32 |
| Transportation | $0.00 |
| Cash G&A | $0.00 |
| **Total EBITDA Cash Costs** | **$1.07** |
| **EBITDA Margin** | **$2.13** |

Chart: $/Mcfe by company
- UPL: ~$2.13
- Peer 1: ~$1.75
- Peer 2: ~$1.57
- Peer 3: ~$1.53
- Peer 4: ~$1.45
- Peer 5: ~$1.24
- Peer 6: ~$1.17
- Peer 7: ~$1.17

Note: Peers include AR, COG, ECR, EQT, GPOR, RRC and SWN

**Ultra Petroleum Corp. NASDAQ: UPL**

# Vertical Well Performance



# 2018 Development Program





**2018 Program:**

- **Disciplined Capital Approach**
  - **Grow within cash flow**
  - **Reducing operated rigs from 7 to 4**
- **Vertical development**
  - **Focused in core**
  - **January 2018 Avg IP = 8.1 MMcfe/d**
- **Horizontal development**
  - **1/3rd of DC&E capex for horizontals**
  - **15-20 horizontal wells in 2018**
  - **Planning for 36 HZ wells in 2019**

**2017 Activity Summary:**

- **Drilling on east flank**
- **IP's lower than average**
- **3 horizontals drilled**

**Ultra Petroleum Corp. NASDAQ: UPL**

# Horizontal Flank Upside



**1600 HZ flank locations (700 net):**

**280 net wells with WI > 75%**
**235 net wells with WI 50-75%**
**185 net wells with WI < 50%**

**15-20 high WI HZ wells in 2018**

Pinedale  Field

**Ultra currently drilling East Flank of Pinedale**

**Ultra Petroleum Corp. NASDAQ: UPL**                                    **13**

# Significant Stacked Pay Horizontal Potential

**50 pads x 8 targets/pad x 4 locations/target =  1,600 potential locations (700 net)**



# Transition to Horizontal Program



- **2016-2018 Timeline of Horizontal Activity**
- **Currently planning for 3 HZ rigs in 2019**



**Ramp Up in HZ wells per year**

**2nd HZ Well Drilled:**
- **2-mile lateral on east flank**
- **Lower Lance A**
- **IP = 51 MMcfe/d**
- **Produced 3.7 Bcfe in 120 days**
- **Total DC&E Cost = $10 MM**

**4th HZ Well Drilled:**
- **2-mile lateral on east flank**
- **Lower Lance A**
- **Producing at 45 MMcfe/d and increasing**
- **Total DC&E Cost = $9 MM**



2016 — Dec 17 – Jan 18 — Jan – Jun 18 — Jul – Dec 18

Oct – Nov 17 — Jan – Feb 18

**1st HZ Well Drilled:**
- **1-mile lateral on east flank**
- **Lower Lance B**
- **IP = 3 MMcfe/d**
- **Total DC&E Cost = $6 MM**

**3rd HZ Well Drilled:**
- **1-mile lateral on east flank**
- **Deeper Mesaverde**
- **IP = 17 MMcfe/d**
- **Total DC&E Cost = $13 MM**

**Jan – Jun 18 Activity:**
- **5th & 6th wells in progress**
- **6-8 wells to spud in 1H18**
- **Focus on Lower Lance in Warbonnet Area**

**Jul - Dec 18 Activity:**
- **9-12 wells to spud in 2H18**
- **Expanding activity north and south along east flank**

**Drilled 4 horizontal wells on East Flank**

**Accelerate to Full Field Development**

# Horizontal Activity Summary



**Ultra** Boulder 10-33 B-1H
Lower Lance B
EUR = 3.5 Bcfe (12% oil)
1.2 Bcfe/1000'

**Ultra** Warbonnet 9-23 A-2H
Lower Lance A
Producing 45 MMcfe/d; 800 Bopd

**Ultra** Warbonnet 9-23 M-1H
Lower Mesaverde
IP (24-hr): 17 MMcfe/d; 335 Bopd

**Ultra** Warbonnet 9-23 A-1H
Lower Lance A
IP(24-hr) = 51 MMcfe/d; 705 Bopd
EUR = 22 Bcfe (6% oil)
2.1 Bcfe/1,000'
Produced 3.7 Bcfe in 120 days

**Ultra** Warbonnet 8-25 A-2H
Lower Lance
Drilling

**Ultra** Warbonnet 8-25 A-1H
Lower Lance
Drilling

**Jonah Energy** Antelope 311-19H
Lower Lance A
1st production: Feb 2018

**Jonah Energy** Antelope 341-19H
Lower Lance A
IP(24-hr): 12 MMcfe/d; 200 Bopd
EUR = 12 Bcfe (8% oil)
2.2 Bcfe/1000'

**Jonah Energy** Antelope 342-19H
Lower Lance A
1st production: Feb 2018

**Jonah Energy** Antelope 91-29H
Lower Lance A
IP (24-hr): 3 MMcf/d
EUR = 11 Bcfe (15% oil)
2.8 Bcfe/1,000'

ROSS BUTTE
T030N 109W

WARBONNET
T030N 108W

RAINBOW
T030N 107W

STUD HORSE BUTTE
T029N 108W

ANTELOPE
T029N 107W

┅┅┅┅┅ 15-20 Planned HZ Wells in 2018

16

# Warbonnet 9-23 A-1H and Warbonnet 9-23 A-2H





**Start of Lateral**

**WB 9-23 A-1H**
Lateral Length: 10,300', 49 frac stages, 11.6MM lbs proppant

**WB 9-23 A-2H**
Lateral Length: 11,000', 49 frac stages, 12.4MM lbs proppant

TD 22,483'

**Lower Lance A Sands**

TD 22,690'

## Production Rate, MMcfe/d



WB 9-23 A-2H
45 MMcfe/d
800 Bopd
(11% oil)

WB 9-23 A-1H
3.7 Bcfe - 120 days

**Days**

## Improved Performance:  A-1H vs. A-2H

|  | WB 9-23 A-1H | WB 9-23 A-2H |
|---|---|---|
| Lateral length | 10,300' | 11,000' |
| Spud to rig release | 32.5 days | 25.1 days |
| Rig release to sales | 20.9 days | 14.4 days |
| DC&E costs | $10MM | $9MM |

# Horizontal Program Potential



## Horizontal Well Assumptions

- EUR = 20 Bcfe  (2.0 Bcfe / 1000')
- IP (24-hr) = 30 MMcfd / 32 MMcfed
- IP (30-day) = 25 MMcfd/ 26.7 MMcfed
- Oil Yield = 11 Bbls/MMcf
- DC&E Costs = $9 MM (Warbonnet 9-23 A-2H)
- LOE = $3,000/well/month

## Resulting Economics[1]

- IRR > 100%
- NPV10 = $14.3MM
- Discounted Payout = 12 months
- Breakeven Price =  $1.03/Mcf
- F&D = $0.56 per Mcfe
- Recycle Ratio = 4.4x

## Potential Resource Metrics

| | |
|---|---|
| EUR / 1000' lateral | 1.2 – 3.0 Bcfe/1000' |
| EUR/well (2-mile lateral) | 12 – 30 Bcfe |
| Oil Yield, Bbls/MMcf<br>(% oil volume)<br>(% oil revenue) | 10 – 30 Bbls/MMcf<br>(6-15%)<br>(17-37%) |
| Gross Location Count | 1,600 |
| Gross Resource[2], Tcfe | 19 – 48 Tcfe |
| Net W.I. Location Count | 700 |
| Net Resource, Tcfe | 7 – 17 Tcfe |

[1]Economics based on HHUB=$3.00/MMBtu & WTI=$60.00 /Bbl
[2]Additional resource incremental to the 39 Tcfe identified in the core of Pinedale

# Single Well Economics: Vertical and Horizontal

**Economic Inputs:**

**Oil yield** = 11 Bbls/MMcf
**WTI price** = $60/Bbl
**LOE** = $3,000/well/month
**Gas Diff.** = HHUB * 0.9
**Gath. Fee** = $0.28/Mcf
**Gath. Fee** = $2.50/Bbl
**Sev./Adv. Tax** = 12%

|  | Pinedale Vertical | | Pinedale Horizontal | | | |
|---|---|---|---|---|---|---|
| **IP, 30-day MMcfd** | 2.9 | 3.8 | 15.0 | 18.9 | 25.0 | 37.3 |
| **EUR, Bcfe** | 3 | 4 | 12 | 15 | 20 | 30 |
| **DC&E, MM$** | $2.9 | $2.9 | $9.0 | $9.0 | $9.0 | $9.0 |
| **IRR Sensitivity to HHUB Price** | | | | | | |
| $2.00 | 2% | 10% | 12% | 23% | 47% | 139% |
| $2.50 | 8% | 19% | 21% | 38% | 80% | >200% |
| $3.00 | 14% | 28% | 32% | 59% | 126% | >200% |
| $3.50 | 21% | 40% | 47% | 86% | 189% | >200% |
| $4.00 | 29% | 54% | 65% | 121% | >200% | >200% |

19



# 2018 Capital Plan and Guidance

## 2018 Plan

- **Capital Efficiency:**
  - Disciplined deployment of capital
  - Relentless pursuit to control costs
  - Reducing rig count from 7 to 4
  - Focused on superior returns:  core verticals and high-rate horizontals

- **Cash Flow Visibility:**
  - Increased hedges of gas, oil and basis
  - Grow Wyoming production by 7% – 11%
  - Generate free cash flow
  - Divest Utah assets

- **Accelerate Horizontal Development:**
  - All operated rigs are HZ capable
  - Drill 15-20 HZ wells in 2018 (5x 2017)
  - Increased to 33% of drilling capex
  - Reduced vertical drilling - focused in core

## Capital Program = $400 MM

| | |
|---|---|
| Pinedale Operated Vertical | $240 |
| Pinedale Operated Horizontal | $120 |
| Pinedale Non-Operated Vertical | $30 |
| Corporate Other | $10 |

## 2018 Production Guidance

| | |
|---|---|
| Full Year 2018[2], Bcfe | 280 – 290 |
| 1st Quarter 2018[2], MMcfe/d | 790 – 810 |
| Wyoming annual growth | 7% – 11% |

## 1Q18 Expense Guidance (per Mcfe)

| | |
|---|---|
| Lease Operating Expense | $0.32-0.35 |
| Facility Lease Expense | 0.08-0.08 |
| Production Taxes[1] | 0.32-0.34 |
| Gathering Fees | 0.34-0.36 |
| Transportation Charges | 0.00-0.00 |
| DD&A | 0.66-0.70 |
| General & Administrative | 0.03-0.06 |
| Interest Expense | 0.50-0.51 |
| **Total** | **$2.25-2.40** |

**Ultra Petroleum Corp. NASDAQ: UPL**    [1]*Based on realized prices of $3.00 per Mcf and $60.00 per Bbl*
[2]*2018 production guidance includes UT through March 31, 2018*



# New UPL Investor Presentation
# February 28, 2018

**Ultra Petroleum Corp. NASDAQ: UPL**



# Appendix



# Natural Gas Export Capacity

## Export Capacity for Pinedale Production

- Large take-away capacity to multiple destinations

- 2 to 3 Bcf/d of excess capacity

## Pipeline Capacity Serving the Opal Complex (MMcf/d)

| Pipeline | Capacity |
|---|---|
| Northwest | 85 |
| Ruby | 1,550 |
| Kern | 2,350 |
| Overthrust/REX | 1,437 |
| CIG | 90 |
| Questar | 298 |
| **Total Export Capacity** | **6,575** |

## NW Rockies Basis vs. Marcellus as a % of Henry Hub [1]



**■ NW Rockies    ■ Dominion South**

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 YTD |
|---|---|---|---|---|---|---|
| NW Rockies | 96% | 96% | 94% | 91% | 88% | 84% |
| Dominion South | 94% | 84% | 54% | 56% | 72% | 81% |

[1]Source: NYMEX, Bloomberg and Intercontinental Exchange

**Ultra Petroleum Corp. NASDAQ: UPL**

23

# Flexible Balance Sheet



*Millions*

| Capital Structure, $millions | |
| --- | --- |
| Term Loan due 2024 (LIBOR+3%) | $975 |
| 6.875% Unsecured Bonds due 2022 | $700 |
| 7.125% Unsecured Bonds due 2025 | $500 |
| $425 million Credit Facility (undrawn) | $   - |
| Total Funded Debt | $2,175 |

**Undrawn revolver**

Legend: Credit Facility, Term Loan, Unsecured Notes

Chart years: 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025

*Minimum amounts of term loan due in 2019-2023:
$7.3 million in 2019 and $9.75 million per year in 2020-2023.

24

# Pinedale Vertical Well Economics

| Parameter | Value |
|---|---|
| EUR, Bcfe | 4.0 |
| IP30, MMcf/d | 3.8 |
| Average Condensate Yield, Bbls/MMcf | 11 |
| Decline Curve Parameters | B-factor = 1.6 Initial Decline = 98% |
| BTU Uplift | 1.065 |
| Pricing Differentials | HHUB * 0.90 WTI * 1.00 |
| Gathering Expense | Gas: $0.28/Mcf Oil: $2.50/Bbl |
| Total Lease Operating Expense[1] | $3,000/well/month |
| Production Taxes | Severance =6.04% Ad Valorem = 6.00% |
| NRI/WI | 0.80 |
| Drill, Complete & Equip Capital | $2.9 MM (10-acre) $2.6 MM (5-acre) |

[1]Total Lease Operating Expense includes all operating expenses for future wells incurred at the asset level.  It does not include corporate-level costs such as G&A, facility leases or interest.

## IRR Sensitivity:  DC&E Costs & EUR

### DC&E Capital / Well

|  |  | $2.6MM | $2.9MM |
|---|---|---|---|
| | 3.0 | 19% | 14% |
| EUR [Bcfe] | 3.5 | 27% | 21% |
| | 4.0 | 37% | 28% |
| | 4.5 | 47% | 37% |

Based on $3.00 HHUB & 11 Bbl/MMcf condensate

## IRR Sensitivity:  Gas Price & Yield

### HHUB Gas Price

|  |  | $2.50 | $3.00 | $3.50 |
|---|---|---|---|---|
| | 7.0 | 15% | 24% | 34% |
| Condensate Yield [Bbls/MMcf] | 11.0 | 19% | 28% | 40% |
| | 15.0 | 23% | 34% | 46% |
| | 19.0 | 28% | 40% | 53% |

Based on $2.9 MM well costs and EUR=4 Bcfe

Economics run at $60.00/Bbl WTI for gas price sensitivities

25

# UPL Horizontal Well Data



| Well Name | Status | Interval | Lateral Length | EUR, Bcfe (% oil) [Bcfe/1000'] | Notes |
|---|---|---|---|---|---|
| Boulder 10-33 B-1H | 1st production Aug 2016 | Lower Lance B | 5,200' | 3.5 Bcfe (12% oil) *1.2 Bcfe/1000' | 100% drilled in zone; possible completion issue in toe<br>Set test Plug: 70% of production from 40% of lateral<br>*(3.5 Bcfe*70%) / (5,200'*40%) = *1.2 Bcfe/1000'<br>Condensate Yield = 22 Bbls/MMcf<br>Total DC&E Costs = $5.8 MM |
| Warbonnet 9-23 A-1H | 1st production Nov 1, 2017 | Lower Lance A | 10,300' | 22 Bcfe (6% oil) 2.1 Bcfe/1000' | IP (24-hr) = 51 MMcfe/d<br>IP 30 = 36 MMcfe/d<br>Produced 3.7 Bcfe in 1st 120 days<br>Condensate Yield = 11 Bbls/MMcf<br>2-mile lateral drilled and cased for $4.1 MM<br>49 frac stages; 11.6 MM # proppant<br>Total DC&E costs = $10 MM |
| Warbonnet 9-23 M-1H | 1st production Jan 16, 2018 | Lower Mesaverde | 5,500' | TBD (12% oil) | IP (24-hr) = 17 MMcfe/d<br>IP 30 = 8 MMcfe/d<br>Condensate Yield = 22 Bbls/MMcf<br>20 frac stages; 3.9 MM # proppant<br>Total DC&E costs = $13 MM<br>Stacked lateral is 2,500' below WB 9-23-A-1H |
| Warbonnet 9-23 A-2H | 1st production Feb 16, 2018 | Lower Lance A | 11,000' | TBD (11% oil) | 2-mile lateral to test Lower Lance A<br>2nd well in section testing same zone<br>Producing 45 MMcfe/d (800 Bopd) and increasing<br>Condensate Yield = 20 Bbls/MMcf<br>49 frac stages; 12.4 MM # proppant<br>Total DC&E costs = $9MM |
| Warbonnet 8-25 A-1H | Drilling Intermediate | Lower Lance A | 10,000' (plan) | TBD | 2-mile lateral to test Lower Lance A |
| Warbonnet 8-25 A-2H | Drilled Intermediate | Lower Lance A | 10,000' (plan) | TBD | 2-mile lateral to test Lower Lance A |

26

# Horizontal Well Data (Other Operators)

| Well Name | Operator | Status | Interval | Lateral Length | EUR, Bcfe (% oil) [Bcfe/1000'] | Notes |
|---|---|---|---|---|---|---|
| Antelope 91-29H | Jonah Energy | 1st production Jan 2014 | Lower Lance A | 3,800' | 10.8 Bcfe (15% oil) 2.8 Bcfe/1000' | Low IP:  3 MMcf/d<br>Low decline rate<br>Long cleanup of 11-months before max rate<br>Condensate Yield = 30 Bbls/MMcf (Cum Yield = 35.3) |
| Antelope 85-29H | Jonah Energy | 1st production June 2015 | Lower Lance B | 7,230' | 2.4 Bcfe (15% oil) 0.3 BCFE/1000' | Lateral drilled mostly out of target zone<br>Low IP:  2.5 MMcf/d<br>Condensate Yield = 30 Bbls/MMcf (Cum Yield = 33.7) |
| Antelope 341-19H | Jonah Energy | 1st production Feb 2017 | Lower Lance A | 5,460' | 12.1 Bcfe (8% oil) 2.2 BCFE/1000' | IP (24-hr) = 11 MMcf/d & 200 Bop/d<br>Produced 1.7 Bcfe in 200 days<br>3rd test of Jonah Field East Flank<br>Condensate Yield = 15 Bbls/MMcf (Cum Yield = 16.6) |
| Antelope 342-19H | Jonah Energy | 1st production Feb 2018 | Lower Lance A | 4,400' | | 1,150' South of Antelope 341-19H |
| Antelope 311-19H | Jonah Energy | 1st production Feb 2018 | Lower Lance A | 7,500' | | 1,300' North of Antelope 341-19H |

27



# Current Hedge Positions:  NYMEX Gas

| MMbtu/d | Period | Type | $/MMBtu |
|---|---|---|---|
| 40,000 | Mar18 | NYMEX costless collar | $3.23 / $3.54 |
| 770,000 | Apr18 to Oct18 | NYMEX Swaps | $2.88 |
| 200,000 | Nov18 to Dec18 | NYMEX Swaps | $2.85 |
| 200,000 | Nov18 to Mar19 | NYMEX Swaps | $2.91 |
| 50,000 | Jan19 to Mar19 | NYMEX Swaps | $2.98 |

MMBtu /d

**28**



# Current Hedge Positions:  NYMEX Oil

| Bbls/d | Period | Type | $/Bbl |
|--------|--------|------|-------|
| 2,000 | Mar18 to Dec18 | NYMEX Swaps | $62.17 |
| 2,000 | Apr18 to Dec18 | NYMEX Swaps | $57.43 |
| 1,000 | Jan19 to Mar19 | NYMEX Swaps | $58.30 |

Bbl/d



**29**

# Current Hedge Positions:  ROX Basis Differentials

| MMbtu/d | Period | Type | $/MMBtu |
|---------|--------|------|---------|
| 30,000 | Mar18 to Dec18 | ROX basis swaps (financial) | ($0.580) |
| 140,000 | Apr18 to Oct18 | ROX basis swaps (financial) | ($0.624) |
| 170,000 | Apr18 to Oct18 | ROX basis swaps (physical) | ($0.614) |



# UPL 4Q17 Earnings Presentation Index



| Slide # | Area of Focus |
|---------|---------------|
| 4 | Company Overview |
| 5 | Fourth Quarter and Full Year 2017 Execution |
| 6 | New UPL Strategic Focus and Unique Strengths |
| 7 | Early 2018 Accomplishments |
| 8 | Increased Hedges for 2018 Volumes |
| 9 | Best-In-Class Margins |
| 10 | Prolific Basin Drives Lowest Breakevens |
| 11 | Vertical Well Performance |
| 12 | 2018 Development Program |
| 13 | Horizontal Flank Upside |
| 14 | Significant Stacked Pay Horizontal Potential |
| 15 | Transition to Horizontal Program |
| 16 | Horizontal Activity Summary |
| 17 | Warbonnet 9-23 A-1H and Warbonnet 9-23 A-2H |
| 18 | Horizontal Program Potential |
| 19 | Single Well Economics:  Vertical and Horizontal |
| 20 | 2018 Capital Plan and Guidance |
| 21 | Appendix |