# Exhibit 2

03-May-2017

# Ultra Petroleum Corp. (UPLMQ)

Q1 2017 Earnings Call

**FACTSET: call**street

1-877-FACTSET    www.callstreet.com

Total Pages: 16

Copyright © 2001-2017 FactSet CallStreet, LLC

**Ultra Petroleum Corp.** *(UPLMQ)*
Q1 2017 Earnings Call

C Corrected Transcript
03-May-2017

# CORPORATE PARTICIPANTS

**Sandi Kraemer**
*Director-Investor Relations & External Reporting, Ultra Petroleum Corp.*

**Michael D. Watford**
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

**Garland R. Shaw**
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

**C. Bradley Johnson**
*Senior Vice President-Operations, Ultra Petroleum Corp.*

**A. Kent Rogers**
*Vice President-Drilling & Completions, Ultra Petroleum Corp.*

**Joseph Patrick Ash**
*Vice President-Development, Ultra Petroleum Corp.*

...................................................................................................................................................................................................................................

# OTHER PARTICIPANTS

**Mark Guile**
*Wells Fargo Securities, Vice President*

**David Epstein**
*Analyst, Cowen & Co. LLC*

**Marshall H. Carver**
*Analyst, Heikkinen Energy Advisors LLC*

**Jacob Gomolinski-Ekel**
*Desk Analyst, High Yield Credit, Morgan Stanley*

**Patrick Sheffield**
*Analyst, Beach Point Capital Management LP*

**Matthew Thomas Farwell**
*Analyst, Imperial Capital LLC*

...................................................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

**Operator:** Good day, everyone, and welcome to today's Ultra Petroleum Corporation First Quarter 2017 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, you will have the opportunity to ask questions during the question-and-answer session. [Operator Instructions] Please note this call is being recorded.

It is now my pleasure to turn today's program over to Sandi Kraemer, Director of Investor Relations. Please go ahead.

...................................................................................................................................................................................................................................

## Sandi Kraemer
*Director-Investor Relations & External Reporting, Ultra Petroleum Corp.*

I'd like to point out that many of the comments during this conference call are forward-looking statements that involve risks and uncertainties affecting outcomes, many of which are beyond our control and are discussed in more detail in the risk factors and forward-looking statements section of our annual and quarterly filings with the SEC.

Although we believe these expectations expressed are based on reasonable assumptions, they are not guarantees of future performance, and actual results or developments may differ materially. Also, this call may contain certain non-GAAP financial measures. Reconciliation and calculation schedules can be found on our website.

Now, I'll turn the call over to Mike.

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

 Corrected Transcript
03-May-2017

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

Thank you, Sandi, for those warm opening comments. Good morning and welcome to all of you visiting with us today. This is Ultra Petroleum's first quarter 2017 earnings release and teleconference, but more importantly, it is our first teleconference since emerging from our in-court restructuring process. The results of that process and our go forward plans is what's going to dominate today's conversation.

So, first, who are we now? Have we changed? What's different? Well, we are still Ultra Petroleum Corp. with the same high-quality, low cost, natural gas asset base with thousands of highly economic low-risk, repeatable and predictable development locations. All identified and engineered by a highly respected third-party reservoir engineering company. We enjoy high realizations on our natural gas prices due to excess pipeline takeaway capacity in the West where our assets are focused.

On the cost side, we have recently been recognized by a third-party as having the second best breakeven price in their extensive study group over the last three years, at $2.23 per Mcfe. We have added their analysis to our corporate presentation posted this morning.

Additionally, we have added a slide on recycle ratios reflecting the significant improvement in corporate margins we enjoy due to the cost reductions achieved in our restructuring process, a recycle ratio of 2.4 times

Our even leaner company with only 165 employees trades on NASDAQ under our old symbol UPL. With the end of restructuring, we have reached the inflection point of production and we'll start to once again grow, 25% volume growth from first quarter of 2017 to fourth quarter of 2017, and 25% annual growth in 2018. So in many ways we are the same, but in other ways we are better. We are glad to be back.

Now, I'll pass the call to Garland to talk more about how we've changed financially for the better.

## Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

Thanks, Mike, and good morning. We published our first quarter financial results in our press release that went out this morning and we will be filing our 10-Q this afternoon. The results were in line with our expectations.

This morning, I would like to focus on our Chapter 11 emergence activities that culminated a short time after the end of the first quarter on April 12. Given that we were exiting Chapter 11 as a fully solvent company that was preserving significant value for our existing equity owners, it was necessary for us to repay our pre-petition creditors in full. With $3.8 billion in funded debt prior to emergence, this was a very large undertaking. Here's how we did it.

First, as originally contemplated in our plan of reorganization, we raised $580 million of equity through our rights offering to existing shareholders and our rights offering Backstop parties.

Next, working with Barclays, Goldman Sachs and Bank of Montreal, we raised a total of $2 billion of funded debt in three separate tranches as follows. First, an $800 million seven-year secured term loan that carries an interest rate of LIBOR plus 3% with a 1% LIBOR 4.

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

 Corrected Transcript
03-May-2017

Second, $700 million five-year unsecured notes at a 6.875% interest rate. Third, $500 million of eight year unsecured notes at a 7.125% interest rate. Finally, as part of our exit financing, we have access to a $400 million revolving credit facility.

With this total of $2.6 billion of funded exit financing along with the $480 million of cash on our balance sheet at the end of the first quarter, we then paid-off our outstanding funded debt of $2.5 billion at the Ultra Resources operating company level along with accrued interest.

Next, we paid all outstanding professional fees and financing fees. Then, we set aside $400 million in a litigation reserve account related to an alleged $201 million make-whole claim plus post-petition interest claims. The company disputes the entirety of these claims in a hearing in Bankruptcy Court scheduled for May 16.

Finally, in addition to these emergence cash transactions, we exchanged $1.3 billion of high-yield debt at the Ultra Petroleum Corp. level to equity. Pursuant to these transactions, we emerged from Chapter 11 with our debt reduced from $3.8 billion down to $2 billion. Unlike essentially all of our peers that went through this process, we preserved significant value for our existing equity owners. At emergence, our existing equity holders retained 41% of our equity. Our high-yield note holders received 36% of the equity in exchange for that $1.3 billion of debt and 23% of the equity went to their rights offering participants.

Also, as part of our exit from Chapter 11, we canceled our existing shares and exchanged them for new shares at a ratio of 0.52 new shares for every old share. After issuing the new shares for the debt exchange and rights offering, our current share count is at 195 million shares as compared to 153 million shares pre-emergence.

Despite the significant costs of the in-court restructuring, we were able to realize significant benefits that will have a long-lasting impact on the company. These include the elimination of $84 million per year in transportation expenses for our REX pipeline demand charges, an estimated $12 million per year in gas processing fee benefit through the renegotiation of our processing agreements and some $60 million per year of savings in cash interest costs. These benefits add up to $156 million per year, which equates to $0.55 per Mcfe. This reduction provides us with a 36% improvement in our historical cost structure.

Finally, and unrelated to the restructuring efforts, during the quarter, we put natural gas price hedges in place for 118 Bcf, which is equivalent to approximately 50% of our remaining 2017 production. These volumes were hedged using NYMEX swaps at a weighted average price of $3.34 per Mcf. We look forward to opportunistically adding additional hedges.

I'll turn the call over to Brad now for an update on our operations.

## C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

Thanks, Garland. During the entire first quarter, we ran four operated rigs in Pinedale drilling and putting online 31 net wells. This activity level represents a 70% increase over last quarter. Our ramp up to eight operated rigs in 2017 remains on track. In April, our fifth rig arrived and spud its first well. We have signed up the sixth and seventh rigs and expect both of these to move in and spud wells by the end of May. We are actively negotiating for an eighth rig and expect it to begin drilling later this summer.

While production was down quarter-over-quarter, the production increase related to the addition of rigs began in February. Monthly production showed sequential growth between February and March and we expect that growth to increase each month with an increasing rate throughout 2017. Total company production bottomed out at 682

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

 Corrected Transcript
03-May-2017

million cubic feet equivalent in February, but it's forecasted to reach 900 million cubic feet equivalent per day by the end of this year.

Wells brought online during the first quarter had an average initial production rate of 6 million equivalent per day. Well quality will improve as we progress into 2017. For example, the first 11 wells spud online in April from four different pads averaged 7.3 million cubic feet equivalent per day.

Now switching over to reserves, last quarter, we reported our year end 2016 reserves of 2.5 Tcfe. It is important to recall that the inclusion of PUD locations in our year end 2016 reserves was disallowed because the company remained in its in-court restructuring process.

However, as part of the company's disclosures required to obtain exit financing, both are included in reserve sensitivity and in SEC Form 8-K. This sensitivity that we call adjusted proved reserves uses the following assumptions; a forward looking commodity strip, a five-year development schedule, and a same inventory of opportunities that we were often referred to as technical PUDs.

This particular sensitivity showed adjusted proved reserves of 5.8 Tcfe of reserves or 2.3 times the amount reported at year end 2016. More details can be found in the 8-K filing as well as in the updated investor presentation that was posted to our website this morning.

At this time, Mr. Watford will provide some concluding remarks.

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

Thanks, Brad. I think a simple statement here is that we're glad to be back. It took us a year to get it fixed. It's behind us now. We're up into the right now – up into the right now looking forward to growing our business again with the same low-cost, high-returning asset base we had before. So, at this point in time, I think we'd ask the operator to open the lines for Q&A.

Copyright © 2001-2017 FactSet CallStreet, LLC

Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

Corrected Transcript
03-May-2017

# QUESTION AND ANSWER SECTION

**Operator:** [Operating Instructions] And we'll take our first question from James Spicer with Wells Fargo. Your line is open.

...................................................................................................................................................................................................................

### Mark Guile
*Wells Fargo Securities, Vice President*

Q

Good morning. This is Mark Guile calling in for James. A quick question on your differentials guidance. You've indicated that realized nat gas price is expected to average 4% to 5% below NYMEX. However, Rockies gas is currently about 85% above. Just curious as to what is driving the difference.

...................................................................................................................................................................................................................

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

This is Garland Shaw. We've actually got a slide in our corporate presentation, I believe it's page 12, that kind of walks you through that works. If we look at the – like morning, Opal's trading around $0.35 below Henry Hub. And that's in line with our guidance for 2017. What you get from the differential you're seeing to the 95% is basically through BTU uplift and that slide will actually walk you through how that works.

...................................................................................................................................................................................................................

### Mark Guile
*Wells Fargo Securities, Vice President*

Q

Okay. Thank you very much.

...................................................................................................................................................................................................................

**Operator:** Thank you. And we'll take our next question from David Epstein with Cowen. Your line is open.

...................................................................................................................................................................................................................

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Hi folks. Congratulations on exiting Chapter 11. I know it's a fun process. I noticed in the presentation, you guys – like your past presentations, I think you guys showed a range of $2.6 million to $3 million per well. But it did seem like in one of your other slides you were maybe highlighting the $2.8 million a little bit more. So I just want to get a sense of what do current well costs look like, and as part of that, what can we maybe expect for 2018 CapEx?

...................................................................................................................................................................................................................

### A. Kent Rogers
*Vice President-Drilling & Completions, Ultra Petroleum Corp.*

A

Hi, David. This is Kent Rogers. We're at $2.8 million, okay, for Q1. And part of that – or almost all of that increase was things that we did on our own. Number one, we experimented with frac stages, okay? We pumped [ph] shore (13:17) stages, more of them, in order to determine the optimal [ph] form and (13:22) diversion.

Of course, as Brad mentioned, we had some new rigs start up. We had two new rigs coming in Q4 and rig number five came in Q1. So we have additional cost there. And of course, we did see some service cost pressure during the quarter. To offset that, we actually had some decrease. We had $100,000 per well decrease in drilling costs during the quarter and that was due to efficiency gains that we saw in drill bits, downhole motors and rotary steerable tools.

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

 Corrected Transcript
03-May-2017

So, to answer your question, yeah, we think there would be some cost pressures, but as we've done in the past with efficiency gains, we think we can mitigate part of that.

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

This is Mike. So as to the capital part of the answer, I think – let me go back, I think what Kent said is, his team was actually able to drive down the drilling piece of the drilling completion costs down by over $100,000 of productivity improvements. But we consciously did some things trying out, experimenting and whatnot on the fracing side, and then we had some startup costs associated with the new rigs, new crews, et cetera.

So although it's $2.8 million, we don't really know what's going to happen in the second, third quarter as we go forward. So we're not ready to up the total capital budget at this point in time beyond where we have it .We're just going to monitor the situation and see what happens. And we're also – the absolute well cost is a driver of the CapEx. Total well count is also a driver, and given like most recently, the rig showed up, but the crews aren't there yet. So we can have a little miss in terms of timings when the rigs actually spud and we start spending that capital.

---

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Right. Okay. But I think you projected early look, you might have called it, 25% growth in 2018. So I guess the point of that is don't know exactly where the CapEx budget will wind up, but you think you'll have enough flexibility in cash flow that you can spend that much to grow that fast.

---

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

Yeah, Dave, this is Garland. We think we'll still generate free cash flow even at a higher well cost. So...

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

In 2018.

---

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

Yeah, in 2018.

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Yes. So we're very sensitive to cash flow, or let me say differently that CapEx is equal to or less than cash flow.

---

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Okay. Can I just ask one more? I had a bunch of questions yesterday on Linn Energy's sale and talked to you guys a little bit about it. But I guess that asset was Pinedale, Jonah, it was some other Wyoming and a lot of people were looking at that as sort of a benchmark, as an indicator of like what you guys might be worth.

---


I was just curious like what you think of sort of the rock that was sold there, including some of those horizontals in the Jonah? And is that at all relevant for you guys to the asset in general bear any resemblance to you? Was there are a lot of Pinedale PDPs in there, et cetera? Thanks.

**Joseph Patrick Ash**
*Vice President-Development, Ultra Petroleum Corp.*

Sure. Good morning, David. This is Patrick. That one acreage is on our doorstep. We operate wells in the Jonah field. We have a core position in the Jonah field. So we know the assets well. In terms of whether the deal's a benchmark or not, when you look at the unit reserve metrics, we think that was based on PDP [indiscernible] (16:46) reserves only, but using the metrics in that transaction, it was a very favorable valuation for Ultra.

From a flowing Mcfe standpoint, we don't think the deal was a very good proxy for our value, since there's far less future core development upside in that asset compared to what we have in Pinedale. Again, we think most of the value of that deal was PDP.

That said, there is some undeveloped acreage on the flank of the field that's perspective. We're paying attention to what's going on down there. And we do think there's some positive implications to what's going on as it relates to us.

**Michael D. Watford**
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

So let me let me add one thing there. I think, David, you mentioned some of the horizontal activities going on that we're very mindful of. Yesterday, Patrick said something in our board meeting, which I actually wrote down and I'll read that right now and embarrass him a little bit. But he made – when we were talking about horizontal activity and probably what it means to us in terms of some efforts we need to expend.

But he said that, Pinedale was the last great conventional natural gas field that has not been tested horizontally. So I think that kind of rings true as to what we're seeing down in Jonah. Jonah is an analog for Pinedale and just smaller wells. Jonah's bigger wells. We have more inventory, more upside, perhaps maybe even more opportunity for the horizontal testing in the deeper zone. So we'll see.

**David Epstein** Q
*Analyst, Cowen & Co. LLC*

Thanks. I'll get back in the queue.

**Operator:** Thank you. We'll take our next question from Marshall Carver with Heikkinen Energy Advisors. Your line is open.

**Marshall H. Carver**
*Analyst, Heikkinen Energy Advisors LLC*

Yeah. So, along the lines of asset sales, QEP as their Pinedale for sale, so there are bolt-on available in the market, and you also have non-core assets, which you could sell. How are you thinking about buying and selling of assets now that you're out of bankruptcy and what are the main criteria you would look for? Or are you just plan on maintaining what you have for a while? How are you thinking about that?

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

**Corrected Transcript**
03-May-2017

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Well, Marshall, I think the answer we provided on our multi-week road show for raising all the exit financing, all the debt, is that we talked about, first and foremost, staying focused on western base and natural gas assets because we think that that just is kind of sell for higher realizations for a longer period of time with less growth and supply, if any growth and supply, accessing those markets. So we'll always have better realizations with the excess pipeline capacity.

But we have our primary asset in Wyoming, a natural gas asset, Pinedale, and to smaller extent, the Jonah field. And then, we have a little oil field in Utah and the non-operated Marcellus opportunity.

Marcellus to us, if we were to believe what folks like you write, not necessarily you, that those realizations going to improve significantly, and if we have an opportunity to benefit from that by not signing up for firm transportation and not having that drag on our corporate financials, as we've seen, in the near past in our business, then it would make sense for us to wait for that to transpire before we take any action on that, I mean, HBP position we have up there. So we'll see, but it's certainly not strategic to the organization at this point in time.

And then a little oil field in Utah, we've got a pilot waterflood underway that's showing some positive progress now. We're going to start up a second pilot. We haven't drilled the whole field up on 20s yet. Our view was we're going to wait till we have at least a $50 realization, which probably means the $60 WTI and we'll see if that happens in 2018 or 2019. But if it does, then we'll drill the couple of hundred remaining 20 acre locations and then see how our waterflood's working. It's a field that's similar to new fields, much larger field, where they drill all the way down to 10s and then waterflooded it. And we're trying to see if we can just ultimately drill the 20s and waterflood it and skip the 10th development cost and see what the upside is. But we need to get $60 WTI to do anything there. And then, we have a bunch of 40 plus percent IRRs. So that's kind of the sales.

---

## Marshall H. Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

All right. Thank you. And on the comments around horizontal, there's not being any horizontal test in the Pinedale. Do you have any or know of anyone that has any plans to try that? And can you elaborate it all on that, the comments?

---

## C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

This is Brad. Yeah, I can comment. We actually drilled a horizontal ourselves last year and we're watching the activity on the eastern side of Jonah very closely, among the others that are doing the same. The concept in Pinedale would be – as you know, it's been developed vertically, historically, and the concept we are optimistic about is taking horizontal development on the edges and fringes of the field and expanding the resource.

---

## Marshall H. Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

All right. Thank you.

---

**Operator**: Thank you. We'll go next to [ph] Anup Goswami (22:31) from Cantor Fitzgerald. Your line is open.

---

Copyright © 2001-2017 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

 Corrected Transcript
03-May-2017

Q

Hi. Thank you. When we look at your lease operating expense in the $0.30 type range, how much of that would be fixed versus variable?

### Joseph Patrick Ash
*Vice President-Development, Ultra Petroleum Corp.*

A

Yeah. [ph] Anup (22:50), this is Patrick. I would say, in general, 60% to 70% of that is going to be fixed. There are many of that will be variable and that just depends on how – which subcategories and [ph] LOE (23:05) statement you assume are fixed versus variable. There's probably a range there. We're typically conservative in terms of what we allocate to variable costs and that generally is in that 30% range.

Q

Right. And so with that, do you have long-term contracts with your service providers or is it more short-term?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

This is Brad. On LOE, the variable cost is water. So there's not contracts per se with service providers that [ph] we have under our (23:36) LOE.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Yeah, it's water disposal costs in Pinedale [indiscernible] (23:38) talking about. We have our own water disposal wells, our own gathering system, pipeline systems to transport it. So it's all pretty self-contained. So, there's really no outside contracting underway.

Q

Okay. And then finally, what was the cash balance, I couldn't find it here, at the end of the quarter?

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

It was $480 million.

Q

Okay. Thank you.

**Operator:** [Operator Instructions] We'll go next to Jacob Gomolinski-Ekel with Morgan Stanley. Your line is open.

### Jacob Gomolinski-Ekel
*Desk Analyst, High Yield Credit, Morgan Stanley*

Q

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

 Corrected Transcript
03-May-2017

Hey, thanks for taking the question. You mentioned that you're experimenting with frac stages. So, just wanted to see if there were any early indications of how that's affecting type curves and ultimate recoveries, or is 4 Bcf per well still the right number?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Yeah, this Brad. We were experimenting and continue to do so on our completions in Pinedale and really these recent experiments is more about diversion, and just looking for different ways to improve our diversion techniques for effective frac stages. It's really too early to tell about those results. We'll continue to experiment with that throughout the year.

And we'll be happy to share those results once we have some conclusions to draw. It's just an ongoing tinkering effort, frankly, that we do in Pinedale. We're never satisfied. We're always looking for ways to improve. And in the first quarter, diversion was sort of our area of experimentation.

### Jacob Gomolinski-Ekel
*Desk Analyst, High Yield Credit, Morgan Stanley*

Q

Got it. And then, in terms of the QEP Pinedale sale, is that something you're taking a look at?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

We are definitely aware of that. Not surprised by it. Just as a reminder, we have a minority working interest in essentially all the wells that QEP operates in Pinedale. So we know the asset very well. And we look at it every day, frankly, whether it's LOE, or value, or investment, we'll continue to do so.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

So what do we think about the – I mean, we know their operating costs. They're good operator in terms of the LOE. What do we know historically about their costs of drilling complete wells and about their run room in terms of undeveloped locations?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Sure. And I think Mike's hinting me to build some contrast between QEP and Ultra operated lands in Pinedale. So I will take that hint and move forward. Well costs, historically, QEP, has been 10% to 15% above Ultra from an LOE standpoint, impressed with the way they operate their business. We have a lot of strong alignment. So they do a good job there. Probably the biggest distinction would be that there's just not a lot of running room up to the north of Pinedale, QEP has been developing that part of the field for some time and there's 250 wells left for them to drill. And we have over 4,000 wells to drill. So there is a distinction there for running room on core wells on the field. And that would be the contrast.

### Jacob Gomolinski-Ekel
*Desk Analyst, High Yield Credit, Morgan Stanley*

Q

Got it. I guess that's 50% greater cost, is that just due to the rock quality or just not having the same infrastructure and water disposal as you?

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

So, excuse me, the well cost is 10% to 15% different.

---

### Jacob Gomolinski-Ekel
*Desk Analyst, High Yield Credit, Morgan Stanley*

Q

10% to 15%. Got it. I thought you said 50%.

---

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

That's more style and preference for drilling completion approach.

---

### Jacob Gomolinski-Ekel
*Desk Analyst, High Yield Credit, Morgan Stanley*

Q

Okay. And I guess just the last question on that then, if you are having a look at it, and I guess [ph] more (27:25) a two part question in that, do you have last look or anything like that, given your minority interest? And if you do take a look at it, any thoughts on either this or other acquisitions, how to finance them?

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

We don't have last look. So that's – it would be nice, but no, we don't have that. I don't think Chuck would really enjoy that. But on the financing side, we're very sensitive to having just come out of a full year's [indiscernible] (27:58) and a ditch, probably complicated because we were solvent bankrupt company, and we paid everybody off, very unusual and had a lot of equity value for existing equity. We're sensitive to our current equity valuation. We just came out. We really haven't been picked up by any analysts yet. We're just having our first call after coming out. We've been kind of [ph] secreted (28:25) away for the past year and we've got to get back out on the Street. We've got to start talking to some of the more long-only focused funds who want to invest in energy. So we're sensitive to using our equity at this valuation and any kind of a transaction. And we're damned sensitive about debt so that we want to be careful. So it's interesting time for us because this is probably not the best timing for us for QEP to announce assets. So we obviously are a likely participant in that process, but we've already been contacted by some folks who want to partner with us, so we'll just see what happens. But we're going to take a long look at it, but we are going to be very sensitive to – if we happen to be successful or happen to a bid on it and as to how we [ph] finance it (29:13).

---

### Jacob Gomolinski-Ekel
*Desk Analyst, High Yield Credit, Morgan Stanley*

Q

Got it. That makes sense. Thank you very much.

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Thank you.

---

**Operator**: [Operator Instructions] We'll go next to Patrick Sheffield with Beach Point Capital. Your line is open.

---

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

Corrected Transcript
03-May-2017

### Patrick Sheffield
*Analyst, Beach Point Capital Management LP*

Q

Thanks for taking my question. Just a quick one. Aside from the potential make-whole settlement, are there any other remaining non-recurring cash uses for the company for the rest of the year?

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

Hi, Patrick. This is Garland Shaw. We do have several payments that have to go out that were part of this that we settled claims on. I think those total about $225 million.

### Patrick Sheffield
*Analyst, Beach Point Capital Management LP*

Q

Okay, great. Thanks very much.

**Operator**: And we'll go next to Matthew Farwell with Imperial Capital. Your line is open.

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Yes, thanks. Just continuation with that question, could you just walk us through what a pro forma cash balance would be at the end of the quarter, after netting out those payments, but not including make-whole? And also, maybe just how are you planning on addressing the potential make-whole settlement or make-whole amounts that would be determined just with public investors that may perceive that to be some legacy issue from the bankruptcy?

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Why didn't you break it down for me, or for Garland, into one or two more concise questions, if you could, or three?

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Sure. So could you just provide a pro forma cash balance at the end of the first quarter after including any other payments that result from the bankruptcy?

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

So at the end of the first quarter, our cash after we -

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

So why don't we just stood as of April 12, when we emerged. Make it simple [ph] Garland. (31:21)

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

# Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

**C** Corrected Transcript
03-May-2017

Yeah. So end of April basically, we're – at April 12, we're basically zero cash balance and that's kind of where we're right today, and net debt is [ph] $2.2 billion (31:36).

---

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

And then you have $225 million of additional payments?

---

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

Yes.

---

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Okay.

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

But they're over time.

---

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Okay. And my other comment was just – I imagine that when this litigation is settled, it's going to make headlines. And so, how are you going to communicate that to public investors, now that – once that happens?

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

We're a public company and we normally communicate to our investors via conference calls, press releases, things like that. And this would be a significant issue or material issue, I guess, the better term. So, yeah, we would – I mean just to give you a sense of what we think the timing is, the current timing on the hearing with the judge is May 16. He won't be making a decision on that date. It will take him a while to reflect on this and decide what his answer is. This is something that not a lot has been done in Fifth Circuit. We're told by our legal folks. So your guess is as good as mine is when he response, [ph] but we just (33:00) assume he response 8 to 12 weeks later. So that gives you a sense of when the initial answer is.

---

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

That's useful. And in terms of how you plan on funding any amounts, would that be [indiscernible] (33:14) RCF?

---

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

We've already set aside $400 million into reserve account.

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

---

## Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

C Corrected Transcript
03-May-2017

Yes, it's $200 million make-whole claim and as part of exiting bankruptcy and making a deal so we could get out more timely, not have a feasibility fight. We agreed to over fund it essentially. So we think we'll – regardless the answer that we'll be getting money back.

.................................................................................................................................................................................................................................

Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Got it. Thank you very much for answering my question.

.................................................................................................................................................................................................................................

**Operator**: Thank you. And we'll take a follow-up question from Patrick Sheffield with Beach Point Capital. Your line is open.

.................................................................................................................................................................................................................................

Patrick Sheffield
*Analyst, Beach Point Capital Management LP*

Q

Hey. I am sorry guys, just a clarification. You mentioned that you have zero cash as of April 12. Is that because the $400 million of cash is being set aside for the make-whole account?

.................................................................................................................................................................................................................................

Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

That's correct.

.................................................................................................................................................................................................................................

Patrick Sheffield
*Analyst, Beach Point Capital Management LP*

Q

Okay, got it. Thank you. I'm sorry. Just want to make sure that $400 million didn't disappear?

.................................................................................................................................................................................................................................

Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

No.

.................................................................................................................................................................................................................................

Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

No, it didn't disappear.

.................................................................................................................................................................................................................................

Patrick Sheffield
*Analyst, Beach Point Capital Management LP*

Q

Okay. Thank you.

.................................................................................................................................................................................................................................

Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

And neither did we.

.................................................................................................................................................................................................................................

**Operator**: And I'm showing we have no further questions at this time. I'll turn the call back.

.................................................................................................................................................................................................................................

Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

## Ultra Petroleum Corp. *(UPLMQ)*
Q1 2017 Earnings Call

 Corrected Transcript
03-May-2017

Well, thank you all for participating in our first teleconference post emergence, look forward to talking to you time and time again. If you have any other questions or comments don't hesitate to call or e-mail, preferably to Sandi in person and she will get through the rest of us, but if not directly to us, we're fine with it. But thank you for your time.

.....................................................................................................................................................................................................................................................................

**Operator**: This does conclude today's program. Thank you for your participation. You may disconnect at any time.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2017 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.