# Exhibit 4

09-Aug-2017

# Ultra Petroleum Corp. (UPL)

Q2 2017 Earnings Call

FACTSET: callstreet
1-877-FACTSET   www.callstreet.com

Total Pages: 21
Copyright © 2001-2017 FactSet CallStreet, LLC

**Ultra Petroleum Corp.** *(UPL)*

Q2 2017 Earnings Call

C Corrected Transcript

09-Aug-2017

# CORPORATE PARTICIPANTS

**Sandi Kraemer**
*Director-Investor Relations & External Reporting, Ultra Petroleum Corp.*

**Michael D. Watford**
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

**Garland R. Shaw**
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

**C. Bradley Johnson**
*Senior Vice President-Operations, Ultra Petroleum Corp.*

# OTHER PARTICIPANTS

**Jacob Gomolinski-Ekel**
*Desk Analyst, Morgan Stanley*

**Kyle Addison Bickel**
*Analyst, Stifel, Nicolaus & Co., Inc.*

**Marshall Hampton Carver**
*Analyst, Heikkinen Energy Advisors LLC*

**David Epstein**
*Analyst, Cowen & Co. LLC*

**Joshua Gale**
*Executive Director, Nomura Securities*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, everyone, and welcome to today's Ultra Petroleum Corp. Second Quarter 2017 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, you'll have opportunity to ask questions during the question-and-answer session. [Operator Instructions] Please note this call may be recorded and I'll be standing by should you need any assistance.

It is now my pleasure to turn today's program over to Ms. Sandi Kraemer, Director of Investor Relations. Please go ahead, ma'am.

**Sandi Kraemer**
*Director-Investor Relations & External Reporting, Ultra Petroleum Corp.*

Thank you, operator. I'd like to point out that many of the comments during this conference call are forward-looking statements that involve risks and uncertainties affecting outcomes, many of which are beyond our control and are discussed in more detail in the Risk Factors and Forward-looking Statements section of our annual and quarterly filings with the SEC.

Although, we believe these expectations expressed are based on reasonable assumptions, they are not guarantees of future performance and actual results or developments may differ materially. Also, this call may contain certain non-GAAP financial measures. Reconciliation and calculation schedules can be found on our website.

Now, I'll turn the call over to Mike.

# Ultra Petroleum Corp. *(UPL)*
Q2 2017 Earnings Call

 Corrected Transcript
09-Aug-2017

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

Thanks, Sandi. Good morning. Thanks for joining us for Ultra Petroleum's Second Quarter 2017 Earnings Teleconference. With me this morning is Garland Shaw, our Chief Financial Officer; and Brad Johnson, our Senior VP of Operations. This is our first quarter since emerging from our in-court restructuring and we're back to building and growing a business.

Since this quarter includes the actual emergence event, it also includes some unique or one-off accounting entries. Garland will provide more clarity, although a $499 million quarterly net income number is pretty neat, I have to admit. More seriously, let me mention a few highlights before we pass it to Garland to discuss the details of the financial results.

Our second quarter cash operating margin improved by 79% over year ago numbers to $2.11 per Mcfe. We talked last quarter about the cash benefits from reorganization, and you're now seeing it reflected in the improved margins. Our cash flow exceeded our CapEx for the first six months of the year by about $37 million as we stayed focused on leverage.

We also are looking at increased liquidity; more from Garland on that in a moment. Activity in the field is increasing. Operated drilling rigs in the field for the six months averaged 4.5 as we continue towards our goal of eight operated drilling rigs.

We successfully grew production from a three-year low experienced in the first quarter of 2017 by 5% and we'll continue to grow production by 6% to 8% each quarter through year-end. Our goal is to balance production growth with resource expansion, while being mindful of leverage. To this end, we are tweaking our capital allocation a bit in the second half of the year. Brad has some details he will share with you.

Now, for Garland, and a financial update.

## Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

Thanks, Mike. This morning, we reported adjusted net income for the second quarter of $51 million as compared to $37.9 million in the same quarter in 2016. Cash flow from operations, excluding restructuring charges, was $112.5 million as compared to $62.4 million in the second quarter of 2016.

EBITDA was $141.9 million for the current year quarter as compared to $83.9 million last year. All of these improved results were driven by 45% increase in revenues, which was due to higher oil and gas prices. For the second quarter, we realized a 53% cash flow margin and a 67% EBITDA margin. Capital expenditures for the quarter were $136 million.

Let me quickly mention that we did report net income of $499 million for the quarter as Mike mentioned. But this amount includes $426 million of restructuring items, of which $431 million is a non-cash gain related to our debt for equity exchange as part of our emergence from chapter 11 in April.

Excluding the restructuring items from net income, along with $21.6 million of unrealized derivative gains, results in adjusted net income of $51 million. One extraordinary item that was not excluded from adjusted net income was $25 million of non-cash stock composition expense also related to our emergence from chapter 11.

# Ultra Petroleum Corp. *(UPL)*
Q2 2017 Earnings Call

 Corrected Transcript
09-Aug-2017

Our overall production for the quarter was 67.1 Bcfe, which is a 5% improvement over the first quarter of 2017 production and a 5% decline as compared to the second quarter of 2016. For the quarter, natural gas volumes were at 63.1 Bcf and oil volumes at 675,000 barrels.

The average realized natural gas price was $2.84 per Mcf, including the effect of hedges, was $1.08 per Mcf higher than in the second quarter of 2016. For the quarter, we had 48 Bcf or 76% of our gas production hedged at $3.34 per Mcf. The effect of the hedges in the quarter was $0.01 decrease in our realized gas price.

The second quarter of 2017 overall corporate price differential when comparing average wellhead per Mcf prices to first of the month Henry Hub prices was $0.33 or 10% of Henry Hub, which is consistent with the second quarter of 2016. Please note that we have fixed price natural gas swaps in place for 71 Bcf for the month of July through October at $3.34 per Mcf, which is approximately 80% of the company's expected natural gas production for the third quarter of this year.

The average realized oil price for the quarter was $45.51 per barrel, which was $4.97 per barrel higher than for the same period last year. Our average differential for the quarter to WTI pricing was $2.81 per barrel or 6% of WTI, which is an improvement compared to the 11% in differential for the same period last year.

All-in cash costs before interest expense for the second quarter came in at $1.04 per Mcfe and at $1.47 with interest expense included. Last year, our cash costs for the second quarter before interest expense were at $0.89 per Mcfe. The $0.15 difference when compared to this year is almost entirely due to higher production taxes resulting from improved oil and gas prices, which is obviously a good thing.

For the quarter, our EBITDA margin was $2.11 per Mcfe. Wyoming, which contributed 94% of the company's production, had [ph] field level (06:59) cash margins of $2.17 per Mcfe, while in Pennsylvania, they were $1.35 and, in Utah, they were $4.28 per Mcfe.

In regard to the company's leverage position, we ended the quarter with funded debt of $2.077 billion with $77 million drawn on our $400 million revolving credit facility. Considering that we did make a $150 million payment to REX pipeline in July that was funded out of the credit facility and that there is uncertainty as to how much we will recover the $400 million of restricted cash on our balance sheet related to our make-whole and post-petition interest litigation, we are currently looking to improve our liquidity.

At emergence from chapter 11, our borrowing base was set at an artificially low, $1.2 billion. Our mid-year reserves valuation at our agent bank's price deck suggests that our borrowing base could be as large as $1.9 billion. We're currently working with our banks to increase the borrowing base, which will allow us to either increase the size of the credit facility or increase our term loan and pay down the credit facility with the proceeds.

Finally, we have received a lot of questions about QEP's sale of their Pinedale acreage and what we think that means relative to our valuation. First of all, we think that the value that QEP received is very positive for us. Given that QEP has publically stated in the past that they only had around 200 remaining drilling locations as compared to our nearly 5,000 locations and because of our higher margins by at least $0.40 per Mcfe due to mostly better midstream contracts, it is difficult to make a direct comparison of our assets.

However, if we take their $740 million sales price for their Pinedale asset and back out our estimated value for their undeveloped reserves, we get an implied per Mcfe value for their PDP reserves of $0.98. Then, if we discount by 50%, our $0.40 per Mcfe better margins and that is the number provided by a reputable third-party research firm and add that to the $0.98 per Mcfe, we get a total PDP value of $1.18 per Mcfe for Ultra's reserves.

# Ultra Petroleum Corp. *(UPL)*

Q2 2017 Earnings Call

 Corrected Transcript

09-Aug-2017

Applying that value to our PDP reserves of 2.6 Tcfe gives us a total PDP value of $3.1 billion. This $3.1 billion PDP value is the exact amount that we used last year in our business plan work that we performed that resulted in a $7 billion to $8 billion total enterprise value on our 4,900 undeveloped locations and other probable and possible reserves are included. So, we think that the value that QEP received is at least consistent with our view of the value of our proved developed reserves when we adjust for higher margins.

Another way to think about the relative valuation is that it appears that QEP sold their assets at over six times cash flow, which is a material premium to our current trading level considering our 2018 EBITDA guidance. And that is despite QEP's low future location count, declining production and onerous midstream contracts.

So, overall, we think that the value that QEP received for their Pinedale assets is a positive marker for how our assets should be valued if one considers that we have significantly more undeveloped reserves and much lower cost structure and no minimum volume requirements in our midstream contracts.

Now, I'll turn the call over to Brad for an update on our operations.

## C. Bradley Johnson

*Senior Vice President-Operations, Ultra Petroleum Corp.*

During the second quarter, we brought on line 47 wells in Pinedale. At the beginning of the second quarter, four operated and one non-operated rigs were drilling. As part our 2017 ramp-up plan, we added three operated drilling rigs in the second quarter.

We brought on 69 net wells in Pinedale in the first six months of the year. And we plan to bring on another 97 net wells in the second half of this year. And although the 2017 development program is back-end loaded, we began to realize production growth during this quarter. On June 30, net production in Wyoming was 718 million cubic feet equivalent per day, up 8% from the exit rate of last quarter. We expect the production to grow another 13% by year-end.

Upon arrival of the additional rigs, operational performance has been strong. And these rigs have quickly approached the fleet average in several key operational metrics. The success started well before the rigs arrived directly related to several planning efforts, attention to detail on rig selection, specifying important rig modifications required for our simultaneous operations protocol in Pinedale, leveraging strong relationships among our vendors to procure critical equipment and the on-boarding of highly skilled personnel.

For the second quarter, drilling costs in Pinedale averaged $2.9 million per well. We have experienced some service cost increases this year with about 3.5% on average across all services. For the rest of this year, we are expecting competition among service providers along with our ongoing drilling efficiencies to help keep well costs flat over the next two quarters. Looking back at the wells' bottom line this quarter, we estimate the program generated an internal rate of return of 38%. We expect the next two quarters to deliver similar results.

Please note the updated guidance for capital and production in our news release. These adjustments take into account modest increases in service cost, an average one-month delay among the rigs we added this summer, an acquisition of over 9,000 net acres in Pinedale that also included 80 Bcfe of reserves, and our plans to test horizontal wells in the second half of this year using a rig previously assigned to vertical drilling.

Our teams have been busy evaluating resource expansion in Pinedale with an emphasis on horizontal drilling on the flanks of the field. In 2016, we drilled and tested the first horizontal well in Pinedale. Three horizontal wells

# Ultra Petroleum Corp. *(UPL)*

Q2 2017 Earnings Call

 Corrected Transcript
09-Aug-2017

have also been drilled on the far eastern part of Jonah field adjacent to Pinedale and geologically analogous to our assets in Pinedale. We are encouraged by all the results so far. And as a result, we now plan to drill and test three horizontal wells later this year.

In Jonah, the recent horizontals have extended that field beyond its historical boundary of vertical well development. We see the same potential for Pinedale. As a reminder, Pinedale currently produces gas and condensate from vertical wells that have a pay column that exceeds 5,000 feet. At this time, we have prioritized four intervals within the lower Lance and Mesaverde formations to drill horizontal test. This could expand to include targets in the middle and upper Lance as well as potential targets in the deeper and undeveloped horizons such as the Rock Springs and Hilliard shale.

Our first horizontal test was in the lower Lance B. Our next three wells will target other intervals within the lower Lance and Mesaverde formations. Last summer, when we drilled our first horizontal well, we put together a preliminary estimate of 1.3 Tcfe of net risked resources for our flank expansion of Pinedale using horizontal wells.

Since that time, wells have been drilled and put on line and are performing almost double what we first modeled. We've also identified additional targets that may result in two to three times more wells per section. We look forward to our upcoming tests. With success, additional site could be realized with longer laterals, increased well count per section, higher condensate yields, and larger EURs per well.

Mike?

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

Thanks, Brad. So, here we sit three and a half, four months after emerging from our in-court restructuring. What's it look like from the top of the funnel or the 30,000-foot level? We are a Western Basin natural gas company serving a western market that has seen little to no gas supply growth.

Our previous low cost structure has been lowered further by about $0.55 per Mcfe, expanding our cash margins. We have an extensive inventory of high returning undrilled locations, one where the internal rate of returns of our second quarter wells average 38%. We have a very real opportunity of significant resource expansion with the horizontal program we have planned. And we're working on improving our liquidity with an eye on leverage ratios as we work towards alternatives on increasing shareholder returns.

With that, I will ask the operator to open the lines for Q&A.

**Ultra Petroleum Corp.** *(UPL)*
Q2 2017 Earnings Call

Corrected Transcript
09-Aug-2017

# QUESTION AND ANSWER SECTION

**Operator:** [Operator Instructions] And we'll take our first question from Jacob Gomolinski-Ekel with Morgan Stanley. Please go ahead.

Jacob Gomolinski-Ekel
*Desk Analyst, Morgan Stanley*

Q

Hey, guys. Thanks for taking the questions. Given we haven't seen a 10-Q yet, just wanted to confirm what you were saying in the prepared remarks. The approximately $450 million of restricted cash is still on the balance sheet and then the $150 million settlement payment to REX was paid primarily by a revolver draw.

Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

Yes. That's correct.

Jacob Gomolinski-Ekel
*Desk Analyst, Morgan Stanley*

Q

Okay. Thanks. And then, just on the borrowing base, want to confirm, did you see the RBL lenders, based on your conversations, said they would be open to growing the borrowing base to $1.9 billion based on PDP value? Just asking because that's a pretty meaningful increase from the $400 million currently, I just want to understand what's driving that.

Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

They haven't said that. We just submitted our updated reserves at their price deck last week. We made an internal calculation that the borrowing base could be as high as $1.9 billion. So we have the expectation that they're going to increase the borrowing base, not necessarily to $1.9 billion, but there is a potential for it to go that high.

Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

But the simple math suggests it could be $1.9 billion, yeah.

Jacob Gomolinski-Ekel
*Desk Analyst, Morgan Stanley*

Q

Okay. Thanks. And then, just given the rig delivery delays and the change in production guidance, do you have a sense of how you're thinking about EBITDA at current strip prices as compared to the previous guidance of $650 million to $700 million?

Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Well, I guess, we have a thought that it's going to be less than that...

# Ultra Petroleum Corp. *(UPL)*
Q2 2017 Earnings Call

**Corrected Transcript**
09-Aug-2017

## Jacob Gomolinski-Ekel
*Desk Analyst, Morgan Stanley*

**Q**

Sure. Fair enough.

---

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

**A**

...because of less production, but that's – yeah.

---

## Jacob Gomolinski-Ekel
*Desk Analyst, Morgan Stanley*

**Q**

Okay. That's it for me. I'll hop in queue. Thanks, guys.

---

**Operator**: We'll take our next question from Kyle Bickel with Stifle. Please go ahead.

---

## Kyle Addison Bickel
*Analyst, Stifel, Nicolaus & Co., Inc.*

**Q**

All right. Thanks and good morning, guys. I guess now that it looks like you're going to reach that planned eight-rig program coming this next quarter, I guess, how are you guys thinking about that rig count going into 2018 and sort of balancing growth with balance sheet stability if we see any more of a prolonged downturn in the commodity price?

---

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

**A**

Well, let me take that in steps and Brad can help me. The eighth rig will arrive when, Brad?

---

## C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

**A**

It will begin drilling later this month.

---

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

**A**

All right. So, we will get to our eight rigs. It's just taking longer to get the rigs on location and actually getting them turning to the right. So that's going to happen. Secondly, we're very focused on leverage ratios and absolute debt. We aren't in a position where we want to exceed significantly cash flow for a capital program. We don't mind if it's plus or minus a few percent. So we're going to manage the business, at least in the short term, towards the CapEx equal to cash flow, essentially. So, I'm trying to – I'm not – so, our activity for the second half of the year and activity going into 2018 is going to be focused on where we think cash flow is going to be from answering your questions at all.

---

## Kyle Addison Bickel
*Analyst, Stifel, Nicolaus & Co., Inc.*

**Q**

Sure. That makes sense. But then I guess that eight-rig going in 2018, is that pretty static or is that something you could potentially roll back if needed?

---

Copyright © 2001-2017 FactSet CallStreet, LLC

## Ultra Petroleum Corp. *(UPL)*

Q2 2017 Earnings Call

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

If gas prices are where the strip is for 2018, which we think they won't be, we think they're going to come back up. But if gas prices are where the 2018 strip is now, we won't operate eight rigs because we would spend more CapEx than we want to. So, let me just kind of expand on that a bit.

We run a bunch of sensitivities based on our forecast of what wells we would drill and in the development program because we don't have any production forecast for any success in horizontal program. But we can achieve 20% per annum growth 2018 over 2017 and have free cash or have cash flow equal CapEx.

I'm not going to address the rig count that comes with that, but just keep that in mind that if we want cash flow neutrality and no new net debt in 2018 over 2017, we can still achieve the plus or minus 20% production growth. To the extent, we want less or greater production growth then we'll see what we have to do with dialing up or down our CapEx.

### Kyle Addison Bickel
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Okay. That makes sense. And then, I guess it seems like these 24-hour rates quarter-over-quarter kind of creeping up. I guess now that you're seeing some longer term data there, is there any – I guess how is that looking versus sort of that 4 Bcf type curve? Is there a potential to see that sort of creep up over the next few quarters?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Sure. I think that's fair. And just to note, we included in our press release a 7.4 million a day IP, that's up considerably from the first quarter. That translates to an average EUR of about 4.1 Bcfe for the quarter. And we are seeing some of the wells that underperformed a little bit in the last couple of quarters, they've actually improved, they flattened out. So, our EUR estimates on those wells have actually climbed up a bit. So, looking forward, I think we're going to continue to see 4 B wells and greater than 35% returns for the balance of this year.

### Kyle Addison Bickel
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

All right. Well, appreciate it.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Thank you.

**Operator:** And we'll take our next question from Marshall Carver with Heikkinen Energy Advisors. Please go ahead.

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Yes. Regarding the horizontals, you talked about the wells exceeding your expectations, the ones drilled for the last couple of years. What are the horizontals here – what's your expected cost on the horizontals you're planning for this year? And can you give us any hope for EUR or that EUR you saw at Jonah or any help in that direction?

# Ultra Petroleum Corp. *(UPL)*
Q2 2017 Earnings Call

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Sure. This is Brad. So the first well we drilled in Pinedale, we drilled it for $5.8 million, that was a 1-mile lateral. We had a little bit of science in that well as you might expect because we're in testing mode. The wells that have been drilled in the eastern edge of Jonah, we see two wells ranging between 8 and 10 Bs – 8 and 10 Bcf. And as we look forward and think about the potential 2-mile laterals, 10, 12 B wells, $6 million. That's the target we're chasing.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Talk about the Jonah wells.

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

So, the two Jonah – well, there are three wells that have been drilled in the Jonah field, two of which we believe are 8 to 10 Bcf wells. One is short, one is long.

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

And by short, you mean 5,000 feet and long 10,000 feet?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Yeah. That's correct.

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Okay.

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

The other thing that...

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Actually, the shortest one is what? 3,500 feet?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Yeah, it was less than 1 mile.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Right.

# Ultra Petroleum Corp. *(UPL)*
Q2 2017 Earnings Call

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Even the short one you think was 8 to 10 Bs?

---

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

The short one may very well have the largest EUR.

---

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Very nice. And the acreage – so, you increased the CapEx, does that include the cost of drilling the new wells in addition to the price of the acreage or is that just the cost of drilling the new wells?

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

The CapEx increase was largely for the acquisition of the acreage and the reserves that came with it, the 80-plus Bs that Brad mentioned. But we're basically displacing developmental vertical well drilling for the second half of the year, so we can fund the horizontal experiment. And we're not proposing to see any production of any significance from the horizontal program. This is a science project. We think it has lots of upside. So, we're displacing vertical wells, so we had to make the production guidance down [technical difficulty] (25:23-25:28) and 9,000 acres.

---

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Okay. Thank you. And have you given out any potential number of horizontal wells that you could do see across your acreage position, if it does work?

---

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Sure. Last year – and I'll reflect back to last year, because we built a rigorous layout of those wells and we're at about 350 locations that we identified. And those locations were prior to the acreage bolt-ons that we've added over the last nine months or so. So, we do see that potential for that count to grow. But, for the moment, 350 locations wrapped around the boundary of Pinedale on the flanks.

---

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Okay. Thank you. And last question, the $6 million well cost could be for a 2-mile lateral in development mode?

---

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Right now, I'm thinking more like $5 million for a 1-miler and $7 million for a 2-miler in development mode for a $6 million average.

---

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

---



# Ultra Petroleum Corp. *(UPL)*

Q2 2017 Earnings Call

**C** Corrected Transcript

09-Aug-2017

Okay. Thank you.
..................................................................................................................................................................................................................................................................

**Operator**: And we'll take our next question from David Epstein with Cowen. Please go ahead.
..................................................................................................................................................................................................................................................................

**David Epstein**
*Analyst, Cowen & Co. LLC*

**Q**

Thanks, guys. When you're talking about 20% growth and sort of cash flow neutrality, can you help us a little bit? Is that based on today's strip, is it based on your view that commodity prices will be above the strip? I guess that the variable would be nice for the equation.
..................................................................................................................................................................................................................................................................

**Garland R. Shaw**
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

**A**

Hi, David. This is Garland. That is that strip for 2018.
..................................................................................................................................................................................................................................................................

**David Epstein**
*Analyst, Cowen & Co. LLC*

**Q**

Okay. So, I think last time, when you guys talk about 25% growth in May, we're probably at like [ph] 305 (27:25) for next year or probably a bit below that, so that's a big part of the delta.
..................................................................................................................................................................................................................................................................

**Garland R. Shaw**
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

**A**

That's right.
..................................................................................................................................................................................................................................................................

**David Epstein**
*Analyst, Cowen & Co. LLC*

**Q**

And you guys aren't – and even though your horizontal [indiscernible] (27:37) something because it's a science experiment, you're not really including anything in the horizontals in that?
..................................................................................................................................................................................................................................................................

**C. Bradley Johnson**
*Senior Vice President-Operations, Ultra Petroleum Corp.*

**A**

We don't have a significant production boost from the horizontal program at this time.
..................................................................................................................................................................................................................................................................

**David Epstein**
*Analyst, Cowen & Co. LLC*

**Q**

Okay. I appreciate that. What was the 1.3 Tcf figure that you guys mentioned earlier and can you just repeat the details on that?
..................................................................................................................................................................................................................................................................

**C. Bradley Johnson**
*Senior Vice President-Operations, Ultra Petroleum Corp.*

**A**

Sure. That was a preliminary number we built out last year. Really, it went hand in hand with drilling the first horizontal well. And we built that based on our acreage position at the time. We built that on wells that were 1-mile long. And we were assuming four wells per section, which I think is a pretty conservative number of laterals to assume given that we have a 5,000-foot column to go test. We also had risked EUR average of 6 Bs on that particular resource assessment. And so, we see well potential doubling on that point go forward with success, of course.

................................................................................................................................................................................................................................................

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Doubling in terms of the EURs and doubling in terms of well count.

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Yes, independent doubling.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Thank you.

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

I think is what Mike wanted to emphasize.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Okay.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

So, the 1.3 Bs was a risked potential to get us to spend some capital on the first horizontal well. Now that we have the results of that, we see more production from the early horizontal wells in eastern Jonah or essentially southern Pinedale field and another well, very successful well down there. Our expectation is that risked reserve number will be much larger.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Right. So, you're saying locations and EURs both doubled that 1.3 Bs could be order of magnitude five.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

It could be directionally much higher, yes.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Was any of this – I should know, but is any of this in your old presentations on inventory count?

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

No.

Copyright © 2001-2017 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*

Q2 2017 Earnings Call

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

And can I just ask you guys to talk – then I'll leave – a little bit about realizations, whether you think bigger issues are sort of Canadian gas or Permian gas and the updated realizations you gave today, is that your view for the longer term as well?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

As far as what we've seen so far this year, there has been definitely impact from the Aliso Canyon storage field that was shut in that's now been reopened on a limited basis. As far as Canadian gas coming down, we don't think that is harming us too much. Those pipes are pretty full as far as Canadian gas coming down to Pacific Northwest and same for Permian gas that's gone west. Those pipes are pretty full.

So, we are really not seeing much. We don't think we're seeing that much competition from them. Update on the guidance that you referenced really has to do more with what's happened so far this year. And we think going forward, for the remainder of the year, it looks like we're at about – on the strip for northwest rocks or about $0.30 differential. Our expectation for 2018 is that continues. So that's what we see right now.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Thanks very much.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Thank you.

**Operator**: And we'll take our next question from Marshall Carver with Heikkinen Energy Advisors. Please go ahead.

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Yes, one follow-up. You talked about two of the Jonah field horizontals. What about the third and what about the one you drilled in the Pinedale, how are results on those two wells?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Sure. So, starting, the third well in Jonah, and again, we're working off of public data, but it looks like they might have been in a target zone that wasn't as favorable as the other two. And so the performance was lower than the other two. Our well that we drilled in 2016 made a lot of successes that I want to share.

First, we drilled that well for less than $6 million, really ahead of time on budget and cost. We TDed the well at basically 1 mile and we were still in sand, so that was good. We encountered a lot of sand. Six months into the well, we were testing it and were able to determine that about 70% of the production was only coming from about 40% of the lateral.



# Ultra Petroleum Corp. *(UPL)*

Q2 2017 Earnings Call

 Corrected Transcript

09-Aug-2017

So, we got some work to do to improve the efficiency of our completions on our upcoming wells. But, nonetheless, we did validate the presence of sands and off to the east flank, which was very encouraging to us. Sand is operationally executing well under cost and time that was budgeted.

That well – our well that we operate, we haven't shared data publicly. We've been keeping it tight. It's been pretty competitive or we believe it's been a little competitive in acquisition space. So, we've been quiet in our efforts. But that well, we did IP at 3.7 million a day. That was lower than we expected, but has remained very flat.

And we think there is – we're seeing at least 1 Bcf per 1,000 lateral potential. We break down the production to where it came from in the lateral. Other parts of the field, we can see that easily double. So, we're definitely encouraged by the results. And, collectively, we think the wells to date certainly support the effort to go continue to test.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Do you want to mention condensate yield?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Yes. Our well was testing 23 barrels per million, which is nearly three times the average of Pinedale. So that's certainly encouraging and actually will create some value as you might expect as well.

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Thank you.

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Sure.

**Operator**: And we'll take our next question from Joshua Gale with Nomura Securities. Please go ahead.

### Joshua Gale
*Executive Director, Nomura Securities*

Q

Hey. Thanks for taking the question. You answered the first one I had, which was about the spending assumption for the 2018 production growth. The second one, just tell me if I'm reading too much into the numbers, but if I try to tie all the numbers together and I apply your 1Q to 4Q growth rate, and then what that implies for the sequential growth from 2Q to 3Q and then 3Q to 4Q to get to the midpoint of your annual guidance suggests that the growth rate would be higher in 3Q than 4Q. Am I just doing too much with the numbers? Because it seems like based on your rig additions, the growth would accelerate as we go through the year.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Part of it has to do with the completion schedule, more so than just the rig additions. But...

# Ultra Petroleum Corp. *(UPL)*

Q2 2017 Earnings Call

**Corrected Transcript**

09-Aug-2017

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Yeah. I think quarter-over-quarter third quarter versus second might have a little higher growth rate than fourth quarter to third quarter.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

I think that's true.

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Just nature of the ramp-up.

### Joshua Gale
*Executive Director, Nomura Securities*

Q

Great. Thank you.

**Operator**: And we'll take our next question from Kyle Bickel with Stifel. Please go ahead.

### Kyle Addison Bickel
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Thanks, guys, for taking the follow-up. Just one last one for me; I guess after the QEP divestiture and this 9,000 acres you guys have picked up, I guess what is the future of kind of A&D in Pinedale look like? Do you guys still see opportunities to add acreage, whether it's more the legacy conventional style or the newer sort of horizontal potential?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Yeah. We are active. We're still active on acquisition opportunities. So we do we see that future potential. Given that we are active, I'd prefer not to share much more than that.

### Kyle Addison Bickel
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

All right. Well, appreciate it.

**Operator**: And we'll take our next question from [ph] Anup Goswami (36:25) with Cantor Fitzgerald. Please go ahead.

Q

Thank you. Yeah, I was going to ask something similar regarding sector consolidation in light of lot of the weak equities we seen amongst E&P companies. If you could, any comment on what you're seeing in the landscape?

## Ultra Petroleum Corp. *(UPL)*
Q2 2017 Earnings Call

**C** Corrected Transcript
09-Aug-2017

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

On sector consolidation, that's the question?

Q

Yes.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Well, you've seen both slightly to the south of us and slightly to the north of us with the sale of the Linn acreage assets to Jonah Energy, and you've seen the sale of QEP assets to another private equity backed entity. So there is some activity going on and that activity is largely towards those entities that really aren't in a growth mode with the assets. They pay very high value [ph] per (37:25) PDP relatively with some modest growth, that's more so the QEP acquisition than there it is in the Linn Energy acquisition, but nonetheless.

So folks that have the ability to have lower cost of funds and larger PDP are more successful in those than folks that have higher cost of funds and really are after the upside with development, I guess I want to say. So, there is – we've clearly seen sector consolidation as you said, but it hasn't really been moving into the public companies.

Q

Okay. And also, I'd like to ask in light of the slightly reduced production guidance and somewhat worsening differentials, if you might want to take this time to update your 2018 EBITDA guidance?

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Well, I think we're talking about 20% growth, not 25% growth and strip prices have come down from where they were three months ago when we last spoke. You can have a lower number, but we're not going to provide a guidance number at this time.

Q

Thank you.

**Operator**: And we'll take our next question from Jacob Gomolinski-Ekel with Morgan Stanley. Please go ahead. Please check the mute function on your phone.

### Jacob Gomolinski-Ekel
*Desk Analyst, Morgan Stanley*

Q

Sorry about that. Thanks for taking the follow-up question. Just given you mentioned you're still active in the acquisition market, appreciate you don't want to talk too much detail in terms of what you might be looking at, but maybe more along the lines of how you're thinking about acquisition funding and how you might be thinking about funding what you would buy?

## Ultra Petroleum Corp. *(UPL)*
Q2 2017 Earnings Call

**Corrected Transcript**
09-Aug-2017

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Well, we're not active in terms of large acquisitions, if directionally, that's where we're trying to go. We're trying to sort of narrow our targets as those that give us more upside in the horizontal opportunity and perhaps provide a vertical inventory. And that's what we've been able to do pretty successful for modest amounts of capital at this point in time.

I think we're more focused on trying to figure out some ways to create better returns for shareholders than we are in terms of M&A activity for its sake. We see a lot of resource expansion upside with the horizontal program. We think these next three wells will be key to helping us with that. Obviously, we're pretty fired up about them, although we're pretty calm in our conversation right now or we wouldn't have reallocated capital in the 2017 program to that effort, we [technical difficulty] (40:10). But we think it can be significant and we think we've got ourselves a nice position there.

So, we're going to be more focused on increasing our liquidity, making sure we manage our debt levels, and then seeing what we can do to – whether its share repurchases or things of that nature, how we free up cash to take advantage of the low equity value that we have in our business today. Most similar stories have very low equity values. We certainly suffer that. We're sensitive to it.

As the conversation that Garland went through as a comparison, just our PDP value to our friends at QEP's PDP value in terms of recent transaction, our company doesn't have the value where it should relative to that. So, we've got to do some things to strengthen our current value. So I don't necessarily think that large M&A transactions are part of that.

### Jacob Gomolinski-Ekel
*Desk Analyst, Morgan Stanley*

Q

Got it. So it sounds like you just have a lot of balance in terms of bolt-on, similar to what you've done in terms of acquisitions, maybe share buybacks and maintaining debt levels and leverage levels and liquidity?

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

I think that's where we're headed, yes.

### Jacob Gomolinski-Ekel
*Desk Analyst, Morgan Stanley*

Q

Okay. Thanks very much.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Thank you.

**Operator**: And we'll take our next question from David Epstein with Cowen. Please go ahead.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

# Ultra Petroleum Corp. *(UPL)*
Q2 2017 Earnings Call

 Corrected Transcript
09-Aug-2017

Thanks for taking the follow-up. Sorry, my browser closed, but you had $2.07 billion of net debt at the end of the quarter?

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

That's correct.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

That's [ph] of debt (41:49) not net debt.

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

Well, it's...

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

If you take $400 million sitting in the cash reserve account, it's not net debt.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Right. Okay. So, its $2.07 billion if you get nothing back at $400 million?

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

Yeah. That's right. That was the funded debt.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Right. I guess it seemed surprisingly good to me in the sense that I thought when you guys were emerging or around the time of emergence, you guys were projecting somewhere like $2.05 billion or $2.1 billion of debt with sort of only a partial loss on that litigation. So, I guess, I'm surprised that now even if you theoretically have a full loss on that litigation, you're still at only $2.07 billion.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Well, good for us. Thank you for the compliment.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Well, I'm wondering if I'm missing a disconnect. Am I wrong that like earlier at the emergence, even at partial settlement, you would have still been at $2.05 billion or $2.1 billion?

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

# Ultra Petroleum Corp. *(UPL)*

Q2 2017 Earnings Call

 Corrected Transcript
09-Aug-2017

I think that's right. We have paid $150 million to REX pipeline subsequent to the balance sheet date that maybe you're not thinking about.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Okay. All right, so, okay, today, you're at just over $2.2 billion and that will go down to the degree you get some of that back.

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

That's right.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

All right. That's helpful. Thank you very much. Appreciate it.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Sure.

**Operator:** And we have no further questions at this time.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

Well, thank you very much. If anyone has additional follow-up questions, please contact Sandi Kraemer. She'll be looking forward to having a conservation with you.

Thank you all for your time day. Bye, bye.

**Operator:** That's does conclude today's call. You may disconnect at any time, and have a wonderful day.

## Ultra Petroleum Corp. *(UPL)*
Q2 2017 Earnings Call

 Corrected Transcript
09-Aug-2017

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2017 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.