# Exhibit 5

07-Nov-2017

# Ultra Petroleum Corp. (UPL)

Q3 2017 Earnings Call

Total Pages: 16
Copyright © 2001-2017 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

**Corrected Transcript**
07-Nov-2017

# CORPORATE PARTICIPANTS

**Sandi Kraemer**
*Director-Investor Relations & External Reporting, Ultra Petroleum Corp.*

**Michael D. Watford**
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

**C. Bradley Johnson**
*Senior Vice President-Operations, Ultra Petroleum Corp.*

**Garland R. Shaw**
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

# OTHER PARTICIPANTS

**Michael Stephen Scialla**
*Analyst, Stifel, Nicolaus & Co., Inc.*

**Marshall Hampton Carver**
*Analyst, Heikkinen Energy Advisors LLC*

**David Epstein**
*Analyst, Cowen & Co. LLC*

**Rina Joshi**
*Distressed Debt Analyst, PointState Capital*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, everyone, and welcome to the Ultra Petroleum Corp. Third Quarter 2017 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, you will have the opportunity to ask questions during the question-and-answer session. [Operator Instructions] Please note this call is being recorded.

It's now my pleasure to turn the conference over to Sandi Kraemer. Please go ahead.

## Sandi Kraemer
*Director-Investor Relations & External Reporting, Ultra Petroleum Corp.*

Thanks, operator. I'd like to point out that many of the comments during this conference call are forward-looking statements that involve risks and uncertainties affecting outcomes, many of which are beyond our control and are discussed in more detail in the Risk Factors and Forward-looking Statements section of our annual and quarterly filings with the SEC.

Although, we believe these expectations expressed are based on reasonable assumptions, they are not guarantees of future performance and actual results or developments may differ materially. Also, this call may contain certain non-GAAP financial measures. Reconciliation and calculation schedules can be found on our website.

Now I'll turn the call over to Mike.

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

Thanks, Sandi, and thanks for all you joining us today by phone. With me today is Garland Shaw, our Chief Financial Officer; and Brad Johnson, our Senior VP of Operations. And we're going to conduct today's call a little



# Ultra Petroleum Corp. *(UPL)*

Q3 2017 Earnings Call

 Corrected Transcript

07-Nov-2017

differently than we have in the recent past. We'll provide you some detail on third quarter results, what's been the vast majority of the call, affirming the quality of our asset, our inventory, our returns and our low costs.

These six months since emerging from our in-court restructuring have been more difficult than we foresaw, spinning back-up our operations, continuing to deal with ongoing issues from a contested bankruptcy proceeding and moving from a courtroom back to profitable growth mode. This has been a transition time for us and we've not done all things well. We have been uneven in our messaging with the lack of clarity at times. Today's conversation should go a long way towards clearing up any misunderstandings in the market about the quality of our business and some new and exciting growth prospects related to horizontal well potential.

I'd like to now briefly address our third quarter results and then spend the remainder of the call discussing the investor deck we released this morning that we will be referring to during the call. We expect production for the full year 2017 to be slightly below guidance and come in between 276 Bcfe and 278 Bcfe. As I will explain, this reduction is due to issues caused by our recent bankruptcy and third-parties. I'll provide some detail now, but would like to emphasize my belief that most are one-time and non-recurring and fully isolated from our overall inventory quality.

First a bit of important perspective regarding 2017. In Wyoming, due to weather and regulation, we are limited to building our drilling pads during the summer and fall after receiving the requisite approvals. During the summer of 2016 and with the company battling a contested bankruptcy proceeding, we were unable to properly prep enough pads to optimize a ramp up from 2 rigs to 8 rigs in 2017. This meant that our 2017 drilling program led to some rigs being placed on legacy pads that were located in suboptimal yet still economic areas along the eastern flank of our field. This will not be the case during our 2018 to 2019 drilling program which is in some of the most attractive areas in Pinedale.

We had additional issues impact our 2017 program, including the delayed arrival of rigs and the failure to hit our stretch goal of 98% field run time compared to our historic average of 95%. Lastly, we didn't get any help from our partners as we had less non-op completions in Pinedales, we had shut-ins in the Marcellus and issues with the enterprise gathering system in Pinedale

Stepping back, we're still going to grow production in 2017 by 17% from the first quarter through the fourth quarter, while generating at least through the first nine months and through the first full year positive EBITDA, less CapEx. For the first nine months, cash flow is equal to CapEx. Now we'll get a little CapEx. We'll exceed that a bit in the fourth quarter. While no one here is happy coming up light on guidance, we are in a very strong position now with our handicaps from bankruptcy behind us and we couldn't be more excited for everything happening at the company.

We remain confident in our ability to grow production 20% in 2018, while living within free cash flow using a 100% vertical program. And we're extremely excited about our most recent horizontal well that's currently flowing at 21 million cubic feet a day and is still increasing and it has a 10% oil cut. We believe this well is indicative of the horizontal potential in the field which could result in potentially 16 new horizontal wells that are incremental to our vertical well inventory.

That said, we're not providing 2018 guidance at this time as we continue to refine our view on two topics: first, potential moderation of growth to provide more balance between free cash flow and production/EBITDA growth; and the second, the impact of horizontals. It's worth noting that given the recent successful horizontal well result, we may even be able to grow at the same rates, but with more free cash flow generation.

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

 Corrected Transcript
07-Nov-2017

Switching gears, as I mentioned, we'll now spend the rest of the presentation walking you through our investor deck posted this morning. So let's get started. I'm going to turn to slide 4, pausing just a second for it to come up on the webcast. Well, there you go. All right. Well, slow, we got it. Let me start with slide 4 and reinforce the message that we are a Tier 1 natural gas producer. We have an extensive multi-year inventory with attractive returns and we want to provide much more clarity on that today.

We delivered 70% EBITDA margins in the third quarter of 2017 with low cash operating cost. Beyond our deep vertical inventory of natural gas locations, we have a significant resource expansion opportunity with horizontal wells drilled around the edges of the field, non-cannibalization of existing vertical wells, but true resource and net asset value expansion with exceptional returns.

Our Wyoming production is located in a part of the country with excess pipeline capacity and we have no firm transportation costs. We have multiple [ph] paths to (07:05) long-term growth and are sensitive to growth rates combined with free cash flow generation and we are moving forward with the marketing of our non-core assets.

Since, I've already discussed slide 5, let me turn to Brad and have him talk about several other slides.

## C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

Thanks, Mike. On slide number 6, Pinedale drilling progression. We show our activity in 2017 as well as a look ahead for the activity planned over the next two years. In 2017, the activity has been primarily on the east flank of the field. The activity in this area was not the result of high grading our inventory. Instead we placed new rigs as part of our ramp-up on pads that were available.

Normally, we plan to construct pads up to a year before we drill them. However, due to the uncertainty surrounding our in-court restructuring, some of that pre-drill effort was on hold. We began our 4 rig to 8 rig ramp up earlier this year. Rigs were deployed mostly to the east flank. And while the east flank typically delivers lower IPs and lower EURs than average, we do experienced higher condensate yields.

Year-to-date liquid yields on new wells have averaged 12 barrels per million, 50% greater than the field average. This increase in condensate provides meaningful boost to returns. Over the next two years, drilling rigs will move west toward the core and we expect vertical well performance to improve. We will preserve flexibility to continue east flank horizontal drilling, should we decide to drill more tests in 2018. And we will continue to be return-focused, not IP-focused.

On slide 7, we have summarized our inventory of vertical wells in Pinedale. Of the 4,900 future locations identified in our third-party reserve report, 1,900 of these locations are 10-acre and 3,000 locations are 5-acre wells. Our current development plan schedules the 10-acre wells to be drilled first, then a return to pad to develop the 5-acre wells.

As a result of this sequence, 5-acre wells will cost less than 10-acre wells, because they will be drilled with preexisting infrastructure, including surface pads and production equipment. We also anticipate that 5-acre wells will have a reduced completion scope. The combined cost savings is expected to be $300,000 per well. And at current commodity prices, we estimate nearly 1,100 wells have a return of 25% and another close to 500 wells with returns between 20% and 25%.

The next slide, slide number 8, titled Pinedale Vertical Well Performance, provide the cumulative production for all the wells we drilled since 2010. Each curve represents an average of the first 12 months of production from wells

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

 Corrected Transcript
07-Nov-2017

drilled in that year. Some years exhibit performance above the 4 Bcfe type curve shown in the black dash line. Some are below and a couple of years essentially paint that type curve shown here. The main driver in a range of outcomes is the part of the field we happen to be developing in any given year.

In 2014, the highest curve on this plot, we were drilling a significant amount of wells in the central and southern core of the field. In 2011, the lowest curve on this plot, performance was weighed down by activity on the flanks of the Mesa area and also the drilling of some 5-acre wells. Earlier this year and going back to fourth quarter of 2016, our development was concentrated on the east flank of Pinedale. Now, let's consider the data from 2011 to 2014 on this plot.

If one was reviewing this data three years ago, it would not have been appropriate to conclude that our inventory is dramatically improving by 30% by extrapolating a trend using wells from 2011 up to 2014. And likewise, the opposite headline of degrading inventory should not be supported by only analyzing data from 2014 to 2017. It boils down to the area of activity in any given timeframe. And as we showed on a previous slide, we plan for rigs to move west towards the core in 2018 and expect performance to trend back to the average.

Onto the next slide which is titled Most Accurate IRR's Derived from Actual Producing Days, slide number 9. There is a significant amount of information on this slide, but I want to start with the main point. To get an accurate return realized in Pinedale and to obtain a better type curve of individual wells, one should account for actual producing days when using monthly data. In Wyoming, operators provide actual producing days to the state and this data is available to all. Wells rarely start production on the first day of the month, thus dividing the monthly data by actual producing days yields a better estimate of the early performance.

On this slide, we have termed this simple calculation, PDR or Producing Day Rate and the data is plotted with red circles on the rate-time plot to the left. We've also provided the math for the first month in the footnote. The blue squares on this plot are the monthly data divided by the calendar days of each month. We have termed this the CDR or Calendar Day Rate. The disparity between the CDR and PDR data for the first month can lead to different type curve interpretations.

The curve fit corresponding to the CDR data is the blue dash line. This line is labeled with a b-factor of 1.1 and a return of 28%. Contrast this curve fit to the one with red dash lines labeled PDR. Note that the different shape of the PDR fit accounts for the first month production more accurately. This PDR curve fit has a b-factor of 1.6 and the return to this curve calculates to 45%. That is a significant difference in returns.

We've also plotted the daily data with a small black line in the left chart for reference. Note that this well has a max day IP of 8 million a day and that the daily data tracks the monthly data beginning with month two. However, contrast the max day IP to the first month average that is associated with PDR curve fit, which is 6.7 million a day and also contrast it to the 4.6 million a day associated with the CDR curve fit.

All of this data is accurate and correct. But the disparity in the first month occurs due to a result of [ph] binning (13:56) the data by months versus by day. And this disparity can lead to type curve fits that have downward bias relative to a curve fitting of the daily data. This example is for a single well, but the disparity will also occur when aggregating and normalizing data for groups of wells, either by area, by vintage, or by any other defined subset.

For wells in Pinedale and for all wells in Wyoming, producing days are readily available to all. And so anyone who's pulling monthly data from Wyoming can also download the actual producing days. Then simple math provides for a PDR dataset that can be used on single well curve fits, as well as building type curves by aggregating and normalizing groups of wells. So, why are we spending so much time on this concept? To validate

Copyright © 2001-2017 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

 Corrected Transcript
07-Nov-2017

our type curves, to validate our returns and to provide a solution for those using type curves that have inherent downward bias toward early performance.

Onto the next slide, slide 10, we show a summary of economics for our vertical wells that include an updated framework for single well economics in Pinedale. There are a few key items on this slide I'd like to point out. For gas prices, we are using a Henry Hub benchmark, including a 10% differential to a pound, and a sales BTU factor of 1.065. For total LOE, we're modeling $3,000 per well per month and this includes all OpEx incurred at the asset level. And for CapEx, we've included the $300,000 savings per well on 5-acre locations. On the right side of this slide, we have provided sensitivities to well cost, EUR, gas price and a new sensitivity to condensate yield.

At this time, Mike is going to talk about growth potential of our vertical development in Pinedale.

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

Thanks, Brad. So we're going to skip all the way over to slide 15 in the deck. Just waiting for the little system to bring it up. There we go. It's entitled the 2018 Preliminary Growth Considerations. It's a table constructed to show various production growth rates with associated EBITDA, CapEx and free cash flow.

The growth rates are tied to a vertical well development program only. No horizontal program is considered in this table. We've constructed the table showing 15% to 21% growth rates at various Henry Hub natural gas prices. And you can see the CapEx with each growth percentage and our EBITDA and associated free cash flow. So we have many options to consider as we go forward.

We just want to give you a sense of what the various alternatives are for us now before we consider adding in the significant benefits of the horizontal program. Again, I want to reiterate that we can grow production 20% in 2018 within cash flow, if we choose to. Given the apparent success of our most recent horizontal well, we have more option to consider and that we just have a mixture here of how we go forward.

With that, I'm going to pause and pass it back to Brad to provide more clarity why on this call – on the second quarter we decided to share with you our reallocation of 4% of our 2017 capital budget to drill a handful of horizontal wells.

## C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

Thanks, Mike. So last quarter, we shared plans to drill up to three horizontal wells by the end of this year. I will share more about our current activity in a moment. But first let's go to slide 16, Horizontal Program Potential, where we provide a summary of the potential we see based on recent results and ongoing study by our technical teams. At the top of this slide, we provide potential economics of a horizontal well in Pinedale. Inputs on the left include actual data from analogous wells. The results shown at the right are compelling, with the potential for 70% returns, F&D costs approaching $0.50 and a recycle ratio over 4x.

At the bottom of the page, we've updated the potential resource that currently includes 1,600 potential locations around the flanks in Pinedale. We have also estimated that these locations would translate to 700 net locations to Ultra, a net resource potential range of 19 Tcfe to 48 Tcfe and the potential of each well having an NPV10 value of nearly $13 million each. Of course, these numbers are unrest and are based on preliminary estimates. However, staggering potential does deserve additional study and investment.

Copyright © 2001-2017 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

 Corrected Transcript
07-Nov-2017

On slide 17, we illustrate the concept of drilling horizontal flank wells from pre-existing pads used for vertical wells. Additionally, this horizontal program does not require incremental infrastructure to test and develop. We're doing this very operation on the Warbonnet 9-24 (sic) [9-23] (19:13) pad right now and did the same on our first horizontal well last year. The structure map on the right shows the horizontal locations relative to the core of the field. All of these locations testing the flank are additive to our vertical well inventory and any success will provide incremental net resource to the company.

Slide 18 illustrates the potential for stacked laterals and multiple laterals for zone. At this time, we have identified eight target zones. Two zones have been tested and produced. We're currently drilling towards a third target and the following well is set to test a second lateral in the same zone as our first well in this program. On the previous slide, our sticks on a map effort resulted in 50 drilling units, each having a pad location that can be used for flank horizontal testing. With eight target zones identified at this time in the four lateral zones per zone we are currently estimating 1,600 gross locations.

On the next slide, slide number 19, we have a map of the horizontal activity in Pinedale and on the east flank of Jonah Field. I'm going to spend a few minutes on this slide talking through the map and providing relevant information on these wells. I will be citing additional stats too many to post on this slide but you will be able to find this additional information in a data table that resides in our updated investor presentation posted to our company's website.

So with the map on slide 19, let's start with the southernmost well and we will work our way around the map in a clockwise fashion. First, Jonah Energy's Antelope 91-29H well. This well first produced in January of 2014 a lot of what was landed in the Lower Lance A and we estimate its effective lateral length to be 3,800 feet. This well started off slow with an IP of 3 million a day. This well also had a nearly 11-month period of production before reaching peak rate and then going on low decline.

Despite a slow start and a relatively short lateral, this well is strong, with an EUR of nearly 11 Bcfe. This well was the first east flank extension of the Jonah Field where historical vertical development was limited by economic constraints. This well also has a 30 barrel per million condensate yield that translates to production being 15% oil. In our neck of the woods, that is liquids-rich.

The next well, another one by Jonah Energy, is the Antelope 341-19H, another successful test of the east flank of Jonah Field. This well began producing earlier this year at an impressive IP of over 12 million cubic feet equivalent per day, including a condensate rate of 200 barrels per day. We estimate the effect of lateral length of this well to be 5,460 feet. We've estimated the EUR to be 12 Bcfe based on seven months of production, which yields a normalized recovery of 2.2 Bcfe per thousand feet of lateral. A third-party recently published an EUR of 18 Bcfe for this well and when normalized that equates to 3.3 Bcfe per 1,000.

Moving up to the northernmost well on this map, you will see Ultra's first horizontal well in Pinedale drilled from the Boulder 10-33 pad. We drilled this well in 2016 and landed it in the Lower Lance B with an effective lateral length of 5,200 feet. The total cost for this well was $5.8 million. Similar to the first well on the east flank of Jonah Field, this well exhibited a low IP, low decline, but a high condensate yield.

After several months of producing, we entered the well instead of plug that isolated the lower half of the lateral. From that test, we determined that 70% of the production was coming from just 40% of that lateral. We believe that the completion of the tow was not effective and we have implemented changes for subsequent wells. Using the data from the isolation test, the well exhibits a normalized recovery of 1.2 Bcfe per 1,000.

Copyright © 2001-2017 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

 Corrected Transcript
07-Nov-2017

Now let's move southeast from this well which brings us to the set of three horizontal wells on the Warbonnet 9-24 (sic) [9-23] (23:41) pad. This is location of our 2017 horizontal program. Our first well, the A-1H, target the Lower Lance A. We successfully drilled and completed a 2-mile lateral. The frac consisted of 49 stages and the total cost is estimated at $9 million.

We started flow back on this well on November 1. The well is currently producing 21 million cubic feet equivalent per day, which includes a condensate rate of 339 barrels per day. We continue to manage the show supported by a rigorous analysis of flow back parameters. I'm predicting a max rate by the end of this month and we look forward to sharing that information soon. Obviously, we're extremely pleased with the results so far.

Concurrent to the flow back of this well, we are drilling the intermediate section of our second horizontal well for this huge program, the M-1H. This well is planned for a 2-mile lateral in the Mesaverde formation. This lateral will be stacked directly below the A-1H, 2,500 feet deeper. This well will take a little longer and probably cost a bit more, but it is targeting some of the most prolific sands that we typically encounter with vertical development in this area.

The well should be drilled and completed by the end of the year with flow back occurring in January. And the last of this three well set, the A-2H, will be spud by the end of this year and will target the same Lower Lance A interval as the A-1H. The well will be landed 2,600 feet to the north and drilled due east into the flank. So, in addition to testing stacked intervals, our program is also testing multiple laterals in the same zone.

Now, Garland is going to summarize our third quarter financial results.

## Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

Thank you, Brad. Moving on to slide 23, for the quarter, production, revenues and EBITDA were higher than the second quarter and the previous year third quarter. As we showed you earlier, our overall production for the quarter was 71.1 Bcfe, which a 5.9% improvement over the second quarter of this year and 2.5% higher than the third quarter of 2016. EBITDA of $153 million was up 16% compared to last year.

We were negatively impacted by the judgment in Bankruptcy Court that determined we were liable for nearly $400 million related to amounts claimed by certain creditors for make-whole and post-petition interest. We had placed this full amount in a reserve account back in April. So we will have no incremental cash payments as a result of the judgment, which we have now taken the necessary steps to appeal.

However, because of the judgment, we recorded $224 million of reorganization costs and $175 million of out of period interest expense. These additional cost items caused a net GAAP loss for the quarter of $328 million. Adjusted net income was $79 million. The average realized natural gas price of $2.87 per Mcf, including the effect of hedges, was $0.25 per Mcf higher than in the third quarter of 2016. For the quarter, we had 50 Bcf or 74% of our gas production hedged at $3.34 per Mcf. The effect of the hedges in the quarter was a $0.13 increase in our realized price.

The third quarter 2017 overall corporate price differential when comparing average realized per Mcf prices without hedges to the first of month Henry Hub prices was $0.25 or 8% of Henry Hub as compared to 7% in the third quarter of 2016. We have remaining fixed price natural gas swaps in place for 17 Bcf for October of this year at $3.34 per Mcf. For 2018, so far, we've hedged 27.5 Bcf using swaps and callers at an average floor price of $2.99 per MMBtu or $3.19 per Mcf.

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

 Corrected Transcript
07-Nov-2017

The average realized oil price for the quarter was $45.86 per barrel which was $4.31 per barrel higher than for the same period last year. Our average differential for the quarter to WTI pricing was $2.28 per barrel or 5% of WTI which is an improvement compared to the 8% differential for the same period last year.

We were successful in increasing our liquidity during the quarter to just over $400 million through the issuance of $175 million in additional term loans at favorable terms and with an increase in commitments through our revolving credit facility by our bank group. We use the term loan proceeds to repay outstanding amounts on the revolver. We ended the quarter having funded debt of $2.2 billion with $20 million drawn on our $425 million revolving credit facility.

I'll turn the call back to Mike now for additional comments.

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

Thanks, Garland. So let me just quickly try to summarize what we've shared today. We believe we are a Tier 1 natural gas producer with extensive, attractive, and predictable inventory. We've discussed our historical EURs and future inventory, why we're drilling, where we are, and where we are headed in the upcoming years. We've shared the results of using Wyoming state production data correctly and the impact on rate of return and EURs.

We enjoy low cost and high margins that were improved through the reorganization process and we have no firm transportation costs. We have an exciting resource expansion opportunity with exceptional returns. Early identification of 1,600 gross horizontal well locations on the flanks of Pinedale is significant and material. With a preliminary estimate of a NPV10 at $12.8 million per location and a recycle ratio 4.6 times, the value creation is quite notable. And we are focused on balancing free cash flow generation with growth.

With that, we'll pause and ask the operator to open it up for any Q&A.

Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

Corrected Transcript
07-Nov-2017

# QUESTION AND ANSWER SECTION

**Operator**: [Operator Instructions] And we'll take our first question from Mike Scialla with Stifel. Please go ahead.

Michael Stephen Scialla
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Hi. Good morning, everybody.

Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Good morning.

Michael Stephen Scialla
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Mike, looking at your slide 16, the horizontal potential economics, if you do get comfortable with those numbers, say, they look like they are accurate, would it be safe to assume that horizontal program is going to replace some of the vertical program for 2018 or to assume you're [ph] frank ordering (31:02) things on an IRR basis? Those look like potentially better economics with the horizontals.

Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Yeah. We certainly are going to drill some more horizontal wells 2018 without a doubt. The way the planning was done for these first three was to first to test the Lower Lance A, which we've seen success down 6-miles south of us by the Jonah Energy folks, which appears we have a successful test. And then, secondly, to test the deeper Mesaverde zone, 2,500 feet beneath this one on the same pad to see if we can have another success. It is deeper, more expensive, but it is more over-pressured and Brad can share the details of that if you want to know. And then assuming whether we'd have success or not there we're going to drill another Lower Lance A well off the same pad just to show the predictability of this as we go forward.

So, once we get all three of those drilled and completed, which will be probably late January, early February of next year, have some production time, we certainly want to wrap those results into what we do going forward. And we're going to have a different thought process as do we drill the wells based on the foot production and cash flow or do we continue to do some more science and drill upper Lance wells and middle Lance wells and et cetera. And Brad can talk more about that. But we've got some decisions to make. Middle Lance and upper Lance, I'm sorry.

Michael Stephen Scialla
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Yeah. Maybe to follow-up on that. Brad, how do you handicap those different zones? You've got – and I guess what are the risks that you see with each?

C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

# Ultra Petroleum Corp. *(UPL)*

Q3 2017 Earnings Call

**C Corrected Transcript**

07-Nov-2017

Sure. I mean in the stacked column of over 5,000 feet in the traditional Pinedale vertical development, there is a range of reservoir quality. We have identified eights target so far that we think to be commercial, but for the moment we are prioritizing targets based on quality. So the Lower Lance A, the Mesaverde are the favorite two for the moment. We talk about risk. We know the sands are there. We know they diminished somewhat. So the risk as you go [ph] off (33:35) the flank is how much of the reservoir quality is preserved and how many sands we can connect with the horizontal well.

### Michael Stephen Scialla
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Got it. Okay. And then with that first Warbonnet well, are you seeing any water production with that at all?

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Well, we've only – we recovered less than 10% of our load recovery. So we are making water, but it is frac water. So it will be some time before we get beyond recovering a frac load and then moving into a period of time where we know what sort of water production is coming from the reservoir.

### Michael Stephen Scialla
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Okay.

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Just as a reminder we're on day seven of the flow back and less than 10% of the load has been uncovered.

### Michael Stephen Scialla
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Great. I'll get back in the queue, see if anybody else has questions. Thanks.

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Sure.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Thank you.

**Operator:** We'll take the next question from Marshall Carver with Heikkinen Energy Advisors. Please go ahead.

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Yes. Thank you. And congrats on the first well and I think the presentation was very helpful this morning. A question on – Mike actually asked my first question around what you could do in 2018. I guess could you just give us some ballpark numbers on how many wells you could possibly drill in 2018 on horizontal wells or how slow or how fast could you take the program?

# Ultra Petroleum Corp. *(UPL)*

Q3 2017 Earnings Call

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

You have to remember that we just had one well on for less than a week more or less.

---

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Right.

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

So we need to get the second well on. We need the third well on. So I don't think we'll be in a position to want to push on the accelerator very hard till we get into the February, March of next year to where you have these wells produced for a handful of months and see what that production curve looks like. But the first well took us 25 days, 30 days to drill. This well is going to take us longer. It's deeper or we're pressured. If you just took one of your rigs, the rig line, and drill horizontal wells then you'd get eight wells to nine wells per year, maybe 10.

---

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Okay. Thank you. And on the third-party downtime for the fourth quarter, do you have any feel for how much that impacted production, how many Bcf? Or do you know how long the downtime is going to last?

---

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Yeah. This is Brad. So, the third-party related to our gathering system, we see a Bcf of impact for second half of the year and those issues began on August 30. They were small, but chronic, and it continued in September and October. They had been addressed and essentially resolved and that impact has subsided. But from the gathering system, it was 1 Bcf.

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

The power issue with enterprise, electrical, recurring.

---

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

And so we saw line pressures go up a bit and...

---

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

About a Bcf to the second half of the year or Bcf to the fourth quarter?

---

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Second half of the year essentially equally split between third and fourth and even more specifically September/October.

---

# Ultra Petroleum Corp. *(UPL)*

Q3 2017 Earnings Call

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Okay.

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Straddling the quarter.

### Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Thank you very much and congrats on the well.

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Thanks, Marshall.

**Operator**: [Operator Instructions] We can go next to David Epstein with Cowen. Please go ahead.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Hi, folks. So, did you say the 4 Bcfe related to the base production run-time was you thinking you could get run-time up to 98% versus a historical 95%? Did I hear that correctly and have you sort of, I guess, completely abandoned that or what happened?

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Yes. We have abandoned that. That's exactly what we said.

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Okay. Okay. So I guess obviously it hurts your production base a little bit versus previous expectations. I guess some of the other items are one-time in nature. Is sort of a reversal on some of those other issues like the non-op issue and the third-party gathering, is that sort of contributing to the 20% growth in 2018?

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Would you ask that again, please?

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Yeah. I guess previously you guys had been expecting – and I know there's sort of broad stroke numbers. But you've been expecting 20% production growth in 2018 living within cash flows off of 2017 I think. So it sounds like you're still in that ballpark of 20% growth for 2018, but I'm wondering why it's not getting maybe a little lift from the reversal of some of these one-time issues.

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

Well, let's just say we're hope to under-promise and over-deliver. How is that?

## David Epstein
*Analyst, Cowen & Co. LLC*

Q

Okay. And one more if I could. On the Warbonnet 9-23-A, is it – I guess it's premature to guess what the EUR is or maybe it was in the presentation. I didn't see it.

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

I don't think we have an EUR on seven days of production.

## David Epstein
*Analyst, Cowen & Co. LLC*

Q

That's fair enough. That's fair enough. Is the $9 million D&C, is that what you would expect for the long-term or once you sort of get out of experimentation mode does that come down at all?

## C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

We expect those costs to come down over time.

## David Epstein
*Analyst, Cowen & Co. LLC*

Q

Okay. And if I could just sneak in one more quick one. Is there any – relative to the Jonah wells, is there like a difference in how quickly these wells clean up?

## C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

I can comment on the clean up a little. The first well that they drilled, it took a significant amount of time. We don't have all the detailed data, but just looking at the monthly production, you can see that first well took 11 months to reach peak grade. The second well, as I cited earlier, it reached IP much sooner. But I don't know the details of their flow back on that well.

## Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

A

I do want to make one point – I don't think Brad shared this as he went clockwise around with the discussion of the handful of horizontal wells here – is that the successful wells down in east Jonah Field, south Pinedale Field that are drilled by the Jonah Energy folks. If you look at where they are located relative to where we just drilled this successful well, there is at least six miles between the two. And then, if you carry on to the north of the – the first well we drilled had some problems that we've discussed. That's why we went another five or six miles. So the distance here we're covering already in terms of testing whether this concept is going to work and be economic is pretty, pretty significant, pretty fast.

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

### David Epstein
*Analyst, Cowen & Co. LLC*

Q

Thanks very much. Good luck with the next two wells. Thanks.

---

**Operator:** We'll take our next question from Rina Joshi with PointState Capital.

---

### Rina Joshi
*Distressed Debt Analyst, PointState Capital*

Q

Thanks, guys. I thought the incremental disclosure in today's presentation was very helpful. And I wanted to spend a little more time on the potential horizontal economics that you outlined on slide 16. My first question is on the IP. From what it looks like you estimate an IP in your potential go-forward economics of roughly 11 million cubic feet a day versus the well that came on at closer to 22 million. Is there anything different with the Warbonnet well or are you just trying to build in some conservatism?

---

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

Sure. To be frank, we built these economics last week prior to the IP of our well. So we wanted to anchor the economics here based on actual data observed by other wells. So we use the IP of 11 million a day from the Antelope well, certainly at double the IP rate of our well. We would recalculate and come up with significantly better economics with much higher returns.

---

### Rina Joshi
*Distressed Debt Analyst, PointState Capital*

Q

Got it. And then just to ask a little bit further on the well cost. I think this one came in at $9 million. In the past, you'd thought maybe you could get down as low as $6 million. Based on your experience up till now any thoughts on where that might come down to?

---

### C. Bradley Johnson
*Senior Vice President-Operations, Ultra Petroleum Corp.*

A

We do expect it to come down and our expectation is it will come down with each well we drill. This first well we did have some challenges. We had some flat spots on the [ph] day depth (43:05) curve that we were focusing around and trying to improve. I think we can reduce our time 10% or 20% and I see a couple million dollars being shaved off this cost as we go forward.

---

### Rina Joshi
*Distressed Debt Analyst, PointState Capital*

Q

Perfect. That's it from my end. Thank you.

---

**Operator:** And it appears we have no further questions. At this time, I'd like to turn the floor to our speakers for additional or closing comments.

---

### Michael D. Watford
*Chairman, President & Chief Executive Officer, Ultra Petroleum Corp.*

Well, we thank you all for spending time with us today. If you have any other questions, please don't hesitate to reach out to us and thank you very much.

---

Copyright © 2001-2017 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*
Q3 2017 Earnings Call

 Corrected Transcript
07-Nov-2017

**Operator:** This will conclude today's program. Thanks for your participation. You may now disconnect. Have a great day.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2017 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.