# Exhibit 8

Case No. 1:20-cv-02652-NYW-STV    Document 63-9    filed 10/29/21    USDC Colorado
pg 2 of 18

Corrected Transcript

09-Aug-2018

# Ultra Petroleum Corp. (UPL)

Q2 2018 Earnings Call

FACTSET: callstreet

1-877-FACTSET    www.callstreet.com

Total Pages: 17

Copyright © 2001-2018 FactSet CallStreet, LLC

## Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

**C** Corrected Transcript
09-Aug-2018

# CORPORATE PARTICIPANTS

**Sandi Kraemer**
*Director-Investor Relations & External Reporting, Ultra Petroleum Corp.*

**Garland R. Shaw**
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

**C. Bradley Johnson**
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

**J. Jay Stratton**
*Chief Operating Officer, Ultra Petroleum Corp.*

# OTHER PARTICIPANTS

**Jacob Gomolinski-Ekel**
*Vice President, Morgan Stanley*

**David Epstein**
*Analyst, Cowen and Company, LLC*

**Marshall Hampton Carver**
*Analyst, Heikkinen Energy Advisors LLC*

**Vivek Pal**
*Analyst, Seaport Global Securities LLC*

**Sean M. Sneeden**
*Analyst, Guggenheim Securities LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen and welcome to the Ultra Petroleum Second Quarter 2018 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session and instructions will be given at that time. [Operator Instructions] As a reminder, this conference call may be recorded.

I would now like to turn the conference over to Sandi Kraemer, Director of Investor Relations. You may begin.

## Sandi Kraemer
*Director-Investor Relations & External Reporting, Ultra Petroleum Corp.*

Thanks, operator. Earlier this morning, we included in our news release results for the second quarter and updates for 2018. In this call, we will provide additional information with our prepared remarks along with references to our updated investor presentation that was posted earlier today on our website.

I'd like to point out that many of the comments during this conference call are forward-looking statements that involve risks and uncertainties affecting outcomes, many of which are beyond our control and are discussed in more detail in the Risk Factors and Forward-looking Statement section of our annual and quarterly filings with the SEC.

Although we believe these expectations expressed are based on reasonable assumptions, they are not guarantees of future performance and actual results or developments may differ materially. Also, this call may contain certain non-GAAP financial measures. Reconciliation and calculation schedules can be found on our website.

# Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

 Corrected Transcript
09-Aug-2018

Thanks all of you for joining us today. With me today is Brad Johnson, our Interim Chief Executive Officer; Garland Shaw, our Chief Financial Officer and Jay Stratton, our Chief Operating Officer.

Now, I'll turn the call over to Brad.

................................................................................................................................................................................................

## C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

Thanks, Sandi. Good morning and welcome to Ultra Petroleum's second quarter conference call. Today we will review the quarter's financial results and focus most of our time giving you an update on our horizontal well program, our vertical program and outline our path forward. Ultra is in the beginning stages of developing the Pinedale field with horizontal wells. Like other basins such as Permian and Eagle Ford with successful horizontal plays, the effort is no small task and it requires a systematic and data-driven approach to successfully execute on this objective. With 78,000 net acres and an operating team that has drilled more than 2,100 vertical wells in Pinedale, we are uniquely positioned to lead this effort. But it will take time and patience as we optimize our learnings and delineate Pinedale's significant horizontal potential.

As we pursue this resource expansion, we remain focused on capital efficiency, disciplined growth, free cash flow generation and the pursuit of higher returns in order to drive sustainable shareholder returns. Even in the current gas price environment, Ultra's vertical inventory of more than 4,000 locations gives us the foundation to generate free cash flow while we delineate the horizontal potential in a more controlled and methodical manner going forward.

I want to quickly go through some of the highlights of the quarter that we have included on slide 4. Production in the quarter came in at the low end of our guidance range. Base production remains strong, but our wedge volume for new horizontal wells came in below expectations. As a result, EBITDA for the second quarter was also below expectations. Cash costs beat by $0.04 driven by lower net gathering fees benefiting from increased processing revenue.

As we outlined last quarter, we embarked on a ramp-up of horizontal activity in Pinedale based on extremely encouraging initial results. We've brought on-line 11 horizontal wells in the quarter, all in the Lower Lance. This effort has yielded a wealth of information about the opportunity to expand the resource potential of our Pinedale asset, but it also came with more variability than anticipated. Based on results to-date, we've increased the number of intervals in the Lower Lance from four to five and further decline two specific target zones in each of those five intervals. Later on in this presentation Jay Stratton, our new Chief Operating Officer, will provide more details on our results and forward plans for optimizing and enhancing the horizontal program.

The existing production from our vertical well program continues to generate the revenue and cash flow to support our horizontal program. In the second quarter, our operating vertical wells posted initial average production rates of 8.8 million cubic feet equivalent per day. Since the first [ph] call (00:04:39) of the year, we've been providing updates on our expanded effort to hedge in order to provide cash flow visibility. Much of the hedging effort for 2018 is complete and we have recently been focused on opportunities to hedge in 2019 and 2020. With our commitment to capital discipline we are making additional adjustments to our capital plan for 2018 to prioritize cash flow generation. While we anticipated variable results and had some encouraging results from our horizontal program, overall the average performance of these wells in the second quarter was below expectations and with the forward strip suggesting lower gas prices into 2019, it is appropriate to ramp down the horizontal program while we incorporate our learnings.

# Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

 Corrected Transcript
09-Aug-2018

Fortunately, with our technical expertise and robust vertical program, we have the ability to shift rather quickly as conditions warrant. We recently dropped one of our four rigs and planned to run three rigs for the rest of 2018 with two rigs focused on verticals and one rig drilling horizontal wells. Our conviction remains strong regarding the potential returns from horizontal wells in the Pinedale field. However as we take a systematic approach to this program we want our shareholders to understand that, like any new or extending play, there will be variability in our horizontal well results. The amount of data recently collected [ph] and an (00:06:04) enhanced integrated workflow will help us in our future development and we believe ultimately drive significant long-term shareholder value.

At this time, I'll turn the call over to Garland to discuss our second quarter financial results and to provide an update on our hedging program.

## Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

Thanks, Brad. The company produced an average of 779 MMcfe per day or 70.9 Bcfe of total equivalent production in the second quarter, an increase of 6% compared to the second quarter of 2017. Production volumes include 66.9 billion cubic feet of natural gas and 667,000 barrels of oil condensate. Total cost of $2.30 per Mcfe, excluding stock compensation expense, were in line with the midpoint of our expense guidance.

EBITDA cash costs of $0.96 per Mcfe were $0.04 lower than the midpoint of our guidance. Including our hedges, our realized revenue per Mcfe for the quarter was $2.70. Before hedges, our realized average gas price per Mcf was $2.11, which equates to 75% of the average first of month Henry Hub price for the quarter. Our average realized oil price was $64.71 per barrel excluding hedges or 95% of the average WTI oil price for the second quarter.

Our resulting EBITDA for the quarter was $122 million, which was slightly below our expectations due mainly to lower production volumes associated with new horizontal wells having average performance below our budget case.

Moving to slide 6, the company has a very solid hedge profile in place for the remainder of 2018 and continue to add to its 2019 hedge position during the second quarter to support our operating objectives. This slide includes our total volume hedged by product for the remainder of this year and for the first and second halves of 2019.

For the remainder of 2018, we have both Henry Hub and Northwest Rockies basis hedges in place, equivalent to over 80% of our expected gas production at a net price of $2.22 per MMBtu. After applying our 1.07 BTU factor, we get an average hedged gas price per Mcf of $2.38. When we take our oil hedges into account, the average price per Mcfe for these hedge volumes is $2.77.

Year-to-date our hedge program has yielded $7.7 million in realized gains. We will continue to be opportunistic in adding hedges for 2019 and 2020 to improve our cash flow visibility.

On slide 7, you will see our outstanding debt and associated maturities. As you can see our next major maturity won't occur until 2022. For 2022 unsecured bonds which carry an interest rate of 6.875% currently comprise $700 million of our debt. After those bonds come due, we have the remainder of our $975 million term loan due in 2024 and $500 million in unsecured bonds, which carry a 7.125% interest rate in our deal in 2025. Our cash flows and availability on our revolver provide ample liquidity for us to cover all interest expenses and to execute on our development plans for years to come.



# Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

**C** Corrected Transcript
09-Aug-2018

Now I'd like to turn the call back over to Brad.

## C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

Thank you, Garland. On slide 8 we have a summary timeline breaking down the transition to horizontal development which Ultra has pursued over the last few quarters. We are still in the early stages of the transition and we remain committed to taking a measured and systematic approach to expanding the Pinedale field. Our first four wells drilled from 2016 to the first quarter of this year proved the prolific nature of the rock in Pinedale and its horizontal potential. After confirming the viability of horizontal drilling in the play, we set out to accelerate its development, concurrent to gathering more data along the flanks of the field.

After having tremendous success early on with two wells that had 24-hour IP rates over 50 million cubic feet equivalent per well per day we were certainly disappointed in some of the more recent wells, but as I mentioned before, variability should be expected in early phases of any play, and we certainly experienced more variability than expected this quarter.

But with every well we drill, we gain additional learnings. We are expanding our technical efforts by incorporating all of our data and learnings captured to date. This ongoing process will offer a great deal of insight into horizontal potential in Pinedale and Ultra stands uniquely positioned to benefit from further study of the play. Our vertical well program gives us insight into play no other operator can match. And we look forward to better understanding the horizontal potential of Pinedale and how to best unlock this expanding resource.

If you turn now to slide 9, you can see our updated view of the Lower Lance on how we are now subdividing this formation into intervals and zones based on what the data is showing us to date. Due to the company's horizontal delineation, we have now designated five intervals within the Lower Lance, Lower Lance A through E. Inside each of these intervals, Ultra is exploring an upper and lower landing zone, which we refer to as Zone 1 and Zone 2 respectively.

In the second quarter, Ultra focused on further delineation of the Lower Lance formation, drilling and completing 11 horizontal wells, landing in four different zones within the Lower Lance. Four of the wells were drilled in the Lower Lance A1, 90 feet below the top of the Lower Lance formation. Four wells were drilled in the Lower Lance A2, 250 feet below the top of the formation.

Two wells are drilled in the Lower Lance C1, 690 feet below the top of the formation and one well was drilled into the Lower Lance E1, 1,290 feet below the top of the Lower Lance formation.

On slide 10, we have a summary of the horizontal wells the company has drilled so far. Most of our horizontal wells drilled to-date have targeted the Lower Lance formation and the best wells drilled so far are in the A1 zone, 90 feet below the top of the formation. The A1 zone is not immune to variability, but the average IP of the first six wells is 27.3 million cubic feet equivalent per day. The first four wells listed in the table were all drilled east and their average IP is 37.5 million cubic feet equivalent per day, including initial yields up to 25 barrels per 1 million cubic feet equivalent per day. For the rest of 2018, our activity will be focused in this zone and on the east line.

During the second quarter, the company also drilled four wells in Lower Lance A2, two wells in the C1 and our first well in the E1 zone. The four wells drilled on the A2 zone, which were drilled 250 feet below the top of the formation, did not perform as well as we expected and served to highlight how much variability there is as we delineate horizontal in Pinedale.

# Ultra Petroleum Corp. *(UPL)*

Q2 2018 Earnings Call

 Corrected Transcript

09-Aug-2018

The wells drilled deeper during the second quarter to the Lower Lance C1 and E1 zones continue to highlight the multiple layers of pay available on our acreage, including these deeper wells posting two of the three highest initial oil yields today. While they have not performed as well as the A1, we want to better our understanding of the deeper landing zones as we continue to delineate the play.

With that summary, I would now like to welcome Jay Stratton, our new COO. Jay joined our leadership team in early June, and I'm very pleased to have his experience and leadership guiding our efforts to expand and optimize the value of Pinedale.

---

## J. Jay Stratton
*Chief Operating Officer, Ultra Petroleum Corp.*

Thank you, Brad. It's an exciting time to be joining Ultra as the company works to optimize the development of the horizontal play and maximize the value of a robust vertical inventory. The team at Ultra has a long reputation as operator of the industry's most efficient, directionally drilled pad development program. We have an extensive simultaneous operations experience with pad-based drilling of over 2,100 vertical wells, something the industry is challenged with in other basins. This experience has and will continue to translate into efficiencies as we optimize the horizontal program.

If you'll please turn now to slide 11, I'll walk you through our horizontal development workflow. The extraordinary performance of early prolific wells drilled on the eastern side of the field has given us great insight into what zones and completion designs can work in Pinedale. It would have been an exceptional outcome if we could have repeated that performance in many later wells without developing a more rigorous analytical approach.

Delineation to [ph] poor performing deeper zones in (00:14:59) different areas of Pinedale has identified the importance of expanding our understanding and adding tools needed to realize the full potential of the horizontal development opportunity. Along with 3D seismic data across our entire asset, we have an extensive knowledge base and data set from almost two decades of development experience, along with a rich data set from a past acquisition of a major operator's position. We recognize the challenge and opportunity to execute on a workflow to extend our resource and maximize the value of a horizontal development. Illustrated on slide 11 is a workflow progressing on many parallel pads that has been developed around our existing data set and technology. In simple terms, our objective is to increase our understanding of the productive rock with data from our existing vertical and horizontal wells. We are also filling gaps in that data with the efficient use of new technology. We are leveraging existing 3D seismic data on an inversion pilot to extend the understanding of rock types further away from well control. Our technical staff is leading the buildout of an integrated geocellular model with industry experts in parallel with the numerical modeling work scope led by a firm that has added value to the most respected large independents in the unconventional space.

Our big data acquisition work scope is focused on providing the information on rock properties and fluid type to construct robust models. This will allow us to understand the range of performance and to better predict future well productivity. We will then use our deeper understanding to connect wellbores to the most productive rock. Ultra is in the early stages of optimizing our horizontal completion designs. Early completions were successful, but few design changes were attempted in later wells. We are now testing designs biased towards higher intensity stimulations that have proven successful in unconventional plays.

Cluster density, fluid type and volume, extreme limited entry perforating and proppant loading are all being optimized. Performance is tracked with an extensive data acquisition and analytical program using different tracer types, pressure transient analysis and selective production logging. Our production performance is closely monitored with the intention of understanding the efficiency of the wells' productivity over time including an

---

Copyright © 2001-2018 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

 Corrected Transcript
09-Aug-2018

understanding of initial stimulated rock volume or SRV and using rate transient analysis to understand how that SRV changes over time. This new understanding will be recycled back into our advanced geo model and numerical simulation used for further refinement of our well performance predictions in all rock types found in Pinedale.

Now that we completed our initial horizontal well targeting and acquired valuable data, we intend to do our most rigorous testing in the simulator to build confidence in new zones before testing further potential with the drill bit. Ultra has taken a disciplined process and data driven approach, leveraging our existing staff with the most respected resources in oil and gas to understand the opportunities presented by horizontal drilling in Pinedale. Using this process data from the horizontal wells drilled to date in over 2,100 vertical wells drilled by the company, Ultra is well positioned to unlock the full value of the asset.

Slide 12 provides updated economics for the horizontal well program going forward in the near term. We are focused on over 28,000 net acres in the immediate flank of Pinedale where we believe we can still achieve compelling returns. We're going to further refocus our development plan on the most prolific Lower Lance A1 zone, while continuing to understand opportunity in other Lower Lance zones with our horizontal technical workflow.

The Mesaverde and Upper Lance also offer additional upside to be unlocked. Economics of Lower Lance A1 zone have been excellent. The net gas price represents Henry Hub minus Rockies basis and the economics include the uplift we enjoy due to the high BTU content of our Pinedale gas and the oil revenue from the associated condensate production. In particular, with the increases in oil mix from horizontal wells, our team is working to understand oil properties and completion designs that will allow for more efficient recovery of both oil and gas. These results to strong expected returns, even with Henry Hub minus Rockies basis, results in a net gas price below $2 per MMBtu.

Turning to slide 13, we have updated our vertical well performance chart to feature average cumulative production over the last eight years highlighting the last two quarters. While we have focused a lot of this call on updates to the horizontal program, we are also extremely focused on continuing to optimize and maximize returns from our robust vertical program.

In 2007, with an increase in activity, more vertical wells were drilled on the flank than in the core. That resulted in well performance below historical averages. In 2018, as we resume a high graded vertical drilling program, average well performance has been at record levels with activity focused in the core Pinedale.

During the second quarter of 2018, we posted the highest average IPs in the last seven quarters with our operated vertical wells having an average IP of 8.8 million cubic feet equivalent per day. The opportunity to high grade these locations demonstrates the quality of the inventory and the ability to deliver strong margins even in stressed price environments.

With ample inventory of high quality vertical locations, we will continue to execute on a solid vertical program as we expand our understanding of the horizontal opportunities.

Now, I'd like to turn the call back over to Brad.

## C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*




Thanks, Jay. Our capital plan continues to be driven by the following three objectives. First, the disciplined deployment of capital in pursuit of superior returns. Second, the increased visibility of cash flow, which for 2018 is driven by a strong base of production from our vertical wells and our hedge book. And third, the continued delineation of our horizontal development.

In the near term, while we further study and refine our program, we are scaling back the horizontal effort. For the remainder of 2018, we plan to run three operated rigs, with one horizontal rig that will be focused on Lower Lance A1 on the east flank and two vertical rigs continuing to drill across our high graded core acreage. Full year capital guidance remains the same at $400 million. Our pivot to horizontals last quarter actually occurred at a faster pace than we had planned. From an execution standpoint, this was positive. However, we incurred costs as part of that transition that put pressure on both our vertical and horizontal well costs. In the second quarter, vertical wells averaged $3.6 million per well and horizontal wells cost $9.6 million. As we pivot back to more verticals and a near-term focus on horizontals on the A1 zone, we expect to drive down our well cost to previous levels. For the second half of this year, we expect to average $3.1 million for verticals and $9 million for horizontals.

Based on the lower than expected performance of our horizontal wells drilled in the second quarter, we are adjusting down full year production guidance to a new range of 273 to 283 Bcfe and for the third quarter, our production guidance is 710 million to 750 million cubic feet equivalent per day. Expense guidance for the year remains on-track and is summarized in the lower left part of this slide.

Now on slide 15, we provide detailed expense guidance for the third quarter and EBITDA guidance for the full year. For EBITDA cash costs, we estimate $0.99 per Mcfe for the third quarter and $0.98 per Mcfe for the full year. With our hedges in place, we expect price realizations for the year to average $2.81 per Mcfe. Using updated expense and production guidance, we now forecast 2018 EBITDA to be $509 million.

In summary, I would like to thank our team for their tremendous effort and execution as we moved very quickly from vertical development to a horizontal delineation program. We remain focused on taking a disciplined approach to capital allocation to drive cash flows and shareholder value. We are in the early days of expanding our resource potential in the Pinedale field through horizontal development. We are encouraged by some of our early results. We also remain focused and committed to our vertical program which still has thousands of locations in inventory. This program is delivering solid returns even in the current gas price environment. We look forward to sharing with investors our ongoing progress as we continue to move our vertical and horizontal programs forward.

At this time, we will open the line for questions.

Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. [Operator Instructions] Our first question comes from the line of Jacob Gomolinski of Morgan Stanley. Your line is now open.

.....................................................................................................................................................................................................................................................................

Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Hey, good morning, and thanks for taking the questions. Can you help us understand why CapEx for the year isn't going down as you reduce rig count by about 25%?

.....................................................................................................................................................................................................................................................................

C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Yes, we're affirming our capital for the year of $400 million. We came in heavy for the second quarter as a result of higher well costs both on our vertical and horizontal program. So as we ramp down activity, we do expect our capital burn to be reduced but because of the capital in the second quarter, that's keeping our full-year guidance right at $400 million for now.

.....................................................................................................................................................................................................................................................................

Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Okay. And then maybe I missed it, but I didn't see it in the release for the – [ph] in the Qs and up, (00:25:30) so what CapEx was in Q2?

.....................................................................................................................................................................................................................................................................

C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

We were [ph] $160 million (00:25:38) for CapEx for 2Q.

.....................................................................................................................................................................................................................................................................

A

[ph] No, I think it's $174 million (00:25:41)

.....................................................................................................................................................................................................................................................................

Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Okay. And then maybe just on the guidance for the rest of the year, does that incorporate the sale of the Utah asset and the 2,000 barrels a day of oil production. And maybe if you can just give us a sense of what the EBITDA and cash flows that was associated with that asset were?

.....................................................................................................................................................................................................................................................................

C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Sure. As an update for our Utah asset, we did at the end of July, subsequent to quarter end sign a PSA selling our asset in Utah for $75 million of cash. In our forecast for the remainder part of the year, we are incorporating Utah through the month of August and that plays into the volumes and the expense forecasts for that asset incorporated in the overall company numbers.

.....................................................................................................................................................................................................................................................................

## Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

---

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Okay. So the guidance for the year or for Q3 is assuming that the asset closes at the end of August, but didn't [ph] use (00:26:47) the production in September?

---

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

That's what we included in our guidance. Yes.

---

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Okay. And then maybe I don't know, did you just have a sense of what the EBITDA was for that asset or the cash flow?

---

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

EBITDA trailing 12 months was about $18 million, on a trailing 12-month basis.

---

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Okay. That's it for me, I'll hop back...

---

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

[indiscernible] (00:27:14)

---

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Oh, sorry. Go ahead.

---

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Oh, just to clarify that was for the Utah asset.

---

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Yeah. Of course.

---

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Yeah.

---

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

---



# Ultra Petroleum Corp. *(UPL)*

Q2 2018 Earnings Call

**C** Corrected Transcript
09-Aug-2018

I have a few more but I'll hop back into queue for now. Thanks very much.

---

**Operator**: Thank you. Our next question comes from the line of Marshall Carver of Heikkinen Energy. Your line is now open.

---

## Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Yes. On the vertical well program, what is your inventory of vertical wells that are higher than 4 Bcf? I know you showed some slides a couple of years ago, that showed the number of wells at 4 Bcf and then 3.5 Bcf and so on as you went forward in future years. But do you have a feel for how many wells you have remaining that are north of 4 Bcf?

---

## C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

So a few comments on the vertical inventory. First, we – during 2017, our reserves were based on a relatively small PUD pool frankly as we were working in our development plan a combination of vertical and horizontal wells and we had about 300 vertical wells in the PUD pool, again a much smaller, deliberately small case for PUDs and at current prices, we have about 800 wells that are economic at obviously low prices today. I don't have a number for you on – of wells over 4 Bcf.

---

## Marshall Hampton Carver
*Analyst, Heikkinen Energy Advisors LLC*

Q

Okay. Thank you. That was actually – the prior question was, all my questions have been answered between me and the prior person who was asking questions. Thanks.

---

## C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Yeah. And I just – as I comment about 800 wells are current economic for current prices. Of course, we've got over 4,000 vertical wells in our inventory and a significant amount of those become economic as prices would improve. And so we shared some of that, the economics on our vertical slide demonstrate the economic potential of our vertical program in an improving gas price environment.

---

**Operator**: Thank you. Our next question comes from the line of Sean Sneeden of Guggenheim. Your line is now open.

---

## Sean M. Sneeden
*Analyst, Guggenheim Securities LLC*

Q

Hi, thank you for taking the questions. Maybe just to start, Brad, could you just kind of update us on your thoughts around maintenance capital? I think previously you're kind of thinking about $270 million figures just in light of future results. Is that something we should still be thinking about or how should we – I guess be thinking about that going forward?

---

## C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

So I think that's still a valid number and I think last quarter we talked a bit about maintenance capital at that level and if the horizontal wells were delivering above expectations, so we would have the opportunity to maintain flat

---



# Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

Corrected Transcript
09-Aug-2018

---

production at lower CapEx or if horizontal wells or if we decided to maintain CapEx and have horizontal performance contribute then we would have the ability to grow at that level. Certainly the second quarter results for the horizontal wells were below expectations. I think right now to think about maintenance capital basing that on the vertical program that's been low risk, significant inventory, and I think that $270 million to $275 million is still a fair number.

---

## Sean M. Sneeden
*Analyst, Guggenheim Securities LLC*



Okay. And that $270 million is basically on a pure vertical program?

---

## C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Yes.

---

## Sean M. Sneeden
*Analyst, Guggenheim Securities LLC*

Q

Okay. Got it, that makes sense. And then you shared the $9 million target for horizontals for second half. Can you just kind of share with us the line of sight that you have there? Obviously I think as you kind of said Q2 was a bit choppy with some of the testing in some of the deeper intervals but could you help bridge us to kind of getting to those type of numbers for second half?

---

## C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*



Sure. As I mentioned in my remarks, we averaged $9.6 million for our horizontal wells this quarter. We definitely experienced cost pressure as we were ramping up that activity. And we had shared previously, and I had shared that there was an advantage for having the ability to drill horizontals and verticals off the same pad, and that was certainly the case from an execution standpoint. We have shared equipment costs on these pads. And as we are adjusting downer activity, a large portion of our equip costs are now being allocated to less wells. And so that's creating pressure on our costs that we're posting for the second quarter. I do expect that to go down in time as we frankly right-size equipment capital on our future horizontal wells.

---

## Sean M. Sneeden
*Analyst, Guggenheim Securities LLC*

Q

Got it. That's helpful. And then maybe just lastly, I think you commented that the goal here is to generate free cash flow for the balance of the year. How should we think about – what you – what's the use of any kind of free cash flow generation is for? Is that debt repayment, is it just kind of using that as a potential war chest for A&D activity or how should we think about that?

---

## C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*



Sure. Obviously, we're very focused and desire to delever. However, cash right now we have not committed it to any specific use. We want to maximize liquidity. We want to continue any incremental investments to pursue the best returns available that are in our portfolio. But right now, we have not committed those proceeds to any particular use.

---

# Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

**C** Corrected Transcript
09-Aug-2018

### Sean M. Sneeden
*Analyst, Guggenheim Securities LLC*

Q

Okay. That's helpful. And just remind me on that point, you don't – you currently are restricted from buying back any of the unsecured bonds under the term loan covenant, is that right?

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

That's right. This is Garland, that's right. Under the term loan and the revolver we're restricted, we have to be at 3 times leveraged or better in order to buy back any bonds or stock.

### Sean M. Sneeden
*Analyst, Guggenheim Securities LLC*

Q

Got it. That's helpful. Thank you very much.

**Operator**: Thank you. Our next question comes from the line of David Epstein of Cowen. Your line is now open.

### David Epstein
*Analyst, Cowen and Company, LLC*

Q

Hi. Thanks, guys for taking my call. When you spoke about the maintenance CapEx of $270 million to $275 million, what production level were you thinking and you used to talk about sort of Q4 2017, were you referring to sort of your full year 2018 guidance here, that's part of it. And then as also part of it what are you thinking in terms of vertical cost when you talk about a number. Yeah, I think you talked about getting back to $3.1 million for the second half of the year, will you ever be able to get back to the old $2.9 million or does inflation and lower scale make that tough? Thank you.

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Sure. Regarding maintenance capital, the numbers would be flat to 2017 volume, which would be 280 [ph] MBbls or so (00:34:43). The vertical well cost, yeah, as we were ramping up horizontal and drilling both horizontal and vertical wells on the same pad, we were mobilizing equipment to complete horizontal wells, which required higher pressure rated equipment and so we had oversized equipment frankly on the completions of our vertical wells. We knew that that was part of the ability and the effort and the objective to ramp up. So I do see us mitigating and reversing those costs. We've had a bit of inflation pressure, not a lot but some over the last quarter steel and fuel. And I think those will – those particular items, we've got built into our forward look for cost. I do think as we return back to much more of a dedicated vertical effort on one pad and horizontal and on another that we will be able to revert back to those historical costs. And for now we are forecasting $3.1 million, but my expectation is that we would get below $3 million as we move forward. But for now we're going to use $3.1 million for the balance of the year.

### David Epstein
*Analyst, Cowen and Company, LLC*

Q

Great. And obviously, you're redirecting towards verticals a little bit, would do it horizontal – horizontals in the core, what are your current thoughts on that?

## Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

C Corrected Transcript
09-Aug-2018

---

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

I still believe there is potential in the core but some of the wells we drilled this past quarter and there I might reference slide 10 in our presentation, where we have the data tabulated, a handful of wells, we actually drilled four wells to the west and a few of those we're testing the core up in the A1 zone and those results were not that encouraging.

We saw less yield of course as we went back to the core and we saw higher water production. There will always be some depletion risk potential as well as we drill back. So we're not able to rule that out by any means and certainly haven't condemned any zone in our entire horizontal program. But just looking at the well results on slide 10 and seeing that variability but also seeing the strong results in the A1 that's where we're going to focus near-term the drill bit, drilling the A1 to the east.

---

### David Epstein
*Analyst, Cowen and Company, LLC*

Q

And so and in the core, it just you have a nice vertical column, but there it's heterogeneity for lack of a better word horizontally and not a high net to gross or is it something else?

---

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Well, not so much a geologic contributor. It's, at least on the first few wells we drilled, we encountered higher water and so we may have targeted zones in the core that were – had a higher water saturation because we certainly experienced higher water on those wells and the overall deliverability was lower. So as we drill in the core and some of those really nice sands that we've developed our vertical wells, the balancing act there is drilling good rock, but also potentially encountering some level of depletion. So that's just part of the effort that is incorporated and Jay had a lot of comments about with respect to really just advancing and refining our models as we move forward with the horizontal effort.

---

### David Epstein
*Analyst, Cowen and Company, LLC*

Q

Thank you very much.

---

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Sure.

---

**Operator**: Thank you. Our next question comes from the line of Vivek Pal of Seaport. Your line is now open.

---

### Vivek Pal
*Analyst, Seaport Global Securities LLC*

Q

Yeah, good afternoon guys. Most of my questions have been answered. Just a quick one for Garland, in second half of this in 2018, do you expect to be cash flow neutral to modestly positive based on what I hear in terms of a decline in CapEx for the second half?

---

## Ultra Petroleum Corp. *(UPL)*

Q2 2018 Earnings Call

Corrected Transcript
09-Aug-2018

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

So with the asset sale, we actually expect to be cash flow positive in the second half of this year.

### Vivek Pal
*Analyst, Seaport Global Securities LLC*

Q

So it will be $75 million-plus or it will be – or you will be burning a little cash operationally?

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

I don't think we'll be over $75 million.

### Vivek Pal
*Analyst, Seaport Global Securities LLC*

Q

Okay. And I know you just mentioned that, but I just want to be clear. So your normalized vertical well costs are about roughly a third of what your horizontal costs are, right, in terms of CapEx?

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

That's correct.

### Vivek Pal
*Analyst, Seaport Global Securities LLC*

Q

And in vertical is it fair to assume that you can average about 8 MMcfe per day, is that a fair number for verticals, because you've done so many?

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

So that was a – the 8.8 million cubic feet equivalent per day was the average of our operated wells in the second quarter. And we anticipate drilling similar quality wells for the rest of 2018.

### Vivek Pal
*Analyst, Seaport Global Securities LLC*

Q

Okay. All right. Thank you very much.

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Sure. Thank you.

**Operator:** Thank you. Our next question comes from the line of from Jacob Gomolinski of Morgan Stanley. Your line is now open.

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

15
Copyright © 2001-2018 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*

Q2 2018 Earnings Call

Hey, thanks for taking the follow-up. Just wanted to see if you had a sense of where current PDP value was or PV-10 value as of today given some of the wells you drilled over the year as well as some of the production over the year so far. And maybe also what the core – sorry, what the current corporate decline rate is?

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*



Sure. So on a PDP valuation standpoint we've added wells, so our PDP base has grown through the year. And from a valuation standpoint and reserve space that value is going to be much more driven by drilling 12-month pricing used to – in reserve calculations. I think our PDP value is holding steady as we look at our numbers through the year. Let's see, the second question, I'm sorry, second part of your question was decline rate...

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Oh, just with the – yeah.

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

So from a nominal decline on our base production first year is about 25% on PDP, and of course due to the hyperbolic nature of the decline curves of our wells, that annual decline drops or diminishes each year. So by year five or six, you're in single-digit percent declines and in Pinedale, the wells and ultimately the production ends up around 6% or 7% [ph] terminal (00:41:50) decline.

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*



Got it. And then just, that's very helpful. Actually, thank you very much.

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

A

Sure.

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

On the – it looks like you paid down about $2.5 million of term loan. I think I know the answer, just want to confirm, is that just the amort starting up? And is that just how to expect it going forward? And how that will maybe I guess the largest impact to borrowing base? I realize we're not talking huge numbers here but just want to make sure we're thinking about it the right way.

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*



No, it's that current – it's the payment due in the next 12 months. So [ph] it's very (00:42:23) different spot.

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

Yeah, it's just reclassed the balance sheet, we didn't actually pay it down yet. I don't believe that starts until June of 2019.

# Ultra Petroleum Corp. *(UPL)*
Q2 2018 Earnings Call

Corrected Transcript
09-Aug-2018

### Jacob Gomolinski-Ekel
*Vice President, Morgan Stanley*

Q

Got it. Okay. That was it for me. Thank you very much.

**Operator:** [Operator Instructions] And I'm showing no further questions at this time. I'd like to hand the call back over to Brad Johnson for any closing remarks.

### C. Bradley Johnson
*Interim Chief Executive Officer, Ultra Petroleum Corp.*

Okay. This concludes our second quarter conference call. I wish to thank everybody for joining us this morning. If you have any questions, please follow up with Sandi Kraemer. Thank you and goodbye.

**Operator:** Ladies and gentlemen, thank you for participating in today's conference. This does concludes today's. You may all disconnect. Everyone, have a great day.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2018 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.