# Exhibit 9



08-Nov-2018

# Ultra Petroleum Corp. (UPL)

Q3 2018 Earnings Call

**FACTSET: call**street

1-877-FACTSET   www.callstreet.com

Total Pages: 12

Copyright © 2001-2018 FactSet CallStreet, LLC

**Ultra Petroleum Corp.** *(UPL)*
Q3 2018 Earnings Call

Corrected Transcript
08-Nov-2018

# CORPORATE PARTICIPANTS

C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

J. Jay Stratton
*Chief Operating Officer, Ultra Petroleum Corp.*

# OTHER PARTICIPANTS

David Epstein
*Analyst, Cowen and Company, LLC*

Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, ladies and gentlemen and welcome to the Ultra Petroleum Corp. Third Quarter 2018 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session and instructions will be given at that time. [Operator Instructions] As a reminder, this conference call may be recorded.

I would now like to turn the conference over to [ph] Aaron Vandeford (00:00:26). You may begin.

## Unverified Participant

Thanks, operator. Earlier this morning, we included in our news release results for the third quarter and updates for 2018. In this call, we will provide additional information with our prepared remarks along with reference to our updated investor presentation that was posted earlier today on our website.

I'd like to point out that many of the comments during this conference call are forward-looking statements that involve risks and uncertainties affecting outcomes, many of which beyond our control and are discussed in more detail in the Risk Factors and Forward-looking Statement section of our annual and quarterly filings with the SEC.

Although we believe these expectations expressed are based on reasonable assumptions, they are not guarantees of future performance and actual results or developments may differ materially. Also, this call may contain certain non-GAAP financial measures. Reconciliation and calculation schedules can be found in our website.

Thank you all for joining us today. With me on the call is Brad Johnson, our Interim Chief Executive Officer; Garland Shaw, our Chief Financial Officer; and Jay Stratton, our Chief Operating Officer.



# Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call

Now, I'll turn the call over to Brad.

## C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

Thanks [ph] Aaron (00:01:39). Good morning and welcome to Ultra Petroleum's third quarter conference call. Today, we will review the quarter's financial results, summarize our development activities in Pinedale and provide updated guidance for full year 2018. In addition to sharing our third quarter results today, we are very pleased to announce the appointment of two new senior executives to our team.

David Honeyfield will be joining Ultra as Chief Financial Officer and Andrew Kidd will be joining as General Counsel.

Mr. Honeyfield brings over 25 years of experience to our executive team having previously served as CFO for three successful upstream E&P companies, PDC Energy, Jonah Energy, and SM Energy, as well as President and CFO of Intrepid Potash Incorporated, another natural resource company.

Mr. Kidd brings nearly 30 years of experience to Ultra including serving as an Independent Director for public and private corporations, GC, President and CEO of Samson Resources, and General Counsel for Quantum Utility Generation, Anthem Energy and Constellation Energy Resources.

These two appointments complete my efforts to build out a very accomplished, well respected and high performing executive team based here in Denver. With our new executive team in place and the transition of Ultra's headquarters to Denver complete, along with the hyper focus on enhancing the value of our world-class assets in Pinedale, we are positioned for tremendous success in the future.

Slide 4 provides a list of highlights for the quarter. Production for 3Q 2018 averaged 734 million cubic feet equivalent per day driven by a very good run times on our base production and good results from vertical wells brought online during the quarter. EBITDA for the quarter totaled $120 million, and cash costs totaled just over $1 per Mcfe.

As we discussed last quarter, we adjusted our capital budget for the second half of 2018 to focus more on vertical wells. In late July, we reduced our operating rig count from four to three and resumed drilling on pads solely dedicated to vertical development. As a result, we brought online 19 operated wells with an average 24 hour IP of 7.4 million cubic feet equivalent per day. Third quarter wells are tracking the midpoint of recent historical averages.

We expect to see continued strong results from our vertical development program that is focused on the core of the Pinedale field. Vertical well costs are reduced to a quarterly average of $3.3 million per well, down 10% from 2Q 2018. In September, well costs average $3.1 million and I expect us to be close to that number for the rest of this year. Our primary focus for the team is to further reduce well costs and we expect to continue to bring down these costs materially going forward into 2019.

We also brought online three horizontal wells in the quarter, all in the Lower Lance A1 interval. These three wells average 7.8 million cubic feet equivalent per day, below our expectations. Based on these recent results, we have suspended horizontal drilling until 2019. Meanwhile, we continue to advance the evaluation of our horizontal program and remain confident that further well data analysis and optimization will allow us to drill successful horizontal wells next year. Jay will share more on these efforts later on in this call.

## Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call

With the close of the sale of our assets in Utah, we have completed our strategic plan to divest non-core assets and focus on Pinedale. Proceeds used from this sale were used to pay down the revolver and we had a zero balance as of September 30. In October, the company announced that it had entered into an agreement with certain noteholders that would reduce debt by approximately $250 million and extend the maturity of approximately $560 million of our bonds from 2022 to 2024.

While the company is currently in good financial shape with over $330 million in liquidity and a development plan designed to generate [indiscernible] (00:05:34) cash flows, we've been proactively and opportunistically addressing our capital structure to provide more flexibility in order to execute on our long-term business plans.

At this time, I will turn the call over to Garland to discuss our third quarter financial results and to provide an update on her hedging program.

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

Thanks, Brad. Beginning with slide 5, the company produced an average of 734 million cubic feet equivalent per day or 67.5 Bcfe of total equivalent production in the third quarter, a decrease of 5% compared to the third quarter of 2017. Production volumes include 63.8 Bcfe of natural gas and 624,000 barrels of oil and condensate.

The total costs of $2.44 per Mcfe, excluding stock compensation expense, are within our expense guidance range although higher than the midpoint. EBITDA cash costs of $1.03 per Mcfe were $0.04 higher than the midpoint of our guidance, partly due to not closing the Utah sale until late in September rather than the end of August as we had forecast.

Including our hedges, our revenue per Mcfe for the quarter was $2.80. Before hedges, our realized average gas price per Mcf was $2.46, which equates to 85% of the average first of month Henry Hub price for the quarter. Our average realized oil price was $66.52 per barrel excluding hedges or 96% of the average WTI oil price for the third quarter.

Our resulting EBITDA for the quarter was $120 million. Our EBITDA margin improved by $0.02 over the second quarter of 2018 due to improved pricing and the narrowing Rockies basis more than offsetting the slight increases to cash cost.

Moving to slide 6, the company continues to be well ahead through the end of 2018 and into 2019 to provide cash flow visibility. This slide includes our total volume and prices hedged by product for the remainder of this year through the first quarter of 2020.

For the fourth quarter of 2018, we have both Henry Hub and Northwest Rockies basis hedges in place equivalent to over 80% of our expected production at a net price of $2.22 per MMBtu. For our hedge volumes as shown in the lower right part of the slide, after applying a 1.07 BTU factor, we get an average hedge gas price per Mcf of $2.38. When we figure in our oil hedges, the average price per Mcfe for these hedged volumes is $2.76.

We have recently been adding additional hedges for 2019 and 2020, and we will continue to be opportunistic in adding hedges for those periods to support our operating objectives and CapEx program.

On slide 7, we present our outstanding debt and the associated maturities. As shown in the slide, we have no major maturities until 2022 when $700 million of unsecured bonds become due. After those bonds become due, we have the remainder of our $975-million term loan due in 2024 and $500 million in unsecured bonds due in

# Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call

 Corrected Transcript
08-Nov-2018

2025. We previously announced that our credit facility was reduced by $100 million as a result to the borrowing base redetermination. We did pay down our revolver in full during the third quarter, so with $13 million of cash and the $325 million available in the revolver, we had a liquidity of $338 million on September 30.

With our objective of continuing to spin within cash flows, we believe we continue to have very ample liquidity to cover all interest expenses and execute on our development plans for years to come. As we announced on October 17, the company entered into an exchange agreement with holders of over $820 million of our unsecured notes, including $556 million aggregate principal amount, or nearly 80% of our 2022 notes, and approximately $267 million aggregate principal amount, or over 53% of our 2025 notes.

The agreement provides for the exchange of all these notes held by each of the supporting noteholders for new 9% cash interest and 2% [ph] peak (00:09:49) senior secured second lien notes due July 2024, and new warrants of the company entitling each holder thereof to purchase one common share of the company subject to the share price condition and a warrant. Under the terms of the exchange agreement, we are permitted to exchange up to 80% of the 2022 notes and 55% of the 2025 notes.

Pro forma for the exchange agreement, our long-term debt should be reduced by approximately $250 million. 80% of the company's debt maturing in 2022 will be extended to July 2024 and our cash interest expense for the notes exchanged will be reduced by approximately $14 million through the life of the new notes. The requisite percentage of the revolving credit facility has approved the exchange agreement, but it remains subject to approval by at least the majority of the senior term loan.

As of today, a significant amount, but not a majority of senior term loan lenders have approved the exchange agreement. If at least the majority of the senior term loan lenders do not approve the amendment by November 15, the supporting note holders may exercise their right to terminate the exchange agreement.

As Brad noted, the company would like to opportunistically work with this debt holders to enhance their credit quality while improving the company's balance sheet. But the company does not need to do any liability management transaction at this time given its ample liquidity and no near-term maturities.

Now, I'd like to turn the call over to Jay for an operational update.

## J. Jay Stratton
*Chief Operating Officer, Ultra Petroleum Corp.*

Thank you, Garland. Calling your attention to slide 8. With over 4,000 vertical locations within the core of Pinedale, Ultra has a large inventory of locations that is resilient to low prices and provide significant upside with improved pricing. In 2018, average well performance has been strong with activity focused in the core of Pinedale.

During the third quarter of 2018, our operated vertical wells have generated an average IP of 7.4 million cubic feet equivalent per day. And [ph] this will result (00:11:52) in Q4 have average IPs better than 8 million cubic feet equivalent per day, demonstrating the opportunity to high grade locations of the inventory and the ability to deliver strong margins even in a challenged price environment.

With ample inventory of high quality vertical locations, we will continue to execute on a solid vertical program as we expand our understanding of the horizontal opportunities. We've included the table of single well economics at the bottom right of this slide. With a high graded inventory wells drilled in 2018, we have been drilling wells with

Copyright © 2001-2018 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call

 Corrected Transcript
08-Nov-2018

close to 4.5 Bcfe EURs on average, while the returns have been good even with lower gas prices in the Rockies. Better pricing offers meaningful improvement in returns and expands the economic inventory significantly.

We have also been focused on well cost reductions, accomplishing a 10% reduction this past quarter with focus on vertical only drilling on most pads. We expect that trend to continue for the rest of 2018 and into 2019. In the third quarter, we drilled three wells for less than $2.9 million per well. As Brad mentioned, we're focused on driving well costs lower and ultimately look to achieve averages below $3 million per well.

On slide 9, we have a summary of the horizontal wells the company has drilled so far, including an update for the three horizontal wells brought online this quarter. The three wells brought online during the third quarter were planned in Q1 and spud during the second quarter. The average IP for the three wells was 7.8 million cubic feet equivalent per day. The horizontal data and analytical initiatives we have begun to execute [ph] have a lot of us to begin (00:13:33) connecting specific reservoir performance attributes to the performance of these and earlier wells. The three wells brought online were impacted to different extents by reduced rock quality, lower gas saturation in some sections of the laterals, and for one well depletion [ph] did (00:13:50) offset vertical wells where we drilled the lateral alongside several existing vertical producers. This understanding has been incorporated into our broader evaluation program.

Most of our horizontal wells drilled to date have targeted the Lower Lance interval. The best wells drilled so far in the A1 zone, 90 feet below the top of the formation. These walls include some of the company's best wells to date. As we have experienced in the last three wells, the A1 zone is not immune to variability. However, the average IP of the first six wells is 27.3 million cubic feet equivalent per day and the first four wells listed in the table were all drilled to the east and their average IP is 37.5 million cubic feet equivalent per day, including initial condensate yields for 15 to 25 barrels per million cubic foot, illustrating the horizontal opportunity we continue to pursue.

Last quarter, I introduced the company's efforts to improve its understanding of the horizontal potential in Pinedale by describing an integrated approach utilizing the existing data, new data, industry best practices, and opportunities for applying innovative technology in Pinedale. Today on slide 10, I want to provide an update on what we accomplished on this front in 3Q 2018, what we plan to do in the fourth quarter of 2018, and then provide a look ahead for 2019.

The three wells we brought online during the quarter were lower performing. We have been able to understand the drivers to that performance and even confirm when we have encountered some of our best performing rock on a productivity per lateral length basis. We have been able to complete two technically independent seismic inversion pilots in the Lower Lance that give us confidence to expand an inversion study to advance our ability [indiscernible] (00:15:36) strategically chosen advanced [indiscernible] (00:15:42) that are enriching our understanding of the rock in areas we see the most potential. In addition, we've been able to more broadly test our completion designs with three different fluid systems and understand other performance differences through use of chemical tracers.

We will continue to advance our seismic inversion study in the fourth quarter and have launched the updates for petrophysical and geomechanical models. These updated models are being used in the advanced numerical reservoir simulation that's been engaged to tie our updated models with a varied reservoir performance we've seen in the lower Lance target interval.

Copyright © 2001-2018 FactSet CallStreet, LLC

# Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call

 Corrected Transcript
08-Nov-2018

In the first half of 2019, we expect to have the initial results of our seismic inversion from a 20 square mile area incorporated into advanced earth model and first results from our reservoir simulation work of existing wells. Our focus is on an area where we can deploy our advanced understanding into high graded horizontal locations.

We also expect to complete up to three of our horizontal drilled uncompleted wells and continue the optimization of simulation designs. The use of other analytical approaches with the existing and new data being acquired is also being contemplated and is expected to add understanding that will be leveraged into the 2019 development program.

Now I'd like to turn the call back over to Brad.

## C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

Thanks, Jay. On slide 11 you can see our capital plan continues to be driven by disciplined deployment of capital in pursuit of superior returns and increased visibility of cash flow. In the near term, while we further study and refine our models for horizontal potential, we are focusing on our vertical program which can deliver returns greater than 20% even at these depressed gas price realizations. Our inventory is extremely sensitive to small positive moves in gas prices. And for every $0.20 of improved gas price realization, our unhedged EBITDA increases by approximately $45 million on an annualized basis.

For the rest of 2018, we plan to run three operated rigs, all drilling vertical wells in [ph] the coal field (00:17:43) which we believe will provide consistent and repeatable returns. Full year capital guidance is now a range of $400 million to $415 million. We have focused our rigs on vertical wells for the rest of the year. These vertical locations have an average working interest greater than the horizontal wells we had previously planned for the quarter. So we expect fourth quarter capital to be $60 million to $75 million.

Production forecast adjusted for recent horizontal wells bottom line coupled with volumes removed from deferred horizontals previously scheduled in the fourth quarter have been adjusted in our updated forecast. As a result, we are tightening the range of production guidance for 2018 to be between 274 and 278 Bcfe. Expense guidance for the year remains on-track and is summarized in the lower left part of this slide.

On slide 12, we have added detailed expense guidance for the fourth quarter as well as an update to adjusted EBITDA for 2018. For EBITDA cash cost, we estimate $1.08 per Mcfe for the fourth quarter, with the largest change quarter-to-quarter driven by higher projected production taxes due to improved natural gas pricing. With our hedges in place and updated strip pricing apply to unhedged volumes, we expect price realizations for the year to average $2.86 per Mcfe. Using updated expense from production guidance, we now forecast 2018 EBITDA to be $502 million.

At this time, I would like to thank both Garland Shaw and Garrett Smith for their leadership and hard work as executives serving Ultra Petroleum. Garland joined the company in 2006 and has served an increasing role during the last 12 years, including the role of CFO since 2014. Garrett joined Ultra in 2009 and has led our legal department for the last nine years, including the role of General Counsel since 2016. I wish both of these gentlemen all the best in their next endeavors.

At this time, we will open the line for questions.

Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call

Corrected Transcript
08-Nov-2018

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. [Operator Instructions] Our first question comes from Dave Epstein of Cowen. Your line is now open.

**David Epstein**
*Analyst, Cowen and Company, LLC*

Q

Hi, folks. Thanks for commenting on the exchange. Can you say anything else about sort of the odds of getting it done and what you think the term loan guys want? Is it about fees or is it about asset coverage? Thanks.

**C. Bradley Johnson**
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

A

Good morning, David. Thanks for joining. We shared an update in our remarks and we're not in the position to give any more commentary given that pending effort.

**David Epstein**
*Analyst, Cowen and Company, LLC*

Q

Okay. Thanks for that. And you guys every sort of quarter you talk about maintenance CapEx for certain production level on a vertical-only program. Any updated thoughts on that?

**C. Bradley Johnson**
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

A

Yeah. Looking forward with updates, our maintenance capital now is around $300 million including the current cost for wells using $3.1 million for vertical alone. And that would be a maintenance capital program that would at this time only include vertical development.

**David Epstein**
*Analyst, Cowen and Company, LLC*

Q

What sort of production base are you thinking that off of?

**C. Bradley Johnson**
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

A

We'll be hanging it off of fourth quarter of 2018 volumes.

**David Epstein**
*Analyst, Cowen and Company, LLC*

Q

Okay. Thanks very much. I'll get back in the queue.

**C. Bradley Johnson**
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

A

Sure. Yes.

## Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call



Corrected Transcript
08-Nov-2018

---

**Operator**: Thank you. [Operator Instructions] Our next question comes from the line of Matt Farwell with Imperial Capital. Your line is how open.

---

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Hi. Just an extension on the maintenance capital question. Are you saying – suggesting that well costs should remain in the $3.1 million range for 2019?

---

### C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*



A

That's what we're using for our maintenance capital estimate at this time assuming that $3.1 million holds. But as Jay had mentioned, we are extremely focused on reducing that and our plan is to be below $3 million for 2019. But for now, for the fourth quarter of 2018, we're using $3.1 million for our vertical well average and that's the numbers we are using for coming up with updated maintenance capital estimates.

---

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Thanks for that. And then you gave some clarification on the IP 24 rates for vertical wells and they have been moving around. They are a sort of 7.7, 8.8 MMcfe per day and now 7.4 MMcfe per day. Where – what kind of number do you bake in for in your projection?

---

### C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*



A

So each one of our locations in Pinedale has a unique EUR that we've assigned and therefore each future location has a unique IP expectation tied to that hyperbolic decline curve assigned to each well uniquely. When we post 7.4 MMcfe per day we consider that a very good number. That's right on track with what we've been doing over the last five years. We had an exceptionally strong quarter in the second quarter of this year where we averaged close to [ph] 9 million cfe (00:23:34) a day.

IP rates are dependent upon where we drill in the field, however, activity most of this year and into next year will be in the core and that core wells bring that consistent strong IP rates. So we do see some range of variability in our chart that we included in our slide deck you can see, those curves – that's cumulative production, but we usually see [ph] 6 million to 8 million cfe (00:24:01) a day IP as average [indiscernible] (00:24:04), and we consider [ph] 7.4 million cfe (00:24:07) per day a very good outcome for vertical well performance.

---

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Great. And then...

---

### C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

A

And I'm – slide 8 in our presentation captures the summary of our vertical well program.

---

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Yeah. I see that. And it has the CapEx range of – that tops out at $3.1 million which is where you're targeting...

---

## Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call

### C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

A

Correct.

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

... even though it's $3.3 million in the quarter. That's [indiscernible] (00:24:43)

### C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

A

Yeah. Just to add a bit to that, because we had – we posted $3.6 million in the second quarter for our vertical wells as we were drilling concurrently horizontal wells and vertical wells on the same pad that was delivered, that was intentional on our part, that helped facilitate the pivot to horizontal wells earlier this year using the same pads and the same infrastructure, and that add many advantages to us with respect to execution.

What it did bring as a disadvantage is it did stress the CapEx on our vertical program and caused capital to creep up on those wells. We made a big dent in that this past quarter dropping it down to $3.3 million as we ramped back to the vertical program. That didn't start until late July, so it wasn't a full quarter experience for vertical only [ph] refocus (00:25:33). So, we finished out September, as Jay mentioned, at $3.1 million. I expect we're planning – we're holding the teams accountable to drop that down even further. But for now that's what we're budgeting, $3.1 million.

### J. Jay Stratton
*Chief Operating Officer, Ultra Petroleum Corp.*

A

Hey, Matt. This is Jay. I will just add to what Brad said. We're still absorbing those inefficiencies from the horizontal program, but the team is rapidly pivoting back to their previous efficiency in the vertical program.

And as I mentioned I think in the comments, we've already seen in the past quarter – in third quarter three wells below $2.9 million and we have a larger mix of those types of wells in the fourth quarter. So, we see an opportunity both for efficiency gains and also some technical gains from some innovation that still is occurring with the team.

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

Are you seeing any inflation on costs of steel and fuel?

### C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

A

Steel and fuel, we had experienced year-to-date. But both those items have pretty much flattened out at this point.

### J. Jay Stratton
*Chief Operating Officer, Ultra Petroleum Corp.*

A

Yeah, that's true. When we have trouble sometimes, we'll incur a higher costs for [ph] loss fluids because we drill oil-based (00:26:44) fluids. But, by and large the fuel costs for the drilling on the wells has remained fairly stable.

# Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

That's helpful. And then one last question. Could you just comment on the improvement in differentials and what your outlook is?

### Garland R. Shaw
*Chief Financial Officer & Senior Vice President, Ultra Petroleum Corp.*

A

Yeah, this is Garland. We did see improved differentials recently that – they've been moving in the right direction for some time. But back in early October there was a pipeline explosion in Canada that had a very positive benefit on the differentials and we've continued to see that [ph] hanging (00:27:28).

It's hard to say where things are going to go near-term. We do continue to think differentials continue to improve into 2019 as we see pipes bill taking gas from the Permian to the Gulf Coast and more gas going from the Permian to Mexico. So overall, we're still thinking that we returned to more of a normalized differential long term.

### Matthew Thomas Farwell
*Analyst, Imperial Capital LLC*

Q

That's helpful. Thanks for answering my question.

**Operator**: Thank you. I'm showing no further questions at this time. I'd like to hand the call back over to Brad Johnson for any closing remarks.

### C. Bradley Johnson
*Interim Chief Executive Officer and Director, Ultra Petroleum Corp.*

Thank you. This concludes our third quarter conference call. I wish to thank everybody for joining us this morning. Goodbye.

**Operator**: Ladies and gentlemen, thank you for participating in today's conference. That does conclude today's program. You may all disconnect. Everyone have a great day.



# Ultra Petroleum Corp. *(UPL)*
Q3 2018 Earnings Call

 Corrected Transcript
08-Nov-2018

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2018 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.