# Exhibit 10

Case No. 1:20-cv-02652-NYW-STV   Document 63-11   filed 10/29/21   USDC Colorado
pg 1 of 16



**3Q18 EARNINGS CONFERENCE CALL**

November 8, 2018

# FORWARD LOOKING STATEMENTS & RISK FACTORS



**Forward-Looking Statements and Estimates**

This presentation contains "forward-looking statements" within the meaning of the federal securities laws, including statements about our business strategies and plans, plans for future drilling and resource development, prospective levels of capital expenditures and production and operating costs, and estimates of future results. Any statement in this presentation, including any opinions, forecasts, projections or other statements, other than statements of historical fact, are forward-looking statements. Although we believe the expectations reflected in such forward-looking statements are reasonable, we can give no assurance such expectations are correct, and actual results may differ materially from those projected. In addition, this presentation includes information about our proved reserves. The Securities and Exchange Commission ("SEC") permits oil and gas companies, in their filings with the SEC, to disclose only proved, probable and possible oil and gas reserves that meet the SEC's definitions for such terms. This presentation also includes information about oil and gas quantity estimates that are not permitted to be disclosed in SEC filings, including terms or designations such as "estimated ultimate recovery" or "EUR" or "resource" or "resource potential" or other terms bearing similar or related descriptions. These types of estimates do not represent and are not intended to represent any category of reserves based on SEC definitions, do not comply with guidelines established by the American Institute of Certified Public Accountants regarding forecasts of oil and gas reserves estimates, are, by their nature, more speculative than estimates of proved, probable and possible reserves disclosed in SEC filings, and, accordingly, are subject to substantially greater uncertainty of being actually realized. Actual volumes or quantities of oil and gas that may be ultimately recovered will likely differ substantially from such estimates. Factors affecting such ultimate recovery include the scope of our actual drilling program, which will be directly affected by the availability of capital, drilling and production costs, commodity prices, availability of drilling services and equipment, lease expirations, transportation constraints, regulatory approvals, field spacing rules, and actual drilling, completion and production results as well as other factors. These estimates may change significantly as the development of properties provides additional data. This presentation also includes estimates of values attributable to the locations on which such oil and gas quantity estimates are based. The estimates of value set forth in this presentation were calculated based on the assumptions and methodologies set forth in this presentation, which differ materially from the assumptions and methodologies oil and gas companies are required to use in calculating PV-10 values of proved reserves disclosed in SEC filings. As a result, the estimates of values included in this presentation do not represent and are not intended to represent the "PV-10" value that would be attributable to such items if such items were calculated based on applicable SEC requirements.

**Risk Factors**

Certain risks and uncertainties inherent in our operating businesses as well as certain on-going risks related to our operational and financial results are set forth in our filings with the SEC, particularly in the section entitled "Risk Factors" included in our most recently-filed Annual Report on Form 10-K, our most recently-filed Quarterly Reports on Form 10-Q, and from time to time in other filings we make with the SEC. Some of the risk and uncertainties related to our business include, but are not limited to, increased competition, the timing and extent of changes in prices for oil and gas, particularly in the areas where we own properties, conduct operations, and market our production, as well as the timing and extent of our success in discovering, developing, producing and estimating oil and gas reserves, including from any horizontal wells we drill in the future, the timing and cost of our future production and development activities, our ability to successfully monetize the properties we are marketing, weather and government regulation, and the availability and cost of oil field services, personnel and equipment.

Investors are encouraged to review and consider the risk factors set forth in our historical and future SEC filings, as well as any set forth in this presentation, in connection with a review and consideration of this presentation. Our SEC filings are available directly from the company – please send any requests to Ultra Petroleum Corp. at 116 Inverness Drive East, Suite 400, Englewood, CO 80112 (Attention: Investor Relations). Our SEC filings are also available from the SEC on their website at www.sec.gov or by telephone request at 1-800-SEC-0330.

**Non-GAAP Measures**

Adjusted EBITDA, Net Debt and EBITDA Cash Costs are financial measures not presented in accordance with generally accepted accounting principles ("GAAP"). The reconciliation of these non-GAAP financial measures to the most directly comparable GAAP measures can be found on slide 14 in the appendix to this presentation.

# COMPANY OVERVIEW



| MARKET SNAPSHOT | | |
|---|---|---|
| NASDAQ Symbol | | UPL |
| Market Capitalization, $ million (Nov 7) | | $311 |
| Net Debt [1] @ 09/30/18, $ million | | $2,162 |
| Enterprise Value, $ million (Nov 7) | | $2,473 |

| PRODUCTION & RESERVES | | |
|---|---|---|
| 3Q18 Production, Bcfe | | 67.5 |
| SEC Proved Developed Reserves[2], Bcfe | | 2,392 |
| SEC Proved Developed PV-10[2], $Billion | | $2.2 |

| ACREAGE | | |
|---|---|---|
| Net Acreage — Wyoming | | 78,000 |
| % Operated | | 90% |
| %HBP | | 91% |



(1) Net Debt is calculated as debt less cash
(2) YE17 Proved reserves includes a limited PUD program of reduced vertical development and a HZ program that has yet to be booked.

# 3Q18 HIGHLIGHTS





**Results**

- ❑ 3Q18 Production averaged 734 MMcfe/d
- ❑ 3Q18 Adjusted EBITDA[1] of $120 million
- ❑ 3Q18 EBITDA Cash Costs[1] of $1.03 per Mcfe



**Operations**

- ❑ Brought 19 vertical wells online: avg 24-hr IP = 7.4 MMcfe/d – tracking recent historical avg
- ❑ Vertical well costs reduced to $3.3 million, a 10% reduction compared to second quarter 2018



**Capital Discipline**

- ❑ The Company closed on the previously announced sale of its Utah assets for $75 million with proceeds used to pay down revolver
- ❑ Reduced operated rig count from 4 to 3 at end of July, reduced quarterly capex by 23%

(1) Adjusted EBITDA and EBITDA Cash Costs are non-GAAP financial measures; please see slide 14 to this presentation for a reconciliation of these measures to the most directly comparable GAAP measures.

# 3Q18 RESULTS

## Low Cost Operations Driving Cash Flow and Margins



| 3Q18 Results | | |
|---|---|---|
| | Guidance | Actual |
| Production, MMcfe/d | 710 – 750 | 734 |
| | $/Mcfe | $/Mcfe |
| Lease Operating Expense | 0.30 – 0.34 | 0.38 |
| Facility Lease Expense | 0.08 – 0.10 | 0.10 |
| Production Taxes[1] | 0.30 – 0.32 | 0.30 |
| Gathering Fees (gross) | 0.32 – 0.34 | 0.32 |
| Gathering Fees (net)[2] | 0.24 – 0.26 | 0.24 |
| Transportation | 0.00 – 0.00 | 0.00 |
| Cash G&A | 0.01 – 0.03 | 0.01 |
| DD&A | 0.72 – 0.76 | 0.74 |
| Interest | 0.54 – 0.56 | 0.57 |
| Total Expenses | $2.36 | $2.41 |
| (with Gross Gathering Fees) | | |
| EBITDA Cash Costs[3] | $0.99 | $1.03 |
| (with Net Gathering Fees) | | |

| 3Q18 Adjusted EBITDA[3] | |
|---|---|
| | Actual |
| Revenue, incl. hedges, $/Mcfe | $2.80 |
| EBITDA Cash Costs[3], $/Mcfe | ($1.03) |
| Adjusted EBITDA[3], $/Mcfe | $1.77 |
| Production, Bcfe | 67.5 |
| Adjusted EBITDA[3][4] | $120 million |

Notes:

(1) 3Q18 Production Taxes guidance based on $2.86 per Mcf Henry Hub and $68.00 per Bbl WTI

(2) Net Gathering Fees include proceeds from liquids processing

(3) Adjusted EBITDA and EBITDA Cash Costs are non-GAAP financial measures; please see slide 14 to this presentation for a reconciliation of these measures to the most directly comparable GAAP measures.

(4) 3Q18 Adjusted EBITDA includes hedge losses of $11 million

# HEDGE SUMMARY

## 4Q18 realized pricing secured with hedges, adding hedges in 2019 and 2020



### Gas Volumes Hedged



### Oil Volumes Hedged



### NW ROX Basis Hedged



### 4Q18 Pricing with Swap & Basis Hedges

| | |
|---|---|
| Henry Hub Swap ($/MMBtu) | $2.88 |
| Basis Differential Hedge | -$0.66 |
| Price per MMBtu | $2.22 |
| BTU Factor | x1.07 |
| Price per Mcf | $2.38 |
| WTI Swap | $60.45 |
| *Realized Price per Mcfe*[1] | *$2.76* |

(1) Price per Mcfe based on 95% natural gas / 5% condensate mix



# FLEXIBLE BALANCE SHEET

## Long-Dated Maturities

Millions

| Capital Structure, $millions | |
| --- | --- |
| Term Loan due 2024 (LIBOR+3%)[1]: | $975 |
| 6.875% Unsecured Notes due 2022: | $700 |
| 7.125% Unsecured Notes due 2025: | $500 |
| $325 million Credit Facility: | $0 |
| **Total Funded Debt:** | **$2,175** |

Credit Facility

6.875% Notes

Term Loan

7.125% Notes

$1,200

$1,000

$800

$600

$400

$200

$0

2018   2019   2020   2021   2022   2023   2024   2025

(1) Minimal amounts of term loan due in 2019 - 2023:  $7.3 million in 2019  and $9.75 million per year in 2020-2023.



# VERTICAL WELL PROGRAM

## High-graded activity provides good returns at current prices with large, de-risked inventory providing significant upside at improved pricing

### 3Q18 Average IP = 7.4 MMcfe/d



### Vertical Inventory

- Over 4,000 locations within boundary of core development
  - More than 1,400 10-acre locations
  - More than 2,600 5-acre locations

### Vertical Economics



| | HHUB - ROX = $2.25/MMBtu | | | | HHUB - ROX = $2.50/MMBtu | | | | HHUB - ROX = $2.75/MMBtu | | | | HHUB - ROX = $3.00/MMBtu | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EUR Bcfe | 3.5 | 4.0 | 4.5 | EUR Bcfe | 3.5 | 4.0 | 4.5 | EUR Bcfe | 3.5 | 4.0 | 4.5 | EUR Bcfe | 3.5 | 4.0 | 4.5 |
| Capex ($MM) | $3.1 | 10% | 14% | 20% | $3.1 | 13% | 19% | 25% | $3.1 | 17% | 24% | 31% | $3.1 | 21% | 29% | 38% |
| | $2.9 | 12% | 17% | 23% | $2.9 | 16% | 22% | 29% | $2.9 | 20% | 28% | 37% | $2.9 | 25% | 34% | 45% |
| | $2.7 | 14% | 20% | 27% | $2.7 | 19% | 26% | 35% | $2.7 | 24% | 33% | 43% | $2.7 | 29% | 40% | 53% |

# LOWER LANCE HORIZONTAL WELL SUMMARY

## Variable performance with best results in Lower Lance A1 – Encouraging results in C1 & E1



| Well | Zone | IP Date | Lateral Length | Net/Gross % | Stage Count | IP 24hr Mcfe/d | IP 30d Mcfe/d | IP Yield Bbls/MMcf |
|------|------|---------|----------------|-------------|-------------|----------------|---------------|---------------------|
| WB 9-23 A-1H | Lower Lance A1 | Nov-17 | 10,364 | 82% | 49 | 50,768 | 35,915 | 15.2 |
| WB 9-23 A-2H | Lower Lance A1 | Feb-18 | 10,978 | 78% | 49 | 54,459 | 36,816 | 17.7 |
| WB 8-25 A-1H | Lower Lance A1 | Apr-18 | 9,923 | 54% | 35 | 28,508 | 18,258 | 17.0 |
| WB 8-14 A-1H | Lower Lance A1 | Apr-18 | 7,159 | 80% | 35 | 16,165 | 9,610 | 25.4 |
| WB 7-23 4H | Lower Lance A1 | May-18 | 8,095 | 71% | 41 | 7,179 | 4,966 | 7.0 |
| WB 7-23 2H | Lower Lance A1 | Jun-18 | 6,525 | 53% | 24 | 6,873 | 4,176 | 14.2 |
| WB 8-25 W-4H | Lower Lance A1 | Jul-18 | 6,917 | 65% | 23 | 9,405 | 6,082 | 9.0 |
| WB 15-11 A-1H | Lower Lance A1 | Aug-18 | 6,377 | 86% | 37 | 11,486 | 5,987 | 20.0 |
| WB 8-25 SE-1H | Lower Lance A1 | Aug-18 | 5,431 | 49% | 22 | 2,462 | 1,636 | 10.8 |
| | **Lower Lance A1 Average** | | **7,974** | **69%** | **39** | **20,812** | **13,625** | **15.1** |
| WB 9-23 A-3H | Lower Lance A2 | Apr-18 | 10,864 | 47% | 33 | 11,711 | 7,294 | 13.5 |
| WB 8-25 A-2H | Lower Lance A2 | Apr-18 | 9,916 | 38% | 36 | 8,427 | 5,420 | 14.9 |
| WB 7-23 3H | Lower Lance A2 | May-18 | 8,356 | 40% | 33 | 4,480 | 2,659 | 7.0 |
| WB 9-23 5H | Lower Lance A2 | May-18 | 8,657 | 65% | 34 | 7,554 | 5,540 | 13.1 |
| | **Lower Lance A2 Average** | | **9,448** | **48%** | **34** | **8,043** | **5,228** | **12.1** |
| WB 8-14 3H | Lower Lance C1 | May-18 | 7,510 | 81% | 35 | 20,021 | 11,465 | 26.0 |
| WB 9-23 11H | Lower Lance C1 | Jun-18 | 10,821 | 45% | 25 | 4,107 | 2,718 | 18.5 |
| | **Lower Lance C1 Average** | | **9,166** | **63%** | **29** | **12,064** | **7,092** | **22.3** |
| WB 8-14 4H | Lower Lance E1 | Jun-18 | 6,863 | 40% | 16 | 11,318 | 6,332 | 33.0 |

3Q18



# ENHANCED DATA-DRIVEN WORKFLOW

## Implementing Industry Best Practices to Optimize Horizontal Development



### 3Q18 Results

- Brought 3 HZ wells on line in Lower Lance A1 zone
- Completed 2 technically independent 3-D Seismic Inversion pilots
- Broadly expanded stimulation design testing
- Strategically added advanced logging data

### 4Q18 Plans

- Expand 3D Seismic Inversion study to better predict high quality pay for HZ targets
- Update petrophysical and geomechanical models
- History match Vertical and HZ well performance to new models

### 1H19 Outlook

- Complete 20 square mile integrated earth model on east flank
- Complete up to 3 HZ DUCs to further test completion designs
- Plan to resume HZ drilling in 2019 based on additional learnings

# 2018 CAPITAL PLAN AND GUIDANCE - UPDATED



| Capital Program = $400 – 415 MM | |
|---|---|
| Pinedale Operated (Vert + HZ) | $360-375 |
| Pinedale Non. Op. Verticals | $30 |
| Corporate Other | $10 |
| **2018 Production Guidance** | |
| Full Year 2018, Bcfe | 274 – 278 |
| 4Q18, MMcfe/d | 690 – 730 |
| **2018 Expense Guidance (per Mcfe)** | |
| Lease Operating Expense | $0.31 - 0.35 |
| Facility Lease Expense | $0.09 - 0.11 |
| Production Taxes[1] | $0.31 - 0.33 |
| Gathering Fees, net | $0.25 - 0.27 |
| Transportation Charges | $0.00 - 0.00 |
| Cash G&A | $0.02 - 0.03 |
| DD&A | $0.72 - 0.76 |
| Interest Expense | $0.53 - 0.55 |

**Capital Efficiency:**

- Disciplined deployment of capital
- Relentless pursuit to control costs
- Focus on superior returns
- Reduce drill, complete & equip costs

**Cash Flow Visibility:**

- Hedge program secures 4Q18 prices at $2.76/Mcfe
- Generate or live within free cash flow
- Closed on Utah asset sale

**Horizontal Delineation:**

- Brought on-line 16 wells YTD
- Deferring additional HZ drilling into 2019
- Advancing learnings

(1) Production taxes estimated for 4Q18 are based on realized prices of $3.15 per Mcf and $63.50 per Bbl

# 4Q18 & FULL-YEAR GUIDANCE UPDATE



## Expenses & Cash Costs, $/Mcfe

|  | 4Q18 | FY18 |
|---|---|---|
| Lease Operating Expense | 0.30 – 0.33 | 0.31 – 0.35 |
| Facility Lease Expense | 0.09 – 0.11 | 0.09 – 0.11 |
| Production Taxes[1][2] | 0.37 – 0.39 | 0.31 – 0.33 |
| Gathering Fees (gross) Gathering Fees (net)[3] | 0.32 – 0.34 0.24 – 0.26 | 0.32 – 0.34 0.25 – 0.27 |
| Transportation | 0.00 – 0.00 | 0.00 – 0.00 |
| Cash G&A | 0.02 – 0.04 | 0.02 – 0.03 |
| DD&A | 0.72 – 0.76 | 0.72 – 0.76 |
| Interest | 0.57 – 0.59 | 0.53 – 0.55 |
| Total Expenses Midpoint | $2.48 | $2.39 |

(with Gross Gathering Fees)

| | 4Q18 | FY18 |
|---|---|---|
| EBITDA Cash Costs[4] Midpoint | $1.08 | $1.04 |

(with Net Gathering Fees)

## Adjusted EBITDA[5] Guidance

|  | FY18 |
|---|---|
| Revenue, incl. hedges[5], $/Mcfe | $2.86 |
| EBITDA Cash Costs[4], $/Mcfe | ($1.04) |
| Adjusted EBITDA[4],  $/Mcfe | $1.82 |
| Production Guidance Midpoint, Bcfe | 276 |
| Adjusted EBITDA[4][6] (276*$1.82) | $502 million |

Notes:
(1)  4Q18 Production Taxes based on $3.15 per Mcf Henry Hub and $63.50 per Bbl WTI
(2)  4Q18 Production Taxes @ November 1, 2018 strip
(3)  Net Gathering Fees include proceeds from liquids processing
(4)  Adjusted EBITDA and EBITDA Cash Costs are non-GAAP financial measures; please see slide 14 to this presentation for a reconciliation of these measures to the most directly comparable GAAP measures.
(5)  Full Year Revenue @ November 1, 2018 strip with hedges representing approximately 74% of 2018 gas production, 59% of natural gas basis, and 80% of 2018 oil production
(6)  Estimated FY18 Adjusted EBITDA includes projected hedge losses of $50 million



APPENDIX

# RECONCILIATION OF ADJUSTED EBITDA AND NON-GAAP DEFINITIONS



Reconciliation of Earnings before Interest, Taxes, Depletion and Amortization (unaudited) All amounts expressed in US$000's

The following table reconciles net income (loss) as derived from the Company's financial information with earnings before interest, taxes, depletion, and amortization and certain other non-recurring or non-cash charges (Adjusted EBITDA)[1]:

| | For the Nine Months Ended September 30, | | For the Quarter Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Net income (loss) | $ 45,502 | $ 81,611 | $ 18,563 | $ (327,727) |
| Interest expense | 111,934 | 324,979 | 38,382 | 210,107 |
| Depletion and depreciation | 151,954 | 111,516 | 49,672 | 41,089 |
| Reorganization items, net | — | (142,147) | — | 227,123 |
| Contract settlement expense | 2,676 | 52,707 | 2,676 | — |
| Unrealized (gain) loss on commodity derivatives | 72,557 | (4,133) | 11,018 | 4,234 |
| Deferred gain on sale of liquids gathering system | (7,915) | (7,915) | (2,638) | (2,638) |
| Stock compensation expense | 11,547 | 34,182 | 1,424 | 7,918 |
| Taxes | 442 | (6,884) | 0 | (6,886) |
| Houston office relocation | 1,253 | — | 689 | — |
| Other | 346 | 604 | 57 | 21 |
| Adjusted EBITDA [5] | $ 390,296 | $ 444,520 | $ 119,843 | $ 153,241 |

## EBITDA Cash Cost Definition

EBITDA cash costs include lease operating expense, facility lease expense, production taxes, gathering fees, net, transportation (if any) and cash G&A

## Net Debt Definition

Debt less cash

(1) Earnings before interest, taxes, depletion and amortization (Adjusted EBITDA) is defined as Net income (loss) adjusted to exclude interest, taxes, depletion and amortization and certain other non-recurring or non-cash charges. Management believes that the non-GAAP measure of Adjusted EBITDA is useful as an indicator of an oil and gas exploration and production Company's ability to internally fund exploration and development activities and to service or incur additional debt.  Adjusted EBITDA should not be considered in isolation or as a substitute for net cash provided by operating activities prepared in accordance with GAAP.

# SIGNIFICANT STACKED PAY HORIZONTAL POTENTIAL

## 10 potential zones in 5 intervals - Near-Term Focused on Lower Lance A1 Zone

