# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

Civil Action No. 1:20-cv-02652-RMR-STV (Consolidated with Civil Action No. 1:20-cv-02820)

ULTRA PETROLEUM INVESTOR GROUP, Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

MICHAEL D. WATFORD,
C. BRADLEY JOHNSON,
ULTRA PETROLEUM, INC.,
FIR TREE CAPITAL MANAGEMENT LP N/K/A FIR TREE PARTNERS INC., and
EVAN LEDERMAN,

      Defendants.

---

## DECLARATION OF JEFFREY BERENS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

---

**BERENS LAW LLC**
Jeffrey A. Berens
2373 Central Park Boulevard, Suite 100
Denver, Colorado 80238
Telephone: (303) 861-1764
Facsimile: (303) 395-0393
jeff@jberenslaw.com

*Liaison Counsel*

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
Adam C. McCall
1101 30th Street N.W.
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (212) 333-2121
nporritt@zlk.com
aapton@zlk.com
amccall@zlk.com

*Attorneys for Plaintiffs*

Dated: December 28, 2021

I, Jeffrey A. Berens, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am a partner with the law firm of Berens Law LLC, Liaison Counsel for Plaintiffs in the above captioned litigation. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss, dated December 28, 2021. Specifically, I submit this declaration to place before the Court certain documents that were cited in Plaintiffs' Amended Class Action Complaint for Violation of the Federal Securities Laws filed on July 9, 2021 (ECF No. 47) and are of public record.

1.    Attached hereto as **Exhibit 12** is a true and correct copy of the transcript, as transcribed by Bloomberg, of Ultra Petroleum's 1st quarter 2017 earnings conference call, held on May 3, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 28, 2021.

/s/ Jeffrey A. Berens            .
Jeffrey A. Berens