IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 20-cv-02652-RMR-STV (consolidated for all purposes with Civil Action No. 20-cv-02820)

---

ULTRA PETROLEUM INVESTOR GROUP, Individually and on behalf of all others similarly situated,

        Plaintiffs,

   v.

MICHAEL D. WATFORD,
C. BRADLEY JOHNSON,
ULTRA PETROLEUM, INC.,
FIR TREE CAPITAL MANAGEMENT LP N/K/A FIR TREE PARTNERS, INC., and
EVAN LEDERMAN,

        Defendants.

---

**UNOPPOSED MOTION TO EXTEND THE PAGE LIMIT
FOR REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

---

Defendants Michael Watford and Bradley Johnson hereby respectfully move the Court to extend the page limit for their reply brief supporting their motion to dismiss from 10 to 20 pages. In support of this motion, Watford and Johnson state:

1.     This is a securities fraud case, brought under § 10(b) and § 20(a) of the Securities Exchange Act of 1934, on behalf of a putative class of investors who purchased stock in Ultra Petroleum Corp.

2.      Watford and Johnson filed their motion to dismiss on October 29, 2021.  Dkt. #62. The motion is 25 pages.  *Id.*

3.      On December 28, 2021, Plaintiffs filed an omnibus brief opposing Watford and Johnson's motion, as well as the motions to dismiss of Evan Lederman and Fir Tree Capital Management.  Dkt. #68.  Plaintiffs' brief is 47 pages.  *Id.*  Plaintiffs' response to Watford and Johnson's arguments does not finish until page 43.  *Id.*

4.      Adequately addressing Plaintiffs' arguments and applicable precedent takes more than the ten pages allotted in this Court's Practice Standards for Civil Actions.  The additional pages will permit the reply brief to address Plaintiffs' arguments more fully and assist the Court by identifying and applying controlling precedent.

5.      Before filing this motion, undersigned counsel conferred with counsel for Plaintiffs regarding their intent to file this motion.  Counsel for Plaintiffs indicated that Plaintiffs do not oppose the relief requested herein.

Wherefore, Defendants Watford and Johnson request that the Court grant this motion and extend their page limit for their reply brief supporting their motion to dismiss from 10 to 20 pages.

2

Dated: January 21, 2022

Respectfully submitted,

*/s/ David Holman*

David Holman
CRISHAM & HOLMAN LLC
2549 West Main Street, Suite 202
Littleton, CO 80120
(720) 739-2175

Joshua Z. Rabinovitz
Anne I. Salomon
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(312) 862-2284

*Counsel for Defendants Michael D. Watford
and C. Bradley Johnson*