# EXHIBIT A

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/behind-a-hedge-funds-billion-dollar-bet-on-busted-oil-companies-1526821200

MARKETS

# Behind a Hedge Fund's Billion-Dollar Bet On Busted Oil Companies

Fir Tree is ahead on its overall wager, but lack of investor appetite for weaker players complicates its ability to cash out of some investments



A Patterson-UTI drilling rig operating for Ultra Petroleum Corp. in the Pinedale Anticline natural-gas field in Sublette County, near Pinedale, Wyo. Ultra Petroleum represents one of Fir Tree's largest energy bets.
PHOTO: WILLIAM CAMPBELL/CORBIS/GETTY IMAGES

*By Ryan Dezember*  ⎡Follow⎤
May 20, 2018 9:00 am ET

With oil prices at their highest level in three years, it would seem a good time to cash out of energy investments purchased cheaply during the oil rout.

Hedge-fund manager Fir Tree is finding it isn't.

Fir Tree was one of several Wall Street firms that saw an opportunity to profit from the pain inflicted on heavily indebted energy producers when oil prices plunged in late 2014 from more than $100 a barrel to as little as $26.

The gambit involved buying up the debt of struggling producers for pennies on the dollar from investors hitting the exits, swapping the bonds and loans for stock in restructured

companies and then waiting for an upswing in oil prices to lift the shares.

But Fir Tree and others who pursued this trade misjudged investors' appetite for many of the stocks. While U.S. oil prices have climbed to more than $70 a barrel, the rise has failed to draw investors to the industry's weaker players.

Some of these companies are having a hard time being profitable due to drilling fields that are less prolific than those of rivals. Others wiped out shareholders when they filed for bankruptcy protection and have had trouble convincing prospective investors it won't happen again.

Investors are also wary of natural-gas prices that remain unprofitably low for many drillers and the potential for oil prices to tank again if the Organization of the Petroleum Exporting Countries ends its 2016 pact to limit output.

"This is ground zero for the worst area in the market," said Clinton Biondo, one of Fir Tree's managing partners. "As these companies have emerged, the public markets' response has been really unbelievable to us. It's historic how poorly they've performed."

Though oil is up 20% since mid 2015 and the S&P 500 stock index has gained nearly a third, energy stocks, particularly those of smaller companies, have lagged behind. Energy shares in the S&P 600 index of smaller companies have lost 31%.

"Not too many investors want to sell Amazon to buy an oil-and-gas company," said Michael Scialla, an energy analyst at Stifel Financial Corp.

Fir Tree bought distressed energy-company debt with face value of more than $3 billion. Because it paid so little, Fir Tree remains ahead on its overall energy wager, which at times has been as big as $1.6 billion, according to people familiar with the matter. But swooning shares have gnawed away at its gains and complicated its ability to cash out.

The firm has big stakes in six oil-and-gas explorers whose shares have lost at least 20% over the past year. Shares of Ultra Petroleum Corp. , representing one of the firm's largest energy bets, are down 84% since the company emerged from bankruptcy protection about a year ago.

"It stands to reason these are not bad investments," said Brian Williams, a partner at investment-banking and restructuring advisory Carl Marks Advisors. "They're just

getting hung up in them longer than they'd want."

In a letter sent to investors last autumn, Fir Tree described how its investment in Ultra remained "highly profitable" despite shares that by then had lost nearly half their value. The firm said it paid less than 10 cents on the dollar for Ultra bonds valued at $440 million, which gave it a prominent place at the negotiating table during the Wyoming-focused driller's reorganization. When Ultra came out from bankruptcy protection, Fir Tree was its top shareholder.

Fir Tree, which managed $8 billion at year end, specializes in wringing profits from distress. As a holder of Puerto Rico's defaulted bonds, a creditor in the yearslong bankruptcy of Lehman Brothers Holdings Inc. and negotiating settlements with banks over bad mortgage bonds, the firm's strategy often involves as much legal maneuvering as trading.

In the oil patch it has taken activist-shareholder stances at SandRidge Energy Inc. and Jones Energy Inc., where it has disclosed 5.6% and 6.7% stakes, respectively. It appointed one of its partners, a former bankruptcy attorney named Evan Lederman, to be chairman at Ultra and pushed the company to replace its longtime CEO and hedge more of its output to lock in prices.

Mr. Biondo said Fir Tree has focused on instilling fiscal discipline among drillers accustomed to spending more than they made chasing $100 barrels. "Guys were just lighting cash on fire, growing at any cost," he said.

Mr. Lederman also became chairman at Linn Energy Inc., a Houston company in which Fir Tree holds a 19.2% stake. After emerging from bankruptcy protection, Linn sold $1.9 billion of assets to repay debt and buy back shares; said its longtime CEO would retire; laid out plans to ditch a corporate structure in which profits are paid out to shareholders to avoid taxes, and said it would split into two companies. Its shares are up 51%.

A smaller bet with an even sharper rise has involved Legacy Reserves LP. Its stock has quintupled since Fir Tree acquired about 5% in a deal to sell the company back some of its debt.

Yet Fir Tree's bet on busted oil companies will ultimately depend on some of the worst-performing stocks in America reversing course.

"While there is still some work to do, these companies are as healthy as they've ever been," Mr. Biondo said. "The market will take notice over time."

**Write to** Ryan Dezember at ryan.dezember@wsj.com

*Appeared in the May 21, 2018, print edition as 'Bets on Oil-Field Pain Miss the Mark.'*

Copyright © 2022 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.