**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 1:20-cv-02652-RMR-STV
      (Consolidated for all purposes with Civil Action No. 1:20-cv-02820)

ULTRA PETROLEUM INVESTOR GROUP, Individually and on Behalf of All Others
Similarly Situated,

      Plaintiffs,

v.

MICHAEL D. WATFORD,
C. BRADLEY JOHNSON,
ULTRA PETROLEUM, INC.,
FIR TREE CAPITAL MANAGEMENT LP N/K/A FIR TREE PARTNERS INC., and
EVAN LEDERMAN,

      Defendants.

---

**JOINT MOTION TO ENTER STIPULATION**

---

Lead plaintiff and defendants (the "Parties") jointly move the Court to enter the attached stipulation regarding Plaintiffs' proposed amended complaint and supplemental briefing regarding Defendants' pending motions to dismiss.  In support of this motion, the Parties state:

1.      Currently pending before the Court are Defendants' motions to dismiss (Dkt. Nos. 62, 64, 65), the briefing of which was completed on January 27, 2022.

2.      Plaintiffs recently indicated to Defendants they intended to seek the Court's leave to file an amended complaint.

3.      The parties have conferred about the most efficient process, given Plaintiffs' desire to amend their allegations, Defendants' belief that any such amendment would be untimely and futile, and the already-briefed motions to dismiss.

4.      In the interest of judicial economy, the parties respectfully propose, subject to the Court's approval, that the already-filed motions to dismiss remain pending and the parties promptly file short supplemental briefs on an agreed schedule to address the impact, if any, that the amended allegations would have on the pending motions.

WHEREFORE, the Parties respectfully request the Court grant this motion and enter the accompanying stipulation.

Dated: May 19, 2022

Respectfully submitted,

By: /s/ Edmund Polubinski

Edmund Polubinski III
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorney for Defendant*
*Evan Lederman*

By: /s/ Sheila Sadighi

Sheila Sadighi
ROLNICK KRAMER SADIGHI LLP
300 Executive Drive – Suite 275
West Orange, New Jersey 07052
Telephone: (973) 996-4991
Facsimile: (212) 597-2801

*Attorney for Defendant*
*Fir Tree Capital Management LP*

By: /s/ Joshua Z. Rabinovitz

Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2284
Facsimile: (312) 862-2200

*Attorney for Defendants*
*C. Bradley Johnson and*
*Michael D. Watford*

By: /s/ Adam M. Apton

Adam M. Apton
LEVI & KORSINSKY, LLP
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4859
Facsimile: (202) 333-2121

*Attorney for Lead Plaintiff*

2