IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Civil Action No. 20-cv-02652-RMR-STV (consolidated for all purposes with Civil Action No. 20-cv-02820)

ULTRA PETROLEUM INVESTOR GROUP, Individually and on behalf of all others similarly situated,

        Plaintiffs,

    v.

MICHAEL D. WATFORD,
C. BRADLEY JOHNSON,
ULTRA PETROLEUM, INC.,
FIR TREE CAPITAL MANAGEMENT LP N/K/A FIR TREE PARTNERS, INC., and
EVAN LEDERMAN,

        Defendants.

---

**STIPULATION REGARDING PLAINTIFFS' REQUEST TO FILE A SECOND AMENDED COMPLAINT**

**WHEREAS**, the parties completed briefing Defendants' motions to dismiss the amended complaint on January 27, 2022;

**WHEREAS**, Plaintiffs have indicated they wish to amend their complaint (substantially in the form of "Exhibit A" attached hereto);

**WHEREAS**, the parties have conferred regarding Plaintiffs' intended amendments and agreed on a proposed plan for Plaintiffs to file their amended complaint but to not render moot the already-filed motions to dismiss, and instead to address the added allegations through supplemental briefs;

2

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's

approval, as follows:

1. Plaintiffs shall file a second amended complaint, substantially in the form

   attached as Exhibit A, within three (3) business days of this order[1];

2. Defendants' pending motions to dismiss will remain under advisement and

   shall not be considered mooted by the second amended complaint;

3. Within 10 business days of the filing of the second amended complaint,

   Plaintiffs shall file a supplemental brief not to exceed 10 pages addressing

   the supplemental allegations in the second amended complaint; and

4. Within 14 business days of the filing of Plaintiffs' supplemental brief,

   Defendants shall file three responses not to exceed 10 pages each

   addressing the supplemental allegations in the second amended complaint.

Dated:  May 19, 2022                                Respectfully submitted,


By: /s/ Edmund Polubinski                    By: /s/ Sheila Sadighi

Edmund Polubinski III                        Sheila Sadighi
DAVIS POLK & WARDWELL LLP                     ROLNICK KRAMER SADIGHI LLP
450 Lexington Avenue                          300 Executive Drive – Suite 275
New York, New York 10017                      West Orange, New Jersey 07052
Telephone: (212) 450-4000                     Telephone: (973) 996-4991
Facsimile: (212) 701-5800                     Facsimile: (212) 597-2801

*Attorney for Defendant*                      *Attorney for Defendant*
*Evan Lederman*                               *Fir Tree Capital Management LP*

---

[1] Pursuant to Local Civil Rule 15.1, attached hereto as Exhibit B is a copy of the proposed amended complaint identifying the additions, deletions, and other revisions to the pleading.

3

By: /s/ Joshua Z. Rabinovitz

Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2284
Facsimile: (312) 862-2200

*Attorney for Defendants*
*C. Bradley Johnson and*
*Michael D. Watford*

By: /s/ Adam M. Apton

Adam M. Apton
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4859
Facsimile: (202) 333-2121

*Attorney for Plaintiffs*

3