**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 1:20-cv-02652-RMR-STV
    (Consolidated for all purposes with Civil Action No. 1:20-cv-02820)

ULTRA PETROLEUM INVESTOR GROUP, Individually and on Behalf of All Others
Similarly Situated,

    Plaintiffs,

v.

MICHAEL D. WATFORD,
C. BRADLEY JOHNSON,
ULTRA PETROLEUM, INC.,
FIR TREE CAPITAL MANAGEMENT LP N/K/A FIR TREE PARTNERS INC., and
EVAN LEDERMAN,

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO ENTER STIPULATION**

---

The Court, having reviewed the Parties' Joint Motion and Stipulation, and being

fully advised on the premises, hereby GRANTS the motion:

1.  Plaintiffs shall file a second amended complaint, substantially in the form

    attached as Exhibit A to their Stipulation, within three (3) business days of

    this order;

2.  Defendants' pending motions to dismiss will remain under advisement and

    shall not be considered mooted by the second amended complaint;

3.  Within 10 business days of the filing of the second amended complaint,

    Plaintiffs shall file a supplemental brief not to exceed 10 pages addressing

    the supplemental allegations in the second amended complaint; and

2

4.  Within 14 business days of the filing of Plaintiffs' supplemental brief,

Defendants shall file three responses not to exceed 10 pages each

addressing the supplemental allegations in the second amended complaint.

Dated:  May ____, 2022                    BY THE COURT:


_____
REGINA M. RODRIGUEZ
United States District Judge

2