## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

Civil Action No. 1:20-cv-02652-RMR-STV (Consolidated with Civil Action No. 1:20-cv-02820)

ULTRA PETROLEUM INVESTOR GROUP, Individually and on Behalf of All Others Similarly Situated,

     Plaintiffs,

v.

MICHAEL D. WATFORD,
C. BRADLEY JOHNSON,
ULTRA PETROLEUM, INC.,
FIR TREE CAPITAL MANAGEMENT LP N/K/A FIR TREE PARTNERS INC., and
EVAN LEDERMAN,

     Defendants.

---

## DECLARATION OF JEFFREY A. BERENS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

---

**BERENS LAW LLC**
Jeffrey A. Berens
2373 Central Park Boulevard, Suite 100
Denver, Colorado 80238
Telephone: (303) 861-1764
Facsimile: (303) 395-0393
jeff@jberenslaw.com

*Liaison Counsel*

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt
Adam M. Apton
Adam C. McCall
1101 30th Street N.W.
Washington, D.C. 20007
Telephone: (202) 524-4290
Facsimile: (212) 333-2121
nporritt@zlk.com
aapton@zlk.com
amccall@zlk.com

*Attorneys for Plaintiffs*

Dated: June 29, 2022

I, Jeffrey A. Berens, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

I am the principal of Berens Law LLC, Liaison Counsel for Plaintiffs in the above captioned litigation. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss, dated June 29, 2022. Specifically, I submit this declaration to place before the Court 1) a document that was cited in Plaintiffs' Second Amended Class Action Complaint for Violation of the Federal Securities Laws filed on May 19, 2022 (ECF No. 75-2) and are of public record; and 2) a document used only to show that Defendants' Request for Judicial Notice of Exhibit 12 is improper.

1.　　　Attached hereto as **Exhibit 13** is a true and correct copy of the transcript, as transcribed by Bloomberg, of Ultra Petroleum's 1st quarter 2017 earnings conference call, held on May 3, 2017.

2.　　　Attached hereto as **Exhibit 14** is a true and correct copy of a screenshot from google maps showing the location of the wells.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2022.

/s/ Jeffrey A. Berens　　　　.
Jeffrey A. Berens