# EXHIBIT "13"

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

# Q1 2017 Earnings Call

## Company Participants

- A. Kent Rogers, VP of Drilling & Completions
- C. Bradley Johnson, SVP of Operations
- Garland R. Shaw, CFO and SVP
- Michael D. Watford, Chairman of the Board, CEO and President
- Patrick Ash, VP of Development
- Sandra D. Kraemer, Director of IR & External Reporting

## Other Participants

- Anup Goswami, Analyst
- David Michael Epstein, MD and Analyst
- Jacob Gomolinski-Ekel, Analyst
- Mark Guile, Analyst
- Marshall Hampton Carver, Founding Partner and Director of Research
- Matthew Thomas Farwell, SVP
- Patrick Sheffield, VP

## Presentation

### Operator

Good day, everyone. Welcome to today's Ultra Petroleum Corp. First Quarter 2017 Earnings Conference Call. (Operator Instructions) Please note this call is being recorded. It is now my pleasure to turn today's program over to Sandi Kraemer, Director of Investor Relations. Please go ahead.

### Sandra D. Kraemer

I'd like to point out that many of the comments during this conference call are forward-looking statements that involve risks and uncertainties affecting outcomes, many of which are beyond our control and are discussed in more detail in the Risk Factors and Forward-looking Statements section of our annual and quarterly filings with the SEC. Although we believe these expectations expressed are based on reasonable assumptions, they are not guarantees of future performance. And actual results or developments may differ materially. Also, this call may contain certain non-GAAP financial measures. Reconciliation and calculation schedules can be found on our website.

Now I'll turn the call over to Mike.

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

## Michael D. Watford   {BIO 1406564 <GO>}

Thank you, Sandi, for those warm opening comments. Good morning. Welcome to all of you visiting with us today. This is Ultra Petroleum's First Quarter 2017 Earnings Release and Teleconference. But more importantly, it is our first teleconference since emerging from our in-court restructuring process. Results of that process and our go-forward plans is what's going to dominate today's conversation.

So first, who are we now? Have we changed? What's different? Well we are still Ultra Petroleum Corp. with the same high-quality, low-cost natural gas asset-base with thousands of highly economic, low-risk repeatable and predictable development locations, all identified and engineered by a highly respected third-party reservoir engineering company. We enjoy high realizations on our natural gas prices due to excess pipeline takeaway capacity in the West, where our assets are focused.

On the cost side, we have recently been recognized by a third-party as having the second best breakeven price, in an extensive study group over the last three years, at $2.23 per Mcfe. We have added their analysis to our corporate presentation posted this morning.

Additionally, we have added a slide on recycle ratios reflecting the significant improvement in corporate margins we enjoy due to the cost reductions achieved in our restructuring process, a recycle ratio of 2.4x. Our even leaner company with only 165 employees trades on NASDAQ under our old symbol UPL.

With the end of restructuring, we have reached the inflection point on production and will start to once again grow, 25% volume growth from First Quarter 2017 to Fourth Quarter 2017 and 25% annual growth in 2018. So in many ways, we are the same. But in other ways we are better. We are glad to be back.

Now I'll pass the call to Garland to talk more about how we've changed financially for the better.

## Garland R. Shaw   {BIO 17975456 <GO>}

Thanks, Mike. Good morning. We published our First Quarter financial results in our press release that went out this morning. And we will be filing our 10-Q this afternoon. The results are in line with our expectations.

This morning, I would like to focus on our Chapter 11 emergence activities that culminated a short time after the end of the First Quarter on April 12. Given that we were exiting Chapter 11 as a fully solvent company that was preserving significant value for our existing equity owners, it was necessary for us to repay our prepetition creditors in full. With $3.8 billion in funded debt prior to emergence, this was a very large undertaking. Here's how we did it.

First, as originally contemplated in our plan of reorganization, we raised $580 million of equity through a rights offering to existing shareholders and our rights offering backstop

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

parties.

Next, working with Barclays, Goldman Sachs and Bank of Montréal, we raised a total of $2 billion of funded debt in 3 separate tranches as follows: first, an $800 million, 7-year secured term loan that carries an interest rate of LIBOR plus 3% with a 1% LIBOR floor; second, $700 million 5-year unsecured note at a 6.875% interest rate; third, $500 million of 8-year unsecured notes at a 7.125% interest rate. Finally, as part of our exit financing, we have access to a $400 million revolving credit facility.

With this total of $2.6 billion of exit -- funded exit financing, along with the $480 million of cash on our balance sheet at the end of the First Quarter, we then paid off our outstanding funded debt of $2.5 billion at the Ultra Resources operating company level, along with accrued interest. Next, we paid all outstanding professional fees and financing fees, then we set aside $400 million in a litigation reserve account related to an alleged $201 million make-whole claim, plus post-petition interest claims. The company disputes the entirety of these claims in a hearing in Bankruptcy Court that's scheduled for May 16.

Finally, in addition to these emergence cash transactions, we exchanged $1.3 billion of high-yield debt at the Ultra Petroleum Corp. level to equity.

Pursuant to these transactions, we emerged from Chapter 11 with our debt reduced from $3.8 billion down to $2 billion. Unlike essentially all of our peers that went through this process, we preserved significant value for our existing equity owners. At emergence, our existing equity holders retained 41% of our equity. Our high-yield noteholders received 36% of the equity in exchange for their $1.3 billion of debt. And 23% of the equity went to the rights offering participants. Also, as part of our exit from Chapter 11, we canceled our existing shares and exchanged them for new shares at a ratio of 0.52 new shares for every old share. After issuing the new shares for the debt exchange and rights offering, our current share count is at 195 million shares as compared to 153 million shares pre-emergence. Despite the significant cost of the in-court restructuring, we were able to realize significant benefits that will have a long-lasting impact on the company. These include: the elimination of $84 million per year in transportation expenses for our REX pipeline demand charges; an estimated $12 million per year in gas processing fee benefits through the renegotiation of our processing agreement; and some $60 million per year of savings and cash interest costs. These benefits add up to $156 million per year, which equates to $0.55 per Mcfe. This reduction provides us with a 36% improvement in our historical cost structure.

Finally. And unrelated to the restructuring efforts, during the quarter, we put natural gas price hedges in place for 118 Bcf, which is equivalent to approximately 50% of our expected 2017 -- remaining 2017 production. These volumes were hedged using NYMEX swaps at a weighted average price of $3.34 per Mcf. We look forward to opportunistically adding additional hedges.

I'll turn the call over to Brad now for an update on our operations.

## C. Bradley Johnson   {BIO 17209523 <GO>}

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

Thanks, Garland. During the entire First Quarter, we ran 4 operated rigs at Pinedale, drilling and putting online 31 net wells. This activity level represents a 70% increase over last quarter. Our ramp-up to 8 operated rigs in 2017 remains on track. In April, our fifth rig arrived and spud its first well. We have signed up the sixth and seventh rigs and expect both of these to move in and spud wells by the end of May. We are actively negotiating for an eighth rig and expect it to begin drilling later this summer.

While production was down quarter-over-quarter, the production increase related to the addition of rigs began in February. Monthly production showed sequential growth between February and March. And we expect that growth to increase each month with an increasing rate throughout 2017. Total company production bottomed out at 682 million cubic feet equivalent in February. But it's forecasted to reach 900 million cubic feet equivalent per day by the end of this year.

Wells spud online during the Fourth Quarter had an average initial production rate of 6 million equivalent per day. Well quality will improve as we progress into 2017. For example, the first 11 wells spud online in April from 4 different pads averaged 7.3 million cubic feet equivalent per day.

Now switching over to reserves. Last quarter, we reported our year-end 2016 reserves of 2.5 Tcfe. It is important to recall that the inclusion of PUD locations -- excuse me, PUD locations in our year-end 2016 reserves was disallowed because the company remained in its in-court restructuring process. However, as part of the company's disclosures required to obtain exit financing, Ultra included a reserves sensitivity in a SEC Form 8-K. This sensitivity that we call adjusted proved reserves uses the following assumptions: a forward-looking commodity strip, a 5-year development schedule and the same inventory of opportunities that we would often referred to as technical PUDs. This particular sensitivity showed adjusted proved reserves of 5.8 Tcfe of reserves for 2.3x the amount reported at year-end 2016. More details can be found in the 8-K filing as well as in the updated investor presentation that was posted to our website this morning.

At this time, Mr. Watford will provide some concluding remarks.

### Michael D. Watford   {BIO 1406564 <GO>}

Thanks, Brad. I think a simple statement here is that we're glad to be back, took us a year to get it fixed. It's behind us now. We're up and to right now looking forward to growing our business again with the same low-cost, high-returning asset base we had before.

So at this point in time, I think we would ask the operator to open the lines for Q&A.

## Questions And Answers

### Operator

(Operator Instructions) And we'll take our first question from James Spicer with Wells Fargo.

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

---

## Q - Mark Guile  {BIO 18904858 <GO>}

This is Mark Guile calling in for James. A quick question on your differentials guidance. You've indicated that realized nat gas price is expected to average 4% to 5% below NYMEX; however, Rocky's gas is currently about 85% of Hub. Just curious as to what is driving the difference?

## A - Garland R. Shaw  {BIO 17975456 <GO>}

This is Garland Shaw. We've actually got a slide in our Corporate Presentation, I believe it's Page 12, that walks you through how that works. If we look at the -- like this morning, (Opal's) trading around $0.35 below Henry Hub. And that's in line with our guidance for 2017. The way you get from the differential that you're seeing to the 95% is basically through BTU uplift. And that slide will actually walk you through how that works.

## Operator

And we'll take our next question from David Epstein with Cowen.

## Q - David Michael Epstein  {BIO 16752965 <GO>}

I noticed in the presentation, you guys -- you, like your past presentations, I think you guys showed a range of $2.6 million to $3 million per well. But it did seem like, in one of your other slides, you were maybe highlighting the $2.8 million a little bit more. So I just want to get a sense of what do current well costs look like. And as part of that, what can we maybe expect for 2018 CapEx?

## A - A. Kent Rogers  {BIO 17553269 <GO>}

David, this is Kent Rogers. We've been -- we're at $2.8 million, okay, for Q1. And part of that or almost all the increase was things that we did on our own. Number one, we experimented with the frac stages, okay? We pumped shorter stages, more of them, in order to determine the optimal form of diversion. Of course, as Brad mentioned, we had some new rigs start-up. We had 2 new rigs come in, in Q4 and -- rig #5 came in, in Q1. So we had additional cost there. And of course, we did see some service cost pressure during the quarter. To offset that, we actually had some decrease. We had $100,000 per well decrease in drilling cost during the quarter. And that was due to efficiency gains that we saw in drill bits, downhole motors and rotary steerable tools. So to answer your question, yes, we think there will be some cost pressures. But as we've done in the past, with efficiency gains, we think we can mitigate part of that.

## A - Michael D. Watford  {BIO 1406564 <GO>}

So as to the -- this is Mike. As to the capital part of the answer, I think -- well, let me go back, I think what Kent said is that his team was actually able to drive down the drilling, these are the drilling completion costs, down by over $100,000 of productivity improvements. But we consciously did some things, trying out experimenting and whatnot on the fracking side. And then we had some start-up costs associated with new rigs, new crews, et cetera. So although it's $2.8 million, we don't really know what's going to happen in the third -- in the second and Third Quarters go forward. So we're not ready to up the total capital budget at this point in time beyond where we have it. We're just

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

going to monitor the situation and see what happens. And we're also -- the absolute well cost is a driver of the CapEx, total well count is also a driver. And given, I think most recently, the rig showed up but the crews aren't there yet. So we can have a little miss in terms of timings when the rigs actually spud and we start spending that capital.

### Q - David Michael Epstein   {BIO 16752965 <GO>}

Right. But -- okay. But you are -- I think you projected early look, you might have called it, 25% growth in 2018. So I guess, the point of that is, don't know exactly where the CapEx budget will wind up. But you think you'll have enough flexibility in cash flow that you can spend that much to grow that fast.

### A - Garland R. Shaw   {BIO 17975456 <GO>}

Yes, Dave, this is Garland. We think we still generate free cash flow even at a higher well cost. So...

### A - Michael D. Watford   {BIO 1406564 <GO>}

In 2018.

### A - Garland R. Shaw   {BIO 17975456 <GO>}

Yes. In 2018.

### A - Michael D. Watford   {BIO 1406564 <GO>}

Yes. So we're very sensitive to cash flow. Or let me say it differently, that CapEx is equal to or less than cash flow.

### Q - David Michael Epstein   {BIO 16752965 <GO>}

Okay. Can I just ask one more? I had a bunch of questions yesterday on Linn Energy's sale and talked to you guys a little bit about it. But I guess that asset was Pinedale, Jonah, it was some other, Wyoming. And a lot of people were looking at that as sort of a benchmark as an indicator of, like, what you guys might be worth. I was just curious, like, why you think of sort of the rock that was sold there, including some of those horizontals in the Jonah? And is that at all relevant for you guys? Does the asset in general bear any resemblance to you? Was there a lot of Pinedale PDPs in there, et cetera?

### A - Patrick Ash   {BIO 19774897 <GO>}

Sure. David, this is Patrick. That Linn acreage is on our doorstep. We operate wells in the Jonah field. We have a core position in the Jonah field. So we know the assets well. In terms of whether the deal's a benchmark or not, when you look at the unit reserve metrics, we think that was based on (inaudible) reserves only. But using the metrics in that transaction yields a very favorable valuation for Ultra. From a flowing Mcfe standpoint, we don't think the deal was a very good proxy for our value since there's far less future core development upside in that asset compared to what we have in Pinedale. Again, we think most of the value of that deal was PDP. That said, there is some undeveloped acreage on the flank of the field that's prospective. We're paying attention to what's going on down

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

there. And we do think there is some positive implications to what's going on as it relates to us.

### A - Michael D. Watford   {BIO 1406564 <GO>}

So let me add one thing there. I think, David, you mentioned some of the horizontal activities going on that we're very mindful of. Yesterday, Patrick said something in our board meeting, which I actually wrote down. And I'll read back right now and I'll embarrass him a little bit. But he made the -- we were talking about horizontal activity and probably what it means to us in terms of some efforts we need to expend. But he said that Pinedale was the last great conventional natural gas field that has not been tested horizontally. So I think that kind of rings true as to what we're seeing down at Jonah. Jonah is an analog for Pinedale. It's just smaller wells. Jonah has bigger wells. We have more inventory, more upside, perhaps maybe even more opportunity for the horizontal testing in the deeper zone. So we'll see.

### Operator

We'll take our next question from Marshall Carver with Heikkinen Energy Advisors.

### Q - Marshall Hampton Carver   {BIO 16000105 <GO>}

So along the lines of asset sales, QEP has their Pinedale for sale so there are bolt-on available in the market. And you also have noncore assets that you could sell. How are you thinking about buying and selling of assets now that you're out of bankruptcy? And what are the main criteria you would look for? Or you just plan on maintaining what you have for a while? How are you thinking about that?

### A - Michael D. Watford   {BIO 1406564 <GO>}

Marshall, the -- I think the answer we provided on our multi-week roadshow for raising all the exit financing, all the debt, is we talked about first and foremost staying focused on Western Basin natural gas assets. Because we think that, that just is going to sell for higher realizations over a longer period of time with less growth in supply, if any growth in supply, accessing those markets. So we'll always have better realizations with the excess pipeline capacity. But we're -- we have our primary asset in Wyoming, a natural gas asset, Pinedale. And to a smaller extent the Jonah field. Then we have the little oilfield in Utah and the nonoperated Marcellus opportunity. Marcellus to us, if we were to believe what folks like you write, not necessarily you, that those realizations are going to improve significantly. And if we have an opportunity to benefit from that by not signing up for FERC transportation and not having that drag on our corporate financials, as we've seen in the near past in our business, then it would make sense for us to wait for that to transpire before we would take any action on that in the HBP position we have up there. And so we'll see. But it's certainly not strategic to the organization at this point in time. Then in the oilfield in Utah, we've got a pilot waterflood underway that's showing some positive progress now. We're going to start up a second pilot. We haven't drilled the whole field up on 20s yet. Our view is we're going to wait till we have at least a $50 realization there, which probably means a $60 WTI. And we'll see if that happens in 2018 or '19. And that -- if it does, then we'll drill the couple of hundred remaining 20-acre locations and then see how our waterflood's working. It's a field that's similar to

FINAL

Bloomberg Transcript

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

Newfield's much larger field, where they drill all the way down to (10s) and then waterflooded it. And we're trying to see if we can't just, ultimately, drill at the 20s and waterflood and skip the 10th development cost and see what the upside is. But we need to get $60 WTI to do anything there. Then we have a bunch of 40-plus-% IRRs. Then -- and so that's kind of the sales.

### Q - Marshall Hampton Carver   {BIO 16000105 <GO>}

All right. And do you -- on the comments around horizontal, there not being any horizontal test in the Pinedale. Do you all -- do you have any or know if anyone has any plans to try that? And do you have any -- can you elaborate at all on that, the comments?

### A - C. Bradley Johnson   {BIO 17209523 <GO>}

This is Brad. We actually -- yes, I can comment. We actually drilled a horizon ourselves last year. And we're watching the activity on the eastern side of Jonah very closely among the others that are doing the same. The concept in Pinedale would be, as you know, it's been developed vertically, historically. And the concept we are optimistic about is taking horizontal development on the edges and fringes of the field and expanding the resource.

### Operator

We'll go next to Anup Goswami from Cantor Fitzgerald.

### Q - Anup Goswami   {BIO 18847181 <GO>}

We -- when we look at your lease operating expense in the $0.30-type range, how much of that would be fixed versus variable?

### A - Patrick Ash   {BIO 19774897 <GO>}

I would just -- Anup, this is Patrick. I would say, in general, 60% to 70% of that is going to be fixed. The remaining of that would be variable. And that just depends on how -- which subcategories in the LOE statement you assume are fixed versus variable. There's probably a range there. We're typically conservative in terms of what we allocate to variable costs. And that generally is in that 30% range.

### Q - Anup Goswami   {BIO 18847181 <GO>}

Right. And so with that, do you have long-term contracts with your service providers or is it more short term?

### A - C. Bradley Johnson   {BIO 17209523 <GO>}

This is Brad. On LOE, the variable cost is water. So there's not contracts per se with service providers that we have under our LOE.

### A - Michael D. Watford   {BIO 1406564 <GO>}

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

Yes. It's water disposable cost in Pinedale is what he's talking about. We have our own water disposal wells, our own gathering systems, pipeline system to transport it. So it's all pretty self-contained. So there's certainly no outside contracting underway.

### Q - Anup Goswami  {BIO 18847181 <GO>}

Okay. Then finally, what was the cash balance? I couldn't find it here -- at the end of the quarter?

### A - Garland R. Shaw  {BIO 17975456 <GO>}

It was right at $480 million.

### Operator

(Operator Instructions) We'll go next to Jacob Gomolinski-Ekel with Morgan Stanley.

### Q - Jacob Gomolinski-Ekel  {BIO 19333901 <GO>}

You mentioned that you were experimenting with frac stages. So I just wanted to see if there were any early indications of how that's effecting type curves and ultimate recoveries? Or is 4 Bcf per well is still the right number?

### A - C. Bradley Johnson  {BIO 17209523 <GO>}

Yes. This is Brad. We were experimenting and continue to do so on our completions in Pinedale. And really these recent experiments is more about diversion and just looking for different ways to improve our diversion techniques for effective frac stages. It's really too early to tell about those results. We'll continue to experiment with that throughout the year. We'll be happy to share those results once we have some conclusions to draw. It's just an ongoing tinkering effort, frankly, that we could do in Pinedale. We're never satisfied. We're always looking for ways to improve. And in the First Quarter, diversion was sort of our area of experimentation.

### Q - Jacob Gomolinski-Ekel  {BIO 19333901 <GO>}

Got it. Then in terms of the QEP Pinedale sale, is that something you're taking a look at?

### A - C. Bradley Johnson  {BIO 17209523 <GO>}

We are definitely aware of that, not surprised by it. Just as a reminder, we have a minority working interest in, essentially, all the wells that QEP operates in Pinedale. So we know the asset very well. And we look at it every day, frankly. Whether it's LOE or value or investment, we'll continue to do so.

### A - Michael D. Watford  {BIO 1406564 <GO>}

So what do we think about the -- I mean, we know their operating costs. They're a good operator in terms of LOE. What do we know historically about their cost of drilling complete wells and about their run room in terms of undeveloped locations?

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

### A - C. Bradley Johnson   {BIO 17209523 <GO>}

Sure. I think Mike's hinting me to build some contrast between QEP and Ultra-operated (plains) in Pinedale. So I will take that hint and move forward. Well cost, historically QEP has been 10% to 15% above Ultra from an LOE standpoint. I'm impressed with the way they operate their business. We have a lot of strong alignment. So they do a good job there. Probably the biggest distinction would be that there is just not a lot of running room up to the north of Pinedale. QEP has been developing that part of the field for some time. And there's 250 wells left for them to drill. And we have over 4,000 wells to drill. So there's a distinction there for running room on core wells on the field. And that would be the contrast.

### Q - Jacob Gomolinski-Ekel   {BIO 19333901 <GO>}

Got it. I guess that 50% greater cost, is that just -- that's -- due to the rock quality or just not having the same infrastructure on water disposal as you?

### A - C. Bradley Johnson   {BIO 17209523 <GO>}

So excuse me, the well cost is 10% to 15% different.

### Q - Jacob Gomolinski-Ekel   {BIO 19333901 <GO>}

Oh, 10% to 15%? Got it. I thought you said 50%.

### A - C. Bradley Johnson   {BIO 17209523 <GO>}

That's more style and preference for drilling and completion approach.

### Q - Jacob Gomolinski-Ekel   {BIO 19333901 <GO>}

Okay. And I guess, just a last question on that, then. If you are having look at it in, I guess, well, a 2-part question in that. Do you have last look or anything like that given you have minority interest? And if you do take a look at it, any thoughts on either this or other acquisitions, how to finance them?

### A - Michael D. Watford   {BIO 1406564 <GO>}

We don't have last look. So that's -- it'd be nice. But no, we don't have that. And I don't think Chuck would really enjoy that. But we are -- on the financing side, we're very sensitive to having just come out of a (full year's in a ditch,) probably complicated because we were a solvent bankrupt company. And we paid everybody off, very unusual and had a lot of equity value for existing equity. We're sensitive to our current equity valuation. We just came out. We really haven't been picked up by any analysts yet. We're just having our first call after coming out. We've been kind of secreted away for the past year. And we've got to get back out on the street. We've got to start talking to some of more long-only focused funds that -- who want to invest in energy. So we're sensitive to using our equity at this valuation in any kind of a transaction. And we're damn sensitive about debt so that we want to be careful. So we're -- it's an interesting time for us because this is probably not the best timing for us for QEP to announce that since we obviously are a likely participant in that process. But we've already been contacted by some folks who

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

FINAL

want to partner with us. So we'll just see what happens. But -- so we're going to take a long look at it. But we are going to be very sensitive to if we happen to be successful or have a bid on it and to as to how we finance it.

## Operator

(Operator Instructions) We'll go next to Patrick Sheffield with Beach Point Capital.

## Q - Patrick Sheffield   {BIO 17724651 <GO>}

Just a quick one. Aside from the potential make-whole settlement, are there any other remaining nonrecurring cash uses for the company for the rest of the year?

## A - Garland R. Shaw   {BIO 17975456 <GO>}

Patrick, this is Garland Shaw. We do have several payments that have to go out that were part of this -- that we settled claims on and does total about $225 million.

## Operator

And we'll go next to Matthew Farwell with Imperial Capital.

## Q - Matthew Thomas Farwell   {BIO 16404848 <GO>}

Just a continuation with that question, could you just walk us through what a pro forma cash balance would be at the end of the quarter after netting out those payments but not including make-whole? And also maybe just what are you -- how are you planning on addressing the potential make-whole settlement or make-whole amounts that would be determined just with public investors that may perceive that to be some legacy issue from the bankruptcy?

## A - Michael D. Watford   {BIO 1406564 <GO>}

Why don't you ask -- why don't you break it down for me or for Garland into 1 or 2 more concise questions, if you could, or 3?

## Q - Matthew Thomas Farwell   {BIO 16404848 <GO>}

Sure. So could you just provide a pro forma cash balance at the end of the First Quarter after including the -- any other payments that result from the bankruptcy?

## A - Garland R. Shaw   {BIO 17975456 <GO>}

So at the end of the First Quarter, our cash, after we --

## A - Michael D. Watford   {BIO 1406564 <GO>}

Why don't we just do it as of April 12 when we emerged.

## A - Garland R. Shaw   {BIO 17975456 <GO>}

Bloomberg Transcript

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

Yes. So at the end of April, basically, we're -- at April 12, we're basically at 0 cash balance. And that's kind of where we're at today. And net debt is right at $2 billion.

### Q - Matthew Thomas Farwell   {BIO 16404848 <GO>}

Then you have $225 million of additional payments?

### A - Garland R. Shaw   {BIO 17975456 <GO>}

Yes.

### A - Michael D. Watford   {BIO 1406564 <GO>}

N(A fair share) over time.

### Q - Matthew Thomas Farwell   {BIO 16404848 <GO>}

Okay. Yes. And then my other comment was just, I imagine that once this litigation is settled, it's going to make headlines. And so is -- how are you going to communicate that to public investors now that -- once that happens?

### A - Michael D. Watford   {BIO 1406564 <GO>}

We're a public company. We normally communicate to our investors via conference calls, press releases, things like that. So I'm -- and this would be a significant issue, or a material issue, I guess, is the better term. So yes, we would -- I mean, just give you a sense of what we think the timing is, the current timing on the hearing with the judge is May 16. He won't be making a decision on that date. It will take him a while to reflect on this and decide what his answer is. This is something that not a lot has been done in the Fifth Circuit, we're told by our legal folks. So if -- your guess is as good as mine as to when he responds but (let's assume) he responds 8 to 12 weeks later. So that gives you a sense of when the initial answer is.

### Q - Matthew Thomas Farwell   {BIO 16404848 <GO>}

That's useful. And in terms how you plan on funding any amounts would that be just from a draw on the RCF?

### A - Garland R. Shaw   {BIO 17975456 <GO>}

We've already set aside $400 million into a reserve account.

### A - Michael D. Watford   {BIO 1406564 <GO>}

It's a $200 million make-whole claim. And as part of exiting bankruptcy and making a deal so we could get out more timely and not have a feasibility fight, we agreed to overfund it, essentially. So we think we'll -- regardless of the answer that we'll be getting money back.

### Operator

And we'll take a follow-up question from Patrick Sheffield with Beach Point Capital.

FINAL

Bloomberg Transcript

Company Name: Ultra Petroleum Corp
Company Ticker: UPLCQ US Equity
Date: 2017-05-03

FINAL

Bloomberg Transcript

### Q - Patrick Sheffield   {BIO 17724651 <GO>}

Just a clarification. You mentioned that you have 0 cash as of April 12, I mean just is that because of the $400 million of cash is being set aside for the make-whole account?

### A - Garland R. Shaw   {BIO 17975456 <GO>}

That's correct.

### Q - Patrick Sheffield   {BIO 17724651 <GO>}

Okay, got it. Sorry, just I want to make that $400 million didn't disappear.

### A - Michael D. Watford   {BIO 1406564 <GO>}

No. It didn't disappear. And neither did we.

### Operator

And I'm showing we have no further questions at this time. I'll turn the call back.

### A - Michael D. Watford   {BIO 1406564 <GO>}

Well thank you all for participating in our first teleconference post emergence, look forward to talking to you time and time again. If you have any other questions or comments, don't hesitate to call or e-mail, preferably to Sandi first. And she will get to rest of us. But if not directly to us, we're fine with it. But thank you for your time.

### Operator

This does conclude today's program. Thank you for your participation. You may disconnect at any time.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2021, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*