# EXHIBIT "14"

