## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:20-cv-02652-RMR-STV
    (Consolidated for all purposes with Civil Action No. 1:20-cv-02820)

ULTRA PETROLEUM INVESTOR GROUP, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MICHAEL D. WATFORD,
C. BRADLEY JOHNSON,
ULTRA PETROLEUM, INC.,
FIR TREE CAPITAL MANAGEMENT LP N/K/A FIR TREE PARTNERS INC., and
EVAN LEDERMAN,

    Defendants.

---

## DECLARATON OF MATTHEW PELLER

---

Pursuant to 28 U.S.C. § 1746, Matthew Peller, under penalty of perjury, hereby declares as follows:

1. I am an attorney at the law firm of Rolnick Kramer Sadighi LLP, counsel in this matter to Defendant Fir Tree Capital Management LP (f/k/a Fir Tree Inc.) ("Fir Tree") in the above-captioned action. I submit this declaration in support of Fir Tree's Reply in Further Support of its Motion to Dismiss the Second Amended Class Action Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of a May 20, 2018 *Wall Street Journal* article titled, "Behind a Hedge Fund's Billion-Dollar Bet On Busted Oil Companies," which is available electronically at, and was retrieved from,

-1-

https://www.wsj.com/articles/behind-a-hedge-funds-billion-dollar-bet-on-busted-oil-companies-1526821200.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 13, 2022.

By: _____
Matthew Peller